# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Holt et al. v. BH Management Services, LLC, et al.

Case Number: 1:25-cv-10936

An appearance is hereby filed by the undersigned as attorney for:
Defendants BH Management Services, LLC, AMZAK Waukegan, LLC, Katrina Blair, AMZAK Meadows, LLC, and Laquevia Miller

Attorney name (type or print): Phillip G. Litchfield

Firm: Litchfield Cavo LLP

Street address: 303 W. Madison St, Ste 300

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6317818
(See item 3 in instructions)

Telephone Number: (312) 781-6584

Email Address: litchfieldp@litchfieldcavo.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/28/2025

Attorney signature: S/ Phillip G. Litchfield
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023