**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALFRED HOLT and MARILIA COUTINHO ESPINOLA, | ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No: 1:25-cv-10936 |
| | ) | |
| v. | ) | Judge LaShonda A. Hunt |
| | ) | |
| BH MANAGEMENT SERVICES, LLC, | ) | Magistrate Judge Keri L. Holleb |
| AMZAK MEADOWS, LLC, | ) | Hotaling |
| AMZAK WAUKEGAN, LLC, | ) | |
| KATRINA BLAIR, and | ) | Jury Trial Demanded |
| LAQUEVIA MILLER, | ) | |
| | ) | |
| Defendants. | ) | |

**CONTESTED MOTION OF DEFENDANTS**
**FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, BH MANAGEMENT SERVICES, LLC ("BH"), AMZAK MEADOWS, LLC ("AMZAK MEADOWS"), AMZAK WAUKEGAN, LLC ("AMZAK WAUKEGAN"), KATRINA BLAIR ("BLAIR"), AND LAQUEVIA MILLER ("MILLER") (collectively, "Defendants"), by and through their attorneys, Phillip G. Litchfield, Zachary G. Stillman, and Litchfield Cavo LLP, pursuant to Federal Rule of Civil Procedure 6(b), for their Contested Motion for Extension Time to Answer or Otherwise Plead, state as follows:

1. The Complaint of Pro Se Plaintiffs ALFRED HOLT and MARILIA COUTINHO ESPINOLA was filed with this Court on September 25, 2025. (ECF No. 14.)

2. Defendants BH, AMZAK Waukegan, and AMZAK Meadows were served on October 9, 2025, therefore their present deadline to appear and respond is October 30, 2025.

3. Defendants Blair and Miller were served via certified mailing on October 14, 2025, with a present deadline to appear and respond of November 4, 2025.

4.  Plaintiffs' Complaint at Law is extensive and voluminous, asserting fourteen separate counts (some including multiple theories of recovery) against all Defendants under various federal and state statutes, and also includes numerous common law claims. It totals 136 pages, including all attachments. (ECF No. 14.)

5.  To fully and completely digest its contents and prepare suitable and fully encompassing responsive pleadings, Defendants currently require additional time to respond to its allegations.

6.  Phillip G. Litchfield, trial counsel for these Defendants, is presently preparing for two trials scheduled to begin in November.

7.  Additionally, undersigned counsel were not assigned this matter until October 16, 2025, leaving less time than needed to fully evaluate and respond to the allegations of Plaintiffs' Complaint.

8.  Pursuant to Fed. R. Civ. P. 6(b), this Court may grant additional time to a party on request where good cause is asserted.

9.  Accordingly, Defendants respectfully request a 28 (twenty-eight) day extension to the current responsive pleading deadline for Defendants BH, AMZAK Meadows, and AMZAK Waukegan, for a new deadline of November 27, 2025, as the deadline for all Defendants in this Motion.

10. This extension will allow for Defendants to suitably and thoroughly complete their responsive pleadings in light of the voluminous nature of Plaintiffs' Complaint.

11. This request is not made for purposes of delay, and no party will suffer prejudice at this time if the extension is granted.

12. On October 17, 2025, undersigned counsel discussed this Motion on the phone with Pro Se Plaintiff ALFRED HOLT. Counsel advised Plaintiff that Defendants will require additional

time to respond to the Complaint and requested an additional 28 (twenty-eight) days to respond, on or before November 27, 2025. Plaintiff then advised that he would not agree to any such extension, and that he would be vigorously contesting any such Motion by Defendants.

13. Plaintiff noted on the call that the parties had already been advised by him that this lawsuit was coming, and therefore they should have been aware and ready for it, asserting that this matter needs to get moving in court now that it has been filed, and that he "would not let them delay further."

WHEREFORE Defendants, BH MANAGEMENT SERVICES, LLC, AMZAK MEADOWS, LLC, AMZAK WAUKEGAN, LLC, KATRINA BLAIR, and LAQUEVIA MILLER, respectfully request that this Court grant their Contested Motion for Extension of Time to Answer or Otherwise Plead, enter an order granting these Defendants an additional 28 (twenty-eight) days to respond to Plaintiffs' Complaint, on or before November 27, 2025, and for any further relief that this Court deems reasonable and just.

Respectfully submitted,

/s/ *Zachary G. Stillman*
One of the Attorneys for Defendants

Phillip G. Litchfield (6317818)
Zachary G. Stillman (6342749)
**LITCHFIELD CAVO LLP**
303 West Madison, Suite 300
Chicago, IL 60606
(312) 781-6584 (Litchfield)
(312) 781-6672 (Stillman)
LitchfieldP@LitchfieldCavo.com
Stillman@litchfieldcavo.com

## CERTIFICATE OF SERVICE
The undersigned hereby certifies that on October 28, 2025, the foregoing Motion was served via email to the following parties, and electronically filed with the CM/ECF system.

ALFRED HOLT
*Pro Se Plaintiff*
805 Baldwin Ave, Apt 303
Waukegan, Illinois 60085
(224) 518-8376
Albizsmart@gmail.com

MARILIA COUTINHO ESPINOLA
*Pro Se Plaintiff*
805 Baldwin Ave, Apt 303
Waukegan, Illinois 60085
Mariliaholt@gmail.com

/s/ *Zachary G. Stillman*
One of the Attorneys for Defendants