**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Alfred Holt, et al.
                              Plaintiff,

v.                                        Case No.: 1:25−cv−10936
                                                              Honorable LaShonda A. Hunt

BH Management Services, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 29, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' opposed first motion for extension of time [21] was not noticed for presentment in accordance with this Court's case management procedures. Counsel is reminded to review and comply with all court procedures. For future reference, non−compliant filings may be summarily stricken. As a one−time courtesy, the Court will consider and grant the motion. Defendants' response to the complaint is due by 11/26/25. The Court acknowledges that self−represented Plaintiff Alfred Holt advised Defendants that he would not agree to an extension and would vigorously contest a motion for any such relief. However, the request will be allowed over Plaintiff Holt's opposition because extension requests such as this are routinely granted at the outset of the case to allow counsel to get up to speed on the case, especially where incoming counsel has pre−scheduled competing professional obligations such as trials before the answer deadline. But cases cannot be held up from the start indefinitely, so further extensions will not be allowed absent a timely filed and properly noticed motion setting forth extraordinary and unanticipated circumstances supporting the request. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.