**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALFRED HOLT and MARILIA COUTINHO ESPINOLA, | ) ) ) | |
|        Plaintiffs, | ) ) | Case No: 1:25-cv-10936 |
| v. | ) ) | Judge LaShonda A. Hunt |
| BH MANAGEMENT SERVICES, LLC, AMZAK MEADOWS, LLC, AMZAK WAUKEGAN, LLC, KATRINA BLAIR, and LAQUEVIA MILLER, | ) ) ) ) ) ) | Magistrate Judge Keri L. Holleb Hotaling

Jury Trial Demanded |
|        Defendants. | ) | |

**DEFENDANTS BH MANAGEMENT SERVICES, LLC, AMZAK WAUKEGAN, LLC, KATRINA BLAIR, AND LAQUEVIA MILLER'S OPPOSED MOTION FOR <u>LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR MOTION TO DISMISS</u>**

    Defendants, BH MANAGEMENT SERVICES, LLC ("BH"), AMZAK WAUKEGAN, LLC ("AMZAK"), KATRINA BLAIR ("BLAIR"), and LAQUEVIA MILLER ("MILLER") (collectively, "Defendants" or "These Defendants"), by and through their attorneys, Phillip G. Litchfield, Zachary G. Stillman, and Litchfield Cavo LLP, and for their Opposed Motion for Leave to Exceed the Page Limit for their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6), state as follows:

    1. Local Rule 7.1 sets the page limit for briefs in support of any motion filed with this Court at 15 pages.

    2. With approval of this Court, a party is permitted to acquire an extension of such limit beyond 15 pages, so long as a table of contents and table of authorities are included therein. LR 7.1.

3. In the instant matter, *Pro Se* Plaintiffs have filed a 136-page complaint with this Court, asserting 14 separate counts, some of which include multiple causes of action therein, each and every one of which These Defendants plan to challenge the legal sufficiency of in their responsive pleading pursuant to Fed. R. Civ. P. 12(b)(1) and (6). (ECF No. 14.)

4. As a result, given the numerous individual legal theories and statutes pursued by Plaintiff, These Defendants require additional pages to encompass fully their arguments against each count of Plaintiffs' Complaint.

5. Accordingly, These Defendants respectfully request that this Court grant them leave to file a Motion to Dismiss consisting of 26 pages, not including the required table of contents and table of authorities.

6. Pursuant to Local Rule 7.1, These Defendants would also then include a table of contents and table of authorities.

7. Undersigned counsel would also like to clarify herein that a separate Motion to Dismiss as to Defendant AMZAK Meadows, LLC, is also planned, and would not be subject to this request.

8. On November 10, 2025, Undersigned Counsel contacted *Pro Se* Plaintiff Alfred Holt to provide notice of the planned filing of this Motion. On that call, Plaintiff advised of his planned opposition to this Motion.

9. No party will be prejudiced by the Court granting this motion.

Defendants, BH MANAGEMENT SERVICES, LLC, AMZAK WAUKEGAN, LLC, KATRINA BLAIR, and LAQUEVIA MILLER, respectfully request that this Court grant their Opposed Motion for Leave to Exceed the Page Limit on their Motion to Dismiss, and enter an order allowing These Defendants 26 pages for their Motion and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Zachary G. Stillman*
One of the Attorneys for Defendants

Phillip G. Litchfield (6317818)
Zachary G. Stillman (6342749)
**LITCHFIELD, CAVO, LLP**
303 West Madison, Suite 300
Chicago, IL 60606
(312) 781-6584 (Litchfield)
(312) 781-6672 (Stillman)
LitchfieldP@LitchfieldCavo.com
Stillman@litchfieldcavo.com

### CERTIFICATION OF MEET AND CONFER

Pursuant to the standing orders outlined on Judge Hunt's NDIL webpage, undersigned counsel certifies that on November 10, 2025, counsel conferred with *Pro Se* Plaintiff Alfred Holt telephonically regarding the relief sought in this Motion. During that communication, Plaintiff advised that he plans to oppose this Motion.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 12, 2025, the foregoing Motion was served via email to the following parties and electronically filed with the CM/ECF system.

ALFRED HOLT
*Pro Se Plaintiff*
805 Baldwin Ave, Apt 303
Waukegan, Illinois 60085
(224) 518-8376
Albizsmart@gmail.com

MARILIA COUTINHO ESPINOLA
*Pro Se Plaintiff*
805 Baldwin Ave, Apt 303
Waukegan, Illinois 60085
Mariliaholt@gmail.com

/s/ *Zachary G. Stillman*
One of the Attorneys for Defendants