UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Alfred Holt, et al.

                       Plaintiff,

v.                                                Case No.: 1:25−cv−10936
                                                          Honorable LaShonda A. Hunt

BH Management Services, LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendants Amzak Waukegan, LLC, BH Management Services, LLC, Katrina Blair, and LaQuevia Miller's ("Movants") opposed motion to exceed page limit [23] is granted. Due to the length of the complaint and because Movants plan to file a combined motion, they may file a combined motion to dismiss of up to 26 pages. Out of fairness, Plaintiffs may file a response of up to 26 pages as well. To avoid unnecessary filings and delay, the Court will enter a briefing schedule on the forthcoming motion now. Briefing will proceed as follows: Movants' combined motion to dismiss (not to exceed 26 pages) is due by 11/26/25, Plaintiffs' response (not to exceed 26 pages) is due by 12/31/25, and Movant's reply is due by 1/21/26. Movants need not notice their dismissal motion for presentment. The Court will either set an oral ruling date or issue a written decision. The motion hearing set for 11/20/25 [24] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.