# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Alfred Holt, et al.

                                        Plaintiff,

v.                                                         Case No.: 1:25−cv−10936
                                                                   Honorable LaShonda A. Hunt

BH Management Services, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Because counsel for Defendant AMZAK Meadows, LLC stated in another filing [23] that it plans to file a separate motion to dismiss, the Court will enter a briefing schedule on the forthcoming motion now to avoid unnecessary filings and delay and align briefing on all dismissal motions. Briefing will proceed as follows: Defendant AMZAK Meadows, LLC's motion to dismiss is due by 11/26/25, Plaintiffs' response is due by 12/31/25, and Defendant AMZAK Meadows, LLC's reply is due by 1/21/26. Defendant AMZAK Meadows, LLC need not notice its dismissal motion for presentment. The Court will either set an oral ruling date or issue a written decision. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.