**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALFRED HOLT and MARILIA COUTINHO ESPINOLA, | ) ) ) | |
| Plaintiffs, | ) ) | Case No: 1:25-cv-10936 |
| v. | ) ) | Judge LaShonda A. Hunt |
| BH MANAGEMENT SERVICES, LLC, AMZAK MEADOWS, LLC, AMZAK WAUKEGAN, LLC, KATRINA BLAIR, and LAQUEVIA MILLER, | ) ) ) ) ) | Magistrate Judge Keri L. Holleb Hotaling<br><br>Jury Trial Demanded |
| Defendants. | ) ) | |

**AFFIDAVIT OF JAIME WHALEY**

I, Jaime Whaley, being first duly sworn upon oath, state as follows:

1. I am over the age of 18, competent to testify, and am employed by AMZAK Capital Management LLC as Vice President of Asset Management.

2. AMZAK Capital Management LLC is the majority owner of AMZAK Meadows, LLC and AMZAK Waukegan, LLC.

3. This affidavit is based on my own personal knowledge and review of the contracts and other business records of AMZAK Meadows, LLC and AMZAK Waukegan, LLC, maintained in the ordinary course of business.

4. AMZAK Meadows, LLC does not own, manage, lease, operate, or have any ownership interest in the property located at 805 Baldwin Ave., Waukegan, Illinois 60085, where Plaintiffs reside ("the Property").

**EXHIBIT "A"**

5. AMZAK Meadows, LLC has never been a party to any lease, agreement, or other transaction with Plaintiff. Plaintiff's lease is with AMZAK Waukegan, LLC, a true and correct copy of which is attached as Exhibit 1.

6. AMZAK Meadows, LLC has never employed, contracted with, or supervised any person with regard to the management, maintenance, or operation of the Property, including but not limited to Katrina Blair and Laquevia Miller.

7. I make this affidavit voluntarily and based on my personal knowledge and review of company records.

FURTHER AFFIANT SAYETH NAUGHT.

Jaime Whaley
Vice President of Asset Management for AMZAK
Capital Management LLC

SUBSCRIBED AND SWORN TO BEFORE ME

This 19 th day of November, 2025, in Volusia , Florida .

Chris Fitzpatrick

Notary Public

Prepared by:

Phillip G. Litchfield (6317818)
Zachary G. Stillman (6342749)
**LITCHFIELD, CAVO, LLP**
303 West Madison, Suite 300
Chicago, IL 60606
(312) 781-6584 (Litchfield)
(312) 781-6672 (Stillman)
LitchfieldP@LitchfieldCavo.com
Stillman@litchfieldcavo.com

Notary Public State of Florida
Christopher Fitzpatrick
My Commission HH 737322
Expires 11/3/2029

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 26, 2025, the foregoing Motion was served via email to the following parties, and electronically filed with the CM/ECF system.

ALFRED HOLT
*Pro Se Plaintiff*
805 Baldwin Ave, Apt 303
Waukegan, Illinois 60085
(224) 518-8376
Albizsmart@gmail.com

MARILIA COUTINHO ESPINOLA
*Pro Se Plaintiff*
805 Baldwin Ave, Apt 303
Waukegan, Illinois 60085
Mariliaholt@gmail.com

/s/ *Zachary G. Stillman*
One of the Attorneys for Defendant



## DISCLOSURE OF INFORMATION ON RADON HAZARDS
*(For Current and Prospective Residents)*

### RADON WARNING STATEMENT

*Date of Lease Contract:* _____ April 30, 2024 _____
*(when the Lease Contract is filled out)*

Each resident in this residence or dwelling unit is notified that the community may present exposure to levels of indoor radon gas that may place the occupants at risk of developing radon-induced lung cancer. Radon, a Class-A human carcinogen, is the leading cause of death in private homes and the leading cause of lung cancer in nonsmokers. The Lessor of any residence is required to provide each resident with any information on radon test results of the dwelling unit that present a radon hazard to the resident.

The Illinois Emergency Management Agency (ILMA) strongly recommends that ALL rental properties have a radon test performed and radon hazards mitigated of elevated levels are found in a dwelling unit or a routinely occupied area of a multiple family residence. Elevated radon concentrations can easily be reduced by a radon contractor.

**Dwelling Unit Address:** 805 Baldwin Avenue #303 #805303, Waukegan, IL 60085 _____

### Lessor's Disclosure (select each of the following that apply)

_____ a. Lessor has no knowledge of elevated radon concentrations (or records or reports pertaining to elevated radon concentrations) in the dwelling unit.

**OR**

_____ b. Radon concentrations (at or above ILMA recommended Radon Action Level 4.0 pCi/L) are known to be present within the dwelling unit.

**AND**

_____ c. Lessor has provided the resident(s) with copies of all available records and reports, if any, pertaining to radon concentrations within the dwelling unit.

### Resident's Acknowledgement (initial each of the following that apply)

*AH  MCE* _____     Resident has received copies of all information listed above.
*AH  MCE* _____     Resident has received the pamphlet "Radon Guide for Tenants".

### Certification of Accuracy

The following parties have reviewed the information above, and each party certifies, to the best of their knowledge, that the information that has been provided is true and accurate.

✓ Blue Moon eSignature Services Document ID: 435338132



## Signatures

| | |
|---|---|
| *Alfred Holt* | 04/30/2024 |
| Resident Signature | Date |
| *Marilia Coutinho Espinole* | 05/24/2024 |
| Resident Signature | Date |
| | |
| Resident Signature | Date |
| | |
| Resident Signature | Date |
| | |
| Resident Signature | Date |
| | |
| Resident Signature | Date |
| *Tonoa Turner* | 05/28/2024 |
| Lessor Signature | Date |

☑ Blue Moon eSignature Services Document ID: 435338132



# IEMA-OHS

## ILLINOIS EMERGENCY MANAGEMENT AGENCY AND OFFICE OF HOMELAND SECURITY

# Radon Guide for Tenants



*The Illinois Emergency Management Agency and Office of of Homeland Security (IEMA OHS) can offer you additional information or assistance.*

## Purpose of This Guide

This guide is designed for people who rent apartments, condominiums, or houses. The guide explains what radon is, and how to find out if there is a radon problem in your residence. The guide also talks about what you can do if you have high radon levels in your residence.

## Did You Know That . . .

- Radon causes approximately 21,000 lung cancer deaths in the U.S. and approximately 1,200 deaths in Illinois each year.
- One-third of all housing units in Illinois are rental units. Most are either single-family houses or apartments located below the third floor of a building.
- People living in rented houses and apartment buildings can find out if they have high radon concentrations in their residences. Building owners can fix radon problems by having repairs made to the building.

## What is Radon?

Radon is a radioactive gas that is found in soil and rock in all parts of the U.S. and throughout Illinois. It is formed by the decay of uranium, which is a natural process. Radon gas is invisible, and it has no odor or taste.

## What Types of Buildings Contain Radon?

- Radon may be found in all types of homes and buildings. Radon gas is in the ground, and it can seep into buildings.
- Radon typically moves from the ground into a home through drains, cracks or other openings in the foundation due to pressure differentials. Radon then can be trapped inside the home.

Blue Moon eSignature Services Document ID: 435338132

## How Does Radon Affect Health?

- Studies show radon is the leading cause of lung cancer among non-smokers.
- The higher the radon level indoors, the greater the amount you breathe.  Radon gas decays into radioactive particles that can get trapped in your lungs when you breathe.  As they break down, these particles release small bursts of energy that can damage the lung tissue.
- Inhaling indoor air containing radon over a period of many years increases your risk of lung cancer.  Radon induced lung cancer risk depends on how much radon is in your home, how much time you spend in your home, and your family history. If you are a smoker or a former smoker, the risk of getting lung cancer from radon is even greater.

## Does Your Home Have High Radon Levels?

You cannot see, smell or taste radon.  Therefore, **testing** is the only way to determine the radon level in your home.

## Has Your Building Been Tested Already?



- If the building you live in has been tested properly for radon,  you probably do not need to test for radon yourself.  Before you sign your lease agreement (whether you live in a house, apartment, or condominium building), the owner is required to inform you in writing that a radon hazard may exist and provide you with  a copy of the test results.  If you have questions, call IEMA-OHS at 1-800-325-1245.
- If your building has not been tested for radon, you can test for radon yourself using a radon test kit or ask the owner to test by hiring a licensed radon contractor.

✓ Blue Moon eSignature Services Document ID: 435338132

## IEMA-OHS Recommends Testing All Homes and Apartments

Because most indoor radon gas comes from naturally occurring radon in the soil, IEMA OHS recommends all residences be tested for radon.

In some cases, high radon levels have been found on upper floors, due to radon movement through elevators or other air shafts in the building and may come from building materials in high rise buildings.

## Can You Test for Radon Yourself?

- You can test for radon yourself.
- Testing for radon is easy to do, and takes very little time.
- To test for radon yourself, first obtain a radon test device. You can buy do-it-yourself radon test kits in home improvement and hardware stores. Some laboratories provide kits through mail order.
- The price of a radon test kit can be $15 to $25. The price generally includes the cost of laboratory analysis.
- You can order a low cost test kit from the IEMA-OHS Radon Hotline at 800-325-1245.

## You Can Hire a Professional to Test?

- You can hire a professional to test your residence for radon.
- The price of a radon test performed by a license professional can be $150 to $250.



The ABC's of Radon in Illinois
What Every Family Should Know

IEMA

✓ Blue Moon eSignature Services Document ID: 435338132

## Different Ways to Test For Radon

- At the commencement of the agreed leasing period, a tenant shall have 90 days to conduct his or her own radon test of the dwelling unit.



- The quickest way to test for radon is with a short-term test. Short-term tests remain in your home for 2 days to 90 days, with the average test lasing between 2-7 days, depending on the device. Long-term radon tests remain in your residence for more than 90 days.



- Because radon levels vary from day to day and season to season, a long-term test provides a year-round average radon level.

## How do you use a radon test kit?

Follow the instructions that come with the kit. When you use any radon test:

- The test kit should be placed in the lowest level of your home that your family uses regularly. For example, if you live in a house and you use the basement, place the test kit there. Put the test kit in a room that is used regularly, but NOT in your kitchen or bathroom.
- Keep the test in place for as long as the instructions say, but for at least 48 hours. Then, re-seal the package and mail it to the laboratory listed on the package. Results are sent within a few weeks.
- Keep doors and windows closed as much as possible during the test. Drafts can affect the test results.

☑ Blue Moon eSignature Services Document ID: 435338132

## What do radon test results mean?

- Radon levels are measured in "picocuries per liter" or "pCi/L". The higher the radon level, the greater the risk from long-term exposure. IEMA-OHS recommends you take action to reduce radon if the radon level is 4.0 pCi/L or higher.
- If a short-term test is 4.0 pCi/L or higher, IEMA recommends a second test to confirm the results.

## What Can You Do if Your Residence has High Radon Levels?

- Fixing a radon problem usually involves repairs to the building, therefore, it is generally the building owner - and not the tenant - who is authorized to have this work done. However, if your residence has high radon levels, you can take the steps below to see that the problem is fixed.



Sub-Slab Depressurization

- If your radon testing shows high radon levels, the tenant is required to inform the lessor within 10 days. The owner may need choose to confirm radon concentrations in the building buy hiring a licensed professional.
- If the lessor has elected to not mitigated the radon hazard, the tenant may terminate the lease.
- If you live in an apartment building, you can share your radon information with other residents. Other residents may wish to test their own units or to discuss the matter further with the owner.

Blue Moon eSignature Services Document ID: 435338132

## What Can Lessors Do About Radon Problems?

- The lessor may hire a radon contractor to perform an additional radon test within 30 days after the tenant notifies the lessor of the results of a radon test.
- The results of a measurement by a radon contractor may be used by the lessor to disprove the presence of a radon hazard.
- Test results are valid for a period of 2 years after the date of the testing unless any renovations, additions, or modifications are made to the building containing the dwelling unit.
- If the lessor declines to dispute the results of the tenant's radon test showing a radon hazard or does not mitigate the hazard, the tenant may, within 60 days:



  (1) hire, at the tenant's expense, a radon contractor to perform radon mitigation activities. If the tenant chooses to conduct mitigation activities, the mitigation activities shall only be done with express consent of the lessor; or

  (2) terminate the lease.

- Radon reduction requires a trained professional. To find out which radon reduction system is right for a building, and the cost of repairs, Lessors should consult with a licensed radon contractor.

Blue Moon eSignature Services Document ID: 435338132



## Tenant's Radon Checklist

- At the time of entering into a lease, or at any time during the leasing period, upon request, the lessor shall provide the tenant with:

  (1) the IEMA-OHS pamphlet Radon Guide for Tenants;

  (2) copies of any records or reports pertaining to radon concentrations within the dwelling unit that indicate a radon hazard; and

  (3) the Disclosure of Information on Radon Hazards to Tenants form.

- Follow instructions included in your radon test kit.

- If your test shows radon levels above 4.0 pCi/L, notify the Lessor of the test results in writing within 10 days.

- If you have high radon levels or if you need additional information and assistance about radon testing and radon repairs, contact the IEMA radon office, the National Radon Helpline or other organizations that work on radon or housing issues.

## If You Smoke . . .

Smoking combined with exposure to high radon levels is a serious health risk. If you smoke or are a former smoker, the presence of radon greatly increases your risk of lung cancer. If you stop smoking and lower your radon levels, you will reduce your lung cancer risk.

For More Information
IEMA-OHS Website
www.radon.illinois.gov
IEMA Toll-free Hotline
1-800-325-1245

Blue Moon eSignature Services Document ID: 435338132

**APARTMENT LEASE CONTRACT**

NAA
NATIONAL APARTMENT ASSOCIATION

Date of Lease Contract: **April 30, 2024**
(when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing.*

| Moving In — General Information |
|---|

**1. PARTIES.** This Lease Contract is between *you*, the resident(s) *(list all people signing the Lease Contract):*

**Alfred Holt, Marilia Coutinho Espinola**

and *us*, the owner: **Amzak Waukegan LLC**

*(legal entity of the apartment community).* You've agreed to rent Apartment No. **805303**, at **805 Baldwin Avenue #303**
_____ *(street address)* in
**Waukegan** *(city)*, Illinois,
**60085** *(zip code)* the "apartment" or the "premises") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest, agents, or assigns). If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**IDENTIFICATION OF OWNER AND AGENTS**
Owner or Authorized Management Agent:
**BH Management**

NAME
**400 Locust St. Ste 790**
ADDRESS
**Des Moines**
CITY                    TELEPHONE NUMBER
Person Authorized to Act on Behalf of Owner for Purpose of Service of Process and Receipting for Notices:
**Illinois Corporation Service Company**

NAME
**801 Adlai Stevenson Drive**
ADDRESS
**Springfield, IL 62703      (847)244-9222**
CITY                    TELEPHONE NUMBER

**2. OCCUPANTS.** The apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract):*

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than **3** consecutive days without our prior written consent, and no more than twice that many days in any one month. *If the previous space isn't filled in, two days per month is the limit.*

**3. LEASE TERM.** The initial term of the Lease Contract begins on the **27th** day of **June**, **2024**, and ends at 11:59 pm the **26th** day of **July**, **2025**, *(year).*

**Renewal.** This Lease Contract will automatically renew month-to-month unless either party gives at least **60** days written notice of termination or intent to move-out as required by paragraph 44 (Move-Out Notice).

*If the number of days isn't filled in, at least 30 days notice is required.*

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ **500.00**, due on or before the date this Lease Contract is signed.

IF REQUIRED BY LOCAL ORDINANCE: Your security deposit will be kept in a segregated account (name of financial institution):
**CIBC Bank USA**
**120 South LaSalle Street**
**Chicago, IL 60603**

**5. KEYS.** You will be provided **2** apartment key(s), **2** mailbox key(s), _____ FOB(s), and/or _____ other access device(s) for access to the building and amenities at no additional cost at move-in. If the key, FOB, or other access device is lost or becomes damaged during your tenancy or is not returned or is returned damaged when you move out, you will be responsible for the costs for the replacement and/or repair of the same.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ **1400.00** per month for rent, payable in advance and without demand on or before the first of every month:

☒ at the on-site manager's office, or
☒ at the on-site manager's office or at our online payment site, or
☒ at **Walk in Payment System**

# Concession Granted:

**0.00**

☐ NO CONCESSIONS GRANTED.

Prorated rent of $ **186.67** is due for the remainder of *(check one):* ☒ 1st month or ☐ 2nd month, on **June 1**, **2024**, *(year). Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute.* We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks via the Automated Clearing House (ACH) system for the purposes of collecting payment. Rent is not considered accepted, if the payment/ACH is rejected, does not clear, or is stopped for any reason. If you don't pay all rent on or before the **3rd** day of the month, you'll pay a late charge. Your late charge will be *(check one):* ☐ a flat rate of $ _____ or ☒ **10** % of your total monthly rent payment, per month as additional rent until paid in full. You'll also pay a charge of $ **25.00** for each returned check or rejected electronic payment as additional rent, plus the late charges described herein. If you don't pay rent on time, you'll be delinquent and all remedies under this Lease Contract will be authorized. All payment obligations under this Lease Contract shall constitute rent under this Lease Contract.

☑ Blue Moon eSignature Services Document ID: 483538132

**7. UTILITIES.** We'll pay for the following items, if checked:

☐ water ☐ gas ☐ electricity ☐ master antenna
☐ wastewater ☐ trash ☐ cable TV
☐ other _____

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected for any reason—including disconnection for not paying your bills—until the lease term or renewal period ends. Cable channels that are provided may be changed during the Lease Contract term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-powered lighting. If any utilities are submetered for the apartment, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance. If utilities are prorated by an allocation formula, we will follow the procedures of the applicable law. You will comply with all local regulations and rules regarding trash disposal and recycling on the property. Where required, we will provide notices about trash disposal and recycling.

**8. INSURANCE.** We do not maintain insurance to cover your personal property or personal injury. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

In addition, we urge all residents, and particularly those residing in coastal areas, areas near rivers, and areas prone to flooding, to obtain flood insurance. Renter's insurance may not cover damage to your property due to flooding. A flood insurance resource which may be available includes the National Flood Insurance Program managed by the Federal Emergency Management Agency (FEMA).

We ☐ require ☒ do not require you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like. If no box is checked, renter's insurance is not required.

Additionally, you are *(check one)* ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance throughout your tenancy, including any renewal periods and/or lease extensions, may be an incurable breach of this Lease Contract and may result in the termination of your tenancy and eviction and/or any other remedies as provided by this Lease Contract, local ordinance, or state law.

**9. NO ALTERATIONS.** You shall not make any alterations to the premises nor install any appliances, locks or other equipment of any kind without our prior written consent.

Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done before you move into your apartment. You may at any time ask us to change or rekey locks or latches during the Lease Term. We must comply with those requests, but you must pay for them, unless otherwise provided by law.

**Payment for Rekeying, Repairs, Etc.** You must pay for all repairs or replacements arising from misuse or damage to devices by you or your occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair, install, change or rekey the same device during the 30 days preceding your request and we have complied with your request.

**10. AREAS NOT INCLUDED IN THE TERM "APARTMENT."** "Apartment" excludes common areas but includes interior living areas and exterior patios, balconies, attached garages, storerooms for your exclusive use.

---

## Special Provisions and "What If" Clauses

**11. SPECIAL PROVISIONS.** The following special provisions and any addenda or written rules furnished to you at or before signing become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form.

_____
_____
_____
_____
_____
_____

See any additional special provisions.

**12. DAMAGES AND REIMBURSEMENT.** You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the apartment community due to a violation of the Lease Contract or rules, improper use, negligence, or intentional conduct by you or your invitees, guests or occupants. **Unless the damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for—repairs, replacement costs, and damage to the following that result from you or your invitees, guests, or occupants' negligence or intentional acts: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your apartment.** We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

**13. FAILING TO PAY FIRST MONTH'S RENT.** If you don't pay the first month's rent when or before the Lease Contract begins, all future rent will be immediately due. We also may end your right of occupancy and recover damages, future rent, attorney's fees, court costs, and other lawful charges as provided by law, court rules, statute or ordinance. Our rights and remedies under paragraph 32 (Default by Resident) apply to acceleration under this paragraph.

**14. RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 11 (Special Provisions), by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules allowed under paragraph 18 (Community Policies or Rules). If, at least 5 days before the advance notice period referred to in paragraph 3 (Lease Term), we give you written notice of rent increases or Lease Contract changes effective when the Lease Contract term or renewal period ends, this Lease Contract will automatically continue month-to-month with the increased rent or Lease Contract changes. The new modified Lease Contract will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice under paragraph 44 (Move-Out Notice).

**15. DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're not responsible for the delay. The Lease Contract will remain in force subject to: (1) abatement of rent on a daily basis during delay; and (2) your right to terminate as set forth below. Termination notice must be in writing. After termination, you are entitled only to refund of deposit(s) and any rent paid. Rent abatement or Lease Contract termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the apartment.

If there is a delay and we haven't given notice of delay as set forth immediately below, you may terminate up to the date when the apartment is ready for occupancy, but not later.

(1) If we give written notice to any of you during or after the initial term as set forth in Paragraph 3 (Lease Term)—and the notice states that occupancy has been delayed because of construction or a previous resident's holding over, and that the apartment will be ready on a specific date—you may terminate the Lease Contract within 3 days of your receiving the notice, but not later or as prescribed by local ordinance, where applicable.

(2) If we give written notice to any of you before the initial term as set forth in Paragraph 3 (Lease Term) and the notice states that construction delay is expected and that the apartment will be ready for you to occupy on a specific date, you may terminate the Lease Contract within 7 days after any of you receives written notice, but not later or as prescribed by local ordinance, where applicable. The readiness date is considered the new initial term as set forth in Paragraph 3 (Lease Term) for all purposes. This new date may not be moved to an earlier date unless we and you agree.

☑ Blue Moon eSignature Services Document ID: 433338132

**16.AD VALOREM TAXES/FEES AND CHARGES - ADDITIONAL RENT.** Unless otherwise prohibited by law, if, during the term of this Agreement, any locality, city, state, or Federal Government imposes upon Us, any fee, charge, or tax, which is related to or charged by the number of occupants, or by the apartment unit itself, such that we are charged a fee, charge, or tax, based upon your use or occupancy of the apartment, we may add this charge as Additional Rent, during the term of the Lease Contract, with thirty (30) days advance written notice to you. After this written notice (the amount or approximate amount of the charge, will be included), you agree to pay, as Additional Rent, the amount of the charge, tax or fee imposed upon us, as a result of your occupancy. As examples, these charges can include, but are not limited to: any charges we receive for any zoning violation, sound, noise or litter charge; any charge under any nuisance or chronic nuisance type statute, 911 or other life safety, per person, or per unit charge or tax and any utility bill unpaid by you, which is then assessed to us for payment.

**17.DISCLOSURE RIGHTS.** If someone requests information on you or your rental history for law-enforcement, governmental, or business purposes, we may provide it.

---

## While You're Living in the Apartment

**18.COMMUNITY POLICIES OR RULES.** You and all guests and occupants must comply with any written apartment rules and community policies, including Instructions for care of our property. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all apartments in the community and do not change dollar amounts on page 1 of this Lease Contract.

**19.LIMITATIONS ON CONDUCT.** The apartment and other areas reserved for your private use must be kept clean and free of trash, garbage, and other debris. Trash must be disposed of at least weekly in appropriate receptacles and you must comply with local ordinances. Passageways may be used only for entry or exit. You agree to keep all passageways and common areas free of obstructions such as trash, storage items, and all forms of personal property. No person shall ride or allow bikes, skateboards, or other similar objects in the passageways. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with apartment rules and posted signs. Glass containers are prohibited in or near pools and all common areas. You, your occupants, or guests may not anywhere in the apartment community: use candles or use kerosene lamps without our prior written approval; cook on balconies or outside; or solicit business or contributions. Conducting any kind of business (including child care services) in your apartment or in the apartment community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas.

We may exclude from the apartment community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any apartment rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the community. If you allow an excluded person onto the property it is grounds for termination of your tenancy.

You agree to notify us if you or any occupants are convicted of any felony, or misdemeanor involving a controlled substance, violence to another person or destruction of property. You also agree to notify us if you or any occupant registers as a sex offender in any state. Informing us of criminal convictions or sex offender registry does not waive our right to evict you.

**20.PROHIBITED CONDUCT.** You, your occupants or guests, or the guests of any occupants, may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the apartment community; disrupting our business operations; manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the apartment community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may disturb other people; storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the apartment community; or injuring our reputation by making bad faith allegations against us to others. You are responsible for the conduct of your occupants and guests. You nor any people living with you or visiting you shall have been convicted of a crime relating to illegal sexual conduct nor shall be a registered sex offender in any state.

**21.PARKING.** We may regulate the time, manner, and place of parking all cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles. Motorcycles or motorized bikes may not be parked inside an apartment or on sidewalks, under stairwells, or in handicapped parking areas. We may have unauthorized or illegally parked vehicles towed under an appropriate law. A vehicle is unauthorized or illegally parked in the apartment community if it:

(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license plate or no current registration and/or inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the apartment; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in space marked for manager, staff, or guest at the office; or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or apartment(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster; or
(13) belongs to a resident and is parked in a visitor or retail parking space.

**22.RELEASE OF RESIDENT.** Unless you're entitled to terminate your tenancy under paragraphs 11 (Special Provisions), 15 (Delay of Occupancy), 44 (Move-Out Notice), or pursuant to statute or ordinance, you won't be released from this Lease Contract for any reason—including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, bad health, or death.

**23.MILITARY PERSONNEL CLAUSE.** All parties to this Lease Contract agree to comply with any federal law, including, but not limited to the Service Member's Civil Relief Act, or any applicable state law(s), if you are seeking to terminate this Lease Contract and/or subsequent renewals and/or Lease Contract extensions under the rights granted by such laws.

**24.RESIDENT SAFETY AND PROPERTY LOSS.** You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors carbon monoxide detectors, and/or radon detectors, keyed deadbolt locks, window latches, and other access control devices.

**Smoke Detectors.** We'll furnish smoke detectors as required by statute, and we'll test them and provide working batteries when you first take possession. After that, you must pay for and replace batteries as needed, unless the law provides otherwise. We may replace dead or missing batteries at your expense, without prior notice to you. You must immediately report smoke detector malfunctions to us in writing. Neither you nor others may disable smoke detectors. If you damage or disable the smoke detector or remove a battery without replacing it with a working battery, you may be liable to us for actual damages, and attorney's fees. If you disable or damage the smoke detector, or fail to replace a dead battery or report malfunctions to us, you may be liable to us and others for any loss, damage, or fines from fire, smoke, or water and you may be in violation of Illinois law and local ordinance.

**Carbon Monoxide Instructions and Disclosure.** We'll furnish one approved carbon monoxide detector in your apartment as required by Illinois law and local ordinance, and we'll test them and provide working batteries when you first take possession. After that, you must pay for and replace batteries as needed, test the detector, and provide general maintenance. We may replace dead or missing batteries at your expense, without prior notice to you.

☑ Blue Moon eSignature Services Document ID: 485338132

You must immediately report carbon monoxide detector malfunctions to us in writing. Neither you nor others may disable carbon monoxide detectors. If you damage or disable the carbon monoxide detector or remove a battery without replacing it with a working battery, you may be liable to us for actual damages and attorney's fees. If you disable or damage the carbon monoxide detector, or fail to replace a dead battery or report malfunctions to us, you may be liable to us and others for any loss, damage, or fines and you may be in violation of Illinois law and local ordinance.

**Casualty Loss.** We're not liable to any resident, guest, or occupant for personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, interruption of utilities, theft, or vandalism unless otherwise required by law. We have no duty to remove any ice, sleet, or snow but may remove any amount with or without notice. During freezing weather, you must ensure that the temperature in the apartment is sufficient to make sure that the pipes do not freeze (the appropriate temperature will depend upon weather conditions and the size and layout of your unit). If the pipes freeze or any other damage is caused by your failure to properly maintain the heat in your apartment, you'll be liable for damage to our and other's property. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for these services to the extent allowed by applicable law.

**Crime or Emergency.** Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, suspected criminal activity, or other emergency involving imminent harm. You should then contact our representative. Unless otherwise provided by law, we're not liable to you or any guests or occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We're not obliged to furnish security personnel, security lighting, security gates or fences, or other forms of security. If we provide any access control devices or security measures upon the property, they are not a guarantee to prevent crime or to reduce the risk of crime on the property. You agree that no access control or security measures can eliminate all crime and that you will not rely upon any provided access control or security measures as a warranty or guarantee of any kind. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the apartment community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You also must notify us and furnish us with the law-enforcement agency's incident report number upon request.

25. **CONDITION OF THE PREMISES AND ALTERATIONS.** You accept the apartment, fixtures, and furniture as is, except for conditions materially affecting the health or safety of ordinary persons. You will be given an Inventory and Condition form on or before move-in. You must sign and note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the apartment and not damaging or littering the common areas. Unless authorized by statute (or Ordinance), or by us in writing, you must not make any alterations to the premises, nor perform any repairs, painting, wallpapering, carpeting, or electrical changes, nor install any appliances, locks or other equipment of any kind, or otherwise alter our property. No holes or stickers are allowed inside or outside the apartment. We will permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless statutorily allowed or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors, carbon monoxide detectors, radon detectors, furniture, telephone and cable TV wiring, screens, locks, and access control devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the apartment; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the apartment (whether or not we consent) become ours unless we agree otherwise in writing.

26. **REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST—FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS—IT MUST BE SUBMITTED THROUGH EITHER THE ONLINE TENANT/MAINTENANCE PORTAL, OR SIGNED AND IN WRITING AND DELIVERED TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress as described in Paragraph 24 Resident Safety and Property Loss). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections, taking into consideration when casualty insurance proceeds are received. Rent will not abate in whole or in part unless authorized under Illinois law (or local Ordinance).

If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate your tenancy within a reasonable time by giving you written notice. If your tenancy is so terminated, we'll refund prorated rent and all deposits, less lawful deductions.

27. **ANIMALS.** Unless otherwise provided under federal, state, or local law, no animals (including mammals, reptiles, birds, fish, rodents, and insects) are allowed, even temporarily, anywhere in the apartment or apartment community unless we've so authorized in writing. You must remove an illegal or unauthorized animal within 24 hours of notice from us, or you will be considered in default of this Lease Contract. If we allow an animal as a pet, you must execute a separate animal addendum which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. We will authorize an assistance animal for a disabled person. When allowed by applicable laws, before we authorize an assistance animal, if the disability is not readily apparent, we may require a written statement from a qualified professional verifying the disability-related need for the assistance animal. If we authorize an assistance animal, you may require you to execute a separate animal and/or assistance animal addendum. Animal deposits, additional rents, fees or other charges will not be required for an assistance animal needed due to disability, including an emotional support or service animal, as authorized under federal, state, or local law. You must not feed stray or wild animals.

If you or any guest or occupant violates animal restrictions (with or without your knowledge), you'll be subject to charges, damages, eviction, and other remedies provided in this Lease Contract. If an animal has been in the apartment at any time during your term of occupancy (with or without our consent), we'll charge you for defleaing, deodorizing, and shampooing, if we deem it necessary, and we may withhold these amounts from your security deposit as describe in Paragraph 48 (Security Deposit Interest, Deductions and Other Charges).

28. **WHEN WE MAY ENTER.** Except as prohibited by state law or local ordinance, if you or any guest or occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (2) below may peacefully enter the apartment at reasonable times for the purposes listed in (2) below. You will not unreasonably withhold consent for us to enter your apartment at reasonable times for reasonable purposes as provided by statute or local ordinance. If nobody is in the apartment, then such persons may enter peacefully and at reasonable times by duplicate or master key if:

(1) written notice of the entry is left in a conspicuous place in the apartment immediately after the entry; *and*

(2) entry is for: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector, carbon monoxide detectors, and/or radon detectors, batteries; preventing waste of utilities; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture,

☑ Blue Moon eSignature Services Document ID: 435338132

equipment, or access control devices; removing unauthorized access control devices; stopping excessive noise; removing health or safety hazards (including hazardous materials); removing perishable foodstuffs if your electricity is disconnected; inspecting when immediate danger to person or property is reasonably suspected; allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing apartment to prospective residents (after move-out or vacate notice has been given); or showing the apartment to government inspectors, fire marshals, lenders, appraisers, contractors, prospective buyers, or insurance agents.

29. **JOINT AND SEVERAL RESPONSIBILITY.** Each resident is jointly and severally liable for all Lease Contract obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of termination, repair requests, and entry permissions) constitute notice from all residents. In eviction suits, each resident is considered the agent of all other residents in the apartment for service of process. Security deposit refunds may be by one check jointly payable to all residents; the check and any deduction itemizations may be mailed to one resident only.

## Replacements

30. **REPLACEMENTS AND SUBLETTING.** Replacing a resident, subletting, assignment, granting a right or license to occupy is allowed *only when we expressly consent in writing.* To the extent allowed by law, we may charge a subletting fee. If departing or remaining residents find a replacement resident acceptable to us before moving out and we expressly consent, in writing, to the replacement, subletting, assignment, or granting a right or any license to occupy, then:

(1) an administrative (paperwork) and/or transfer fee *will be* due; and

(2) you *will* remain liable for all Lease Contract obligations for the rest of the original Lease Contract term.

**Procedures for Replacement.** If we approve a replacement resident, then, at our option: (1) the replacement resident must sign this Lease Contract with or without an increase in the total security deposit; or (2) the remaining and replacement residents must sign an entirely new Lease Contract. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve. The departing resident will no longer have a right to occupancy or to a security deposit refund, but will remain liable for the remainder of the original Lease Contract term unless we agree otherwise in writing—even if a new Lease Contract is signed.

## Responsibilities of Owner and Resident

31. **RESPONSIBILITIES OF OWNER.** We'll act with customary diligence to:

(1) keep common areas reasonably clean, subject to paragraph 25 (Condition of the Premises and Alterations);

(2) maintain fixtures, furniture, hot water, heating and A/C equipment;

(3) comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and

(4) make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

32. **DEFAULT BY RESIDENT.** You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: .1) you don't pay rent or other amounts that you owe when due; (2) you move out before your lease expires without paying rent through the end of the lease term or renewal period; (3) you fail to give written move-out notice as required by Paragraph 23 (Military Personnel Clause) or 44 (Move-Out Notice); (4) you or any guest or occupant violates the apartment rules, or fire, safety, health, or criminal laws, regardless of whether or where arrest or conviction occurs; (5) you abandon the apartment; (6) you give incorrect or false answers in a rental application; (7) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia, or illegal sexual activity; (8) any illegal drugs, illegal weapons, or drug paraphernalia are found in your apartment; or (9) you or any guest or occupant engages in any of the prohibited conduct described in Paragraph 20 (Prohibited Conduct). If you or any other residents or occupants, on one or more occasions, uses or permits the use of the apartment or leased premises for the commission of a felony or class A misdemeanor under the laws of this state, we shall have the right to void the lease and recover the apartment. We will mitigate our damages to the extent required by Illinois law.

**Lease Renewal When A Breach or Default Has Occurred.** In the event that you enter into a subsequent Lease prior to the expiration of this Lease and you breach or otherwise commit a default under this Lease, we may, at our sole and absolute discretion, terminate the subsequent Lease, even if the subsequent Lease term has yet to commence. We may terminate said subsequent Lease by sending you written notice of our desire to terminate said subsequent Lease.

**Notice and Eviction.** If you default due to non-payment of rent, we may send our right of occupancy by giving you a five-day written notice to vacate, or similar notice as required by local ordinance, where applicable. If you default by breaching the lease for reasons other than non-payment of rent, we may end your right of occupancy by giving you ten days' written notice to vacate or similar notice as required by local ordinance, where applicable.

Notice may be served by: (1) personal delivery at the apartment to you or any occupant over 13 years old; (2) by certified or registered

mail, return receipt requested—the mailing of same shall constitute delivery; or (3) if no one answers the door, by posting a copy of the notice to the door of the apartment. Termination of your possession rights or subsequent reletting doesn't release you from liability for future rent or other Lease Contract obligations. After giving notice to vacate or after filing an eviction lawsuit, we may still accept rent or other sums due; the filing or acceptance doesn't waive or diminish our right of eviction, or any other contractual or statutory right. Accepting money at any time doesn't waive our right to damages, or past or future rent or other sums.

**Acceleration.** All monthly rent for the rest of the Lease Contract term or renewal period will be accelerated automatically without notice or demand (before or after acceleration) and will be immediately due and delinquent if, without our written consent: (1) you move out, remove property in preparing to move out, or give oral or written notice (by you or any occupant) of intent to move out before the Lease Contract term or renewal period ends; *and* (2) you've not paid all rent for the entire Lease Contract term or renewal period. Such conduct is considered a default for which we need not give you notice. Remaining rent also will be accelerated if you're judicially evicted or move out when we demand because you've defaulted. Acceleration is subject to our mitigation obligations to the extent required by Illinois law.

**Holdover.** You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent of $ __58.33__ per day is due in advance and may become delinquent without notice or demand; (2) rent for the holdover period will be increased by 25% over the then-existing rent, without notice; (3) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of the holdover; and (4) if you fail to vacate the apartment, and we accept subsequent rent, you will become a month-to-month tenant.

**Remedies Cumulative.** Any remedies set forth herein shall be cumulative, in addition to, and not in limitation of, any other remedies available to Landlord under any applicable law.

**Other Remedies.** We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts in paragraph 11, in addition to other sums due. Upon your default, we have all other legal remedies, including tenancy termination. Unless a party is seeking exemplary, punitive, or personal-injury damages, the prevailing party may recover from the non-prevailing party attorney's fees and all other litigation costs to the extent permitted by state law or local ordinance. All unpaid amounts bear 9% interest per year from due date, compounded annually. You must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline.

☑ Blue Moon eSignature Services Document ID: 435338132

## General Clauses

**33.FULL AND BINDING AGREEMENT.** *Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract, including addendums as referenced in paragraph 51 (Originals and Attachments), is the entire agreement between you and us. Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract. This Lease Contract binds subsequent owners.*

**34.ELECTION OF REMEDIES.** All remedies are cumulative. Exercising one remedy won't constitute an election or waiver of other remedies. No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our failure to enforce or belatedly enforce written-notice requirements, rental due dates, acceleration, liens, or other rights isn't a waiver under any circumstances.

**35.NOTICE REQUIREMENTS.** Except when notice or demand is required by state law or local ordinance, you waive any notice and demand for performance from us if you default. Written or electronic notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo, letter or fax that was given. Fax signatures are binding. All notices must be signed. All notices and documents may be in English and, at our option, in any language that you read or speak.

**36.EMPLOYEES AND AGENTS OF OWNER.** No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract. All notices and documents may be in English and, at our option, in any language that you read or speak. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies.

**37.SUBORDINATION.** This Lease Contract is subordinate or superior to existing and future recorded mortgages, at lender's option.

**38.DISCRETIONARY RIGHTS.** All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.

**39.OBLIGATION TO VACATE.** If we provide you with a notice to vacate, or if you provide us with a written notice to vacate or intent to move-out in accordance with the Lease Terms paragraph, and we accept such written notice, then you are required to vacate the Apartment and remove all of your personal property therefrom at the expiration of the Lease term, or by the date set forth in the notice to vacate, whichever date is earlier, without further notice or demand from us.

**40.CONTACTING YOU.** By signing this lease, you are agreeing that we, our representative(s) or agent(s) may contact you. You agree that we may contact you using any contact information relating to your lease including any number (i) you have provided to us (ii) from which you called us, or (iii) which we obtained and through which we reasonably believe we can reach you. You agree we may use any means to contact you. This may include calls made to your cellular telephone using an automatic telephone dialing system, artificial or prerecorded voice messages, text messages, mail, e-mail, and calls to your phone or Voice over Internet Protocol (VoIP) service, or any other data or voice transmission technology. You agree to promptly notify us if you change any contact information you provide to us. You are responsible for any service provider charges as a result of us contacting you.

**41.FORCE MAJEURE:** If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

**42.PAYMENTS.** Payment of all sums is an independent covenant. At our option and without notice, we may apply money received (other than utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent—regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments.

**43.ASSOCIATION MEMBERSHIP.** We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local apartment (multi-housing) associations for the area where the apartment is located.

## When Moving Out

**44.MOVE-OUT NOTICE.** Before moving out, you must give our representative advance written move-out notice as provided below. Your move-out notice will not release you from liability for the full term of the Lease Contract or renewal term. You will still be liable for the entire Lease Contract term if you move out early (paragraph 22 Release of Resident) except under the military clause (paragraph 23 Military Personnel Clause). If you intend to vacate the premises on the Lease End Date (as provided at Paragraph 3, "Lease Term") without further liability to us for rent, **you must provide us with written notice of your intent not to renew the Lease ["Move-out Notice"]** as provided in Paragraph 3 (Lease Term). Should you fail to timely provide said Move-out Notice, you will be liable to us for rent for the number of days that your written Notice is less than the number of days set forth in Paragraph 3 (Lease Term). For example, if you do not provide any written Notice to us and vacate the premises on or before the stated Lease End Date of the Lease, you will be liable to us for rent for the number of days of required Notice as provided at Paragraph 3 (Lease Term) as an Insufficient Notice Charge in addition to any other rent that may be due. Any Insufficient Notice Charge shall not extend the Lease Term beyond the Lease End Date. If you give no Notice and remain in the premises after the Lease End Date, you will be deemed a month-to-month tenant on the same terms and conditions contained herein, except that the monthly rental rate shall be an amount equal to 150% of the current market rental rate as set forth in the Lease, and said rent may be further increased upon **30 days** written notice from us to you. If you wish to later provide written Notice to end the month-to-month tenancy, you must

provide 30 days written notice to us. YOUR MOVE-OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:

- We must receive advance written notice of your move-out date. The advance notice must be at least the number of days of notice required in paragraph 3 (Lease Term). Oral move-out notice will not be accepted and will not terminate your tenancy.

- Your move-out notice must not terminate your tenancy sooner than the end of the Lease Contract term or renewal period.

YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE. You must obtain from our representative written acknowledgment that we received your move-out notice. If we terminate your tenancy, we must give you the same advance notice—unless you are in default.

**45.MOVE-OUT PROCEDURES.** The move-out date can't be changed unless we and you both agree in writing. You won't move out before the Lease Contract term or renewal period ends unless all rent for the entire Lease Contract term or renewal period is paid in full. Early move-out may result in acceleration of future rent under paragraph 32 (Default by Resident). You're prohibited from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. All residents, guests, and occupants must vacate the apartment before the 30-day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

Blue Moon eSignature Services Document ID: 433338132

**46.CLEANING.** You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

**47.MOVE-OUT INSPECTION.** You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

**48.SECURITY DEPOSIT INTEREST, DEDUCTIONS AND OTHER CHARGES.** Interest on your security deposit will be paid to you if required by Illinois law or ordinance. You'll be liable for the following charges, if applicable: unpaid rent; unpaid utilities; unreimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke-detector, carbon monoxide detectors, and/ or radon detectors batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized access control devices or alarm systems; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges under paragraph 27 (Animals); government fees or fines against us for violation by you, your occupants, or guests) of local ordinances relating to smoke detectors, carbon monoxide detectors, and/or radon detectors, false alarms, recycling, or other matters; late-payment and returned-check charges; a charge (not to exceed $100) for our time and inconvenience in any valid eviction proceeding against you, plus attorney's fees, court costs, and filing fees actually paid; and other sums due under this Lease Contract, to the extent allowed by Illinois law or local ordinance.

You'll be liable to us for: (1) charges for replacing all keys and access devices referenced in paragraph 5 (Keys) if you fail to return them on or before your actual move-out date; and (2) accelerated rent if you have violated paragraph 32 (Default by Resident).

**49.DEPOSIT AND SURRENDER.** You are required to provide us written notice of your forwarding address, on or before termination of this Lease Contract. We'll mail you, to the forwarding address you provide, your security deposit refund (less lawful deductions) plus any applicable interest, and an itemized accounting of any deductions within the time frames and parameters set forth under state law. If you fail to provide us with your forwarding address in writing, as required above, we will send your security deposit refund (less lawful deductions) plus any applicable interest, and an itemized accounting of any deductions to your last known address.

You have *surrendered* the apartment when: (1) the move-out date has passed and no one is living in the apartment in our reasonable judgment; or (2) all apartment keys and access devices listed in paragraph 5 have been turned in where rent is paid—whichever date occurs first.

Surrender, abandonment, or judicial eviction ends your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the apartment; determine any security deposit deductions; and remove property left in the apartment.

## Severability, Originals and Attachments, and Signatures

**50.SEVERABILITY.** If any provision of this Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the lease and provisions herein in a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

**51.ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures. We will provide you with a copy of the Lease Contract. Your copy of the Lease Contract may be in paper format, in an electronic format at your request, or sent via e-mail if we have communicated by e-mail about this Lease. Our rules and community policies, if any, will be attached to the Lease Contract and provided to you at signing. A copy or scan of this Lease Contract and related addenda, amendments, and agreements may be used for any purpose and shall be treated as an original.

When an Inventory and Condition form is completed, you should retain a copy, and we should retain a copy. Any addenda or amendments you sign as a part of executing this Lease Contract are binding and hereby incorporated into and made part of the Lease Contract between you and us. This lease is the entire agreement between you and us. You acknowledge that you are NOT relying on any oral representations.

**Date form is filled out** *(same as on top of page 1).*

04/30/2024

**You are legally bound by this document. Please read it carefully.**

**Before submitting a rental application or signing a Lease Contract, you may take a copy of these documents to review and/or consult an attorney.**

**Additional provisions or changes may be made in the Lease Contract if agreed to in writing by all parties.**

**Resident or Residents** *(all sign below)*

Alfred Holt

Marilia Coutinho Espinola

**Owner or Owner's Representative** *(signing on behalf of owner)*

Tonoa Turner

**Address and phone number of owner's representative for notice purposes**

801 Adlai Stevenson Drive

Springfield, IL 62703
(847) 244-9222

**Name and address of locator service** *(if applicable)*

SPECIAL PROVISIONS (CONTINUED FROM PAGE 2)

☑ Blue Moon eSignature Services Document ID: 435338132

## LEASE ADDENDUM FOR RENT CONCESSION
## OR OTHER RENT DISCOUNT



**1. APARTMENT DESCRIPTION.**
Unit No. __805303__, __805 Baldwin__
__Avenue #303__
_____ *(street address)* in
_____ __Waukegan__
*(city)*, Illinois, _____60085_____ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: __April 30, 2024__
Owner's name: __Amzak Waukegan LLC__
_____
_____
_____

Residents *(list all residents)*:
__Alfred Holt, Marilia Coutinho Espinola__
_____
_____
_____
_____
_____
_____
_____
_____

**3. CONCESSION/DISCOUNT AGREEMENT.** As consideration for your agreement to remain in your apartment and to fulfill your Lease obligations throughout the full term of your Lease, you will receive the following rent Concession and or Discount.

*(Check all that apply)*

☐ **One-Time Concession.** You will receive a One-Time Concession of the rent indicated in the Rent and Charges paragraph of the Lease Contract in the total amount of $ __0.00__. This Concession will be credited to your rent due for the month(s) of: _____
_____
_____.

☐ **Monthly Discount/Concession.** The rent indicated in the Rent and Charges paragraph of the Lease Contract includes a Monthly Discount of $ __0.00__ per month off of the suggested rental rate for your apartment.

☐ **Other Discount/Concession.** You will receive the following discount off the rent indicated in the Rent and Charges paragraph of the Lease Contract:
_____
_____
_____
_____

☐ **Non-Monetary Concession.** You will receive the following non-monetary concession during the term of the Lease.
_____
_____
_____
_____
_____

**4. CONCESSION CANCELLATION AND CHARGE-BACK.** The concession and discounts indicated above are provided to you as an incentive and with the understanding that you will fulfill your obligations under the Lease Contract through the entire term of your Lease.

If your lease is terminated early due to your default (for example, if you abandon the premises without paying rent or are evicted), this Concession/Discount Agreement will be immediately terminated, and you will be required to immediately repay to the Owner the amounts of all (*Check all that apply*)

☒ Concessions
☒ Discounts

that you have actually received for the months you resided in the Premises, and without further notice from us.

**5. MARKET RENT.** The market rent for this apartment is the rent stated in the Lease Contract. You acknowledge that the market rent is a fair representation of what the specific apartment would actually rent for at the time the Lease Contract was negotiated and executed, and is reflective of the rent for a similar apartment at comparable properties.

**6. SPECIAL PROVISIONS.** The following special provisions control over any conflicting provisions of this printed Addendum form or the Lease Contract.

__The amount listed indicated in the Rent__
__and Charges paragraph of the Lease__
__Contract does not include the Monthly__
__Discount listed in this Addendum.__
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign)*

*Alfred Holt*
*Marilia Coutinho Espinola*
_____
_____
_____

**Owner or Owner's Representative**
*(signs here)*

*Tonoa Turner*
_____

**Date of Lease Contract**

__April 30, 2024__

© 2019, National Apartment Association, Inc. - 2/2019, Illinois



**ADDENDUM REGARDING RECREATIONAL AND MEDICAL MARIJUANA**
**USE AND LANDLORD'S COMMITMENT TO ENFORCEMENT**
**OF CRIME/DRUG FREE ADDENDUM**

*Becomes part of the Lease Contract*

**NAA**
NATIONAL APARTMENT ASSOCIATION

**1. DWELLING DESCRIPTION.**
805 Baldwin Avenue #303

*(street address),* 805303 *(unit no. if*
*applicable)* in Waukegan
*(city),* Illinois, 60085 *(zip code).*

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: April 30, 2024
Owner's name: Amzak Waukegan LLC

Residents *(list all residents):*

Alfred Holt, Marilia Coutinho Espinola

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3.** The Illinois Compassionate Use of Medical Cannabis Pilot Program Act permits the limited use of medical marijuana in specific and limited circumstances. However, this is not the case under federal law. Under federal law, specifically the Controlled Substances Act (CSA), marijuana is still categorized as a Schedule I substance. This means that under federal law, the manufacture, distribution, or possession of marijuana is strictly prohibited. Because the U.S. Department of Housing and Urban Development is controlled by the federal government, it agrees that the use of marijuana, whether prescribed for medical reasons or not, is a criminal offense and will not be protected under the fair housing laws. Therefore, management is not required to accommodate the use of marijuana by a tenant who is a current medical marijuana user. Disabled tenants who are registered medical marijuana users, however, should not feel discouraged to request reasonable accommodations if the need arises.

**4.** The Premises listed above follows and complies with federal law regarding marijuana use and is, and will continue to be, a drug free community. Possession, use, manufacture or sale of any illegal substance, including marijuana, or any use of marijuana by the tenant and/or guests will result in immediate termination. If you have any questions or concerns about this policy, please speak to management.

**5.** By signing below, the resident acknowledges his or her understanding of the terms and conditions as stated above, and his or her agreement to comply with those terms and conditions.

**6. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

**Resident or Residents** *(sign here)*

*Alfred Holt*
*Marilia Coutinho Espinola*

**Date of Signing Addendum**

04/30/2024
05/24/2024

**Owner or Owner's Representative** *(signs here)*

*Tonoa Turner*

**Date of Signing Addendum**

05/28/2024

© 2024, National Apartment Association, Inc. - 3/2024, Illinois



Blue Moon eSignature Services Document ID: 465338132

**UTILITY ADDENDUM**

**NAA**
NATIONAL APARTMENT ASSOCIATION

This Utility Addendum is incorporated into the Lease Contract (referred to in this addendum as "Lease Contract" or "Lease") dated
_____ **April 30, 2024** _____ between **Amzak Waukegan LLC**

("We" and/or "we" and/or "us") and **Alfred Holt, Marilia Coutinho Espinola**

("You" and/or "you") of Apt. No. **805303** located at **805 Baldwin Avenue #303**

(street address) in _____ **Waukegan, IL 60085** _____
and is in addition to all terms and conditions in the Lease. This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**1.** Responsibility for payment of utilities, and the method of metering or otherwise measuring the cost of the utility, will be as indicated below.

a) **Water** service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☒ water bills will be billed by the service provider to us and then allocated to you based on the following formula: **5**
  - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
  - ☒ 3rd party billing company if applicable **Conserve**

b) **Sewer** service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☒ sewer bills will be billed by the service provider to us and then allocated to you based on the following formula: **5**
  - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
  - ☒ 3rd party billing company if applicable **Conserve**

c) **Gas** service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☒ gas bills will be billed by the service provider to us and then allocated to you based on the following formula: **7**
  - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
  - ☒ 3rd party billing company if applicable **Conserve**

d) **Trash** service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☒ trash bills will be billed by the service provider to us and then allocated to you based on the following formula: **6**
  - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
  - ☒ 3rd party billing company if applicable **Conserve**

e) **Electric** service to your apartment will be paid by you either:
- ☒ directly to the utility service provider; or
- ☐ electric bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
  - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
  - ☐ 3rd party billing company if applicable _____

f) **Stormwater** service to your apartment will be paid by you either:
- ☒ directly to the utility service provider; or
- ☐ stormwater bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
  - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
  - ☐ 3rd party billing company if applicable _____

g) **Cable TV** service to your apartment will be paid by you either:
- ☒ directly to the utility service provider; or
- ☐ cable TV bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
  - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
  - ☐ 3rd party billing company if applicable _____

h) **Master Antenna** service to your apartment will be paid by you either:
- ☒ directly to the utility service provider; or
- ☐ master antenna bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
  - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
  - ☐ 3rd party billing company if applicable _____

i) **Internet** service to your apartment will be paid by you either:
- ☒ directly to the utility service provider; or
- ☐ internet bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
  - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
  - ☐ 3rd party billing company if applicable _____

j) **Pest Control** service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☒ pest control bills will be billed by the service provider to us and then allocated to you based on the following formula: **4**
  - ☒ If flat rate is selected, the current flat rate is $ _____**3.00**_____ per month.
  - ☐ 3rd party billing company if applicable _____

k) (Other) _____ service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☐ bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
  - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
  - ☐ 3rd party billing company if applicable _____

☑ Blue Moon eSignature Services Document ID: 483338132

f) [Other] _____ service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☐ bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
  - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
  - ☐ 3rd party billing company if applicable _____

METERING/ALLOCATION METHOD KEY
"1" - Sub-metering of all of your water/gas/electric use
"2" - Calculation of your total water use based on sub-metering of hot water
"3" - Calculation of your total water use based on sub-metering of cold water
"4" - Flat rate per month
"5" - Allocation based on the number of persons residing in your apartment
"6" - Allocation based on the number of persons residing in your apartment using a ratio occupancy formula
"7" - Allocation based on square footage of your apartment
"8" - Allocation based on a combination of square footage of your apartment and the number of persons residing in your apartment
"9" - Allocation based on the number of bedrooms in your apartment
"10" - Allocation based on a lawful formula not listed here
    (Note: if method "10" is selected, a separate sheet will be attached describing the formula used)

2. If an allocation method is used, we or our billing company will calculate your allocated share of the utilities and services provided and all costs in accordance with state and local statutes. Under any allocation method, Resident may be paying for part of the utility usage in common areas or in other residential units as well as administrative fees. Both Resident and Owner agree that using a calculation or allocation formula as a basis for estimating total utility consumption is fair and reasonable, while recognizing that the allocation method may or may not accurately reflect actual total utility consumption for Resident. Where lawful, we may change the above methods of determining your allocated share of utilities and services and all other billing methods, in our sole discretion, and after providing written notice to you. More detailed descriptions of billing methods, calculations and allocation formulas will be provided upon request.

   If a flat fee method for trash or other utility service is used, Resident and Owner agree that the charges indicated in this Agreement (as may be amended with written notice as specified above) represent a fair and reasonable amount for the service(s) provided and that the amount billed is not based on a monthly per unit cost.

3. When billed by us directly or through our billing company, you must pay utility bills within _____ days of the date when the utility bill is issued at the place indicated on your bill, or the payment will be late. If a payment is late, you will be responsible for a late fee as indicated below. The late payment of a bill or failure to pay any utility bill is a material and substantial breach of the Lease and we will exercise all remedies available under the Lease, up to and including eviction for nonpayment. To the extent there are any new account, monthly administrative, late or final bill fees, you shall pay such fees as indicated below.

   | | | |
   |---|---|---|
   | New Account Fee: | $ 10.00 | (not to exceed $ _____) |
   | Monthly Administrative Billing Fee: | $ 5.50 | (not to exceed $ _____) |
   | Late Fee: | $ _____ | (not to exceed $ _____) |
   | Final Bill Fee: | $ 10.00 | (not to exceed $ _____) |

   If allowed by state law, we at our sole discretion may amend these fees, with written notice to you.

4. You will be charged for the full period of time that you were living in, occupying, or responsible for payment of rent or utility charges on the apartment. If you breach the Lease, you will be responsible for utility charges for the time period you were obliged to pay the charges under the Lease, subject to our mitigation of damages. In the event you fail to timely establish utility services, we may charge you for any utility service billed to us for your apartment and may charge a reasonable administration fee for billing for the utility service in the amount of $ 50.00 .

5. When you move out, you will receive a final bill which may be estimated based on your prior utility usage. This bill must be paid at the time you move out or it will be deducted from the security deposit.

6. We are not liable for any losses or damages you incur as a result of outages, interruptions, or fluctuations in utility services provided to the apartment unless such loss or damage was the direct result of negligence by us or our employees. You release us from any and all such claims and waive any claims for offset or reduction of rent or diminished rental value of the apartment due to such outages, interruptions, or fluctuations.

7. You agree not to tamper with, adjust, or disconnect any utility sub-metering system or device. Violation of this provision is a material breach of your Lease and may subject you to eviction or other remedies available to us under your Lease, this Utility Addendum and at law.

8. Where lawful, all utilities, charges and fees of any kind under this lease shall be considered additional rent, and if partial payments are accepted by the Owner, they will be allocated first to non-rent charges and to rent last.

9. You represent that all occupants that will be residing in the Unit are accurately identified in the Lease. You agree to promptly notify Owner of any change in such number of occupants.

10. You agree that you may, upon thirty (30) days prior written notice from Owner to you, begin receiving a bill for additional utilities and services, at which time such additional utilities and services shall for all purposes be included in the term Utilities.

11. This Addendum is designed for use in multiple jurisdictions, and no billing method, charge, or fee mentioned herein will be used in any jurisdiction where such use would be unlawful. If any provision of this addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this addendum or the Lease. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

☑ Blue Moon eSignature Services Document ID: 435338132

12. The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Utility Addendum and will supersede any conflicting provisions of this printed Utility Addendum and/or the Lease Contract.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| | | | |
|---|---|---|---|
| Resident Signature | _Alfred Holt_ | Date | 04/30/2024 |
| Resident Signature | _Marilia Coutinho Espinola_ | Date | 05/24/2024 |
| Resident Signature | | Date | |
| Resident Signature | | Date | |
| Resident Signature | | Date | |
| Resident Signature | | Date | |
| Management | _Tonoa Turner_ | Date | 05/28/2024 |

☑ Blue Moon eSignature Services Document ID: 435338132

## ILLINOIS ANIMAL ADDENDUM
*Becomes part of Lease Contract*



Please note: *We consider animals a serious responsibility and a risk to each resident in the dwelling. If you do not properly control and care for an animal, you'll be held liable if it causes any damage or disturbs other residents.*

**1. DWELLING DESCRIPTION.**
805 Baldwin Avenue #303

*(street address),* 805303 *(unit no. if applicable)* in **Waukegan** *(city),* Illinois, **60085** *(zip code).*

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **April 30, 2024**
Owner's name: **Amzak Waukegan LLC**

Residents *(list all residents)*:
**Alfred Holt, Marilia Coutinho Espinola**

The term of this Addendum is as follows:
Begins on **June 27th**, **2024** and ends on **July 26th**, **2025**.

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. A.** ❏ **NO APPROVED ANIMALS.** If this box is checked, you are not allowed to have animals (including mammals, reptiles, birds, fish, rodents, and insects), even temporarily, anywhere in the dwelling or community unless we've authorized so in writing. We will authorize support and/or service animals for you, your guests, and occupants pursuant to the parameters and guidelines established by the Federal Fair Housing Act, HUD regulatory guidelines, and any applicable state and/or local laws.

**B.** ❏ **CONDITIONAL AUTHORIZATION FOR ANIMAL.** If this box is checked, you may keep the animal that is described below in the dwelling until the Lease Contract expires. But we may terminate this authorization sooner if your right of occupancy is lawfully terminated or if in our judgment you and your animal, your guests, or any occupant violate any of the rules in this Addendum.

**4. ANIMAL DEPOSIT.** Except for service animals under the Animals paragraph of the Lease Contract, an animal deposit of $ 0.00 will be charged. We *[check one]* ☒ will consider, or ❏ will not consider this additional security deposit the general security deposit for all purposes. The security deposit amount in the Security Deposit paragraph of the Lease Contract *[check one]* ❏ does, or ☒ does not include this additional deposit amount. Refund of the animal deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

**5. ADDITIONAL MONTHLY RENT.** Your total monthly rent (as stated in the Lease Contract) will be increased by $ 0.00 . The monthly rent amount in the Rent and Charges paragraph of the Lease Contract *[check one]* ❏ includes ☒ does not include this additional animal rent.

**6. ADDITIONAL FEE.** You must also pay a one-time non-refundable fee of $ 0.00 for the animal. It is our policy to not charge a deposit for support animals. Service animals are excepted from this requirement.

**7. LIABILITY NOT LIMITED.** The additional monthly rent and additional security deposit under this Animal Addendum do not limit residents' liability for property damages, cleaning, deodorization, defleaing, replacements, or personal injuries.

**8. DESCRIPTION OF ANIMAL(S).** You may keep only the animal(s) described below. You may not substitute any other animal(s). Neither you nor your guests or occupants may bring any other animal(s)-mammal, reptile, bird, amphibian, fish, rodent, arachnid, or insect-into the dwelling or community.

Animal's name: _____
Type: _____
Breed: _____
Color: _____
Weight: _____ Age: _____
City of license: _____
License no.: _____
Date of last rabies shot: _____
Housebroken? _____
Animal owner's name: _____

Animal's name: _____
Type: _____
Breed: _____
Color: _____
Weight: _____ Age: _____
City of license: _____
License no.: _____
Date of last rabies shot: _____
Housebroken? _____
Animal owner's name: _____

Animal's name: _____
Type: _____
Breed: _____
Color: _____
Weight: _____ Age: _____
City of license : _____
License no.: _____
Date of last rabies shot: _____
Housebroken? _____
Animal owner's name: _____

Animal's name: _____
Type: _____
Breed: _____
Color: _____
Weight: _____ Age: _____
City of license : _____
License no.: _____
Date of last rabies shot: _____
Housebroken? _____
Animal owner's name: _____

☑ Blue Moon eSignature Services Document ID: 485558132

**9. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

<u>The non-refundable fee for the first pet is $300.  The non-refundable fee for the 2nd pet is $100.</u>

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**10. ANIMAL RULES.** You are responsible for the animal's actions at all times. You agree to abide by these rules:

- The animal must not disturb the neighbors or other residents, regardless of whether the animal is inside or outside the dwelling.

- Dogs, cats, and support animals must be housebroken. All other animals must be caged at all times. No animal offspring are allowed.

- Inside, the animal may urinate or defecate *only* in these designated areas: <u>Litter Box</u>

- Outside, the animal may urinate or defecate *only* in these designated areas: <u>Grassy Areas</u>

- Animals may not be tied to any fixed object anywhere outside the dwellings, except in fenced yards (if any) for your exclusive use.

- You must not let an animal other than support animals into swimming-pool areas, laundry rooms, offices, clubrooms, other recreational facilities, or other dwellings.

- Your animal must be fed and watered inside the dwelling. Don't leave animal food or water outside the dwelling at any time, except in fenced yards (if any) for your exclusive use.

- You must keep the animal on a leash and under your supervision when outside the dwelling or any private fenced area.

- Unless we have designated a particular area in your dwelling or on the grounds for animal defecation and urination, you are prohibited from letting an animal defecate or urinate *anywhere* on our property. You must

take the animal off our property for that purpose. If we allow animal defecation inside the dwelling in this Addendum, you must ensure that it's done in a litter box with a kitty litter-type mix. If the animal defecates anywhere on our property (including in a fenced yard for your exclusive use), you'll be responsible for immediately removing the waste and repairing any damage. Despite anything this Addendum says, you must comply with all local ordinances regarding animal defecation.

**11. ADDITIONAL RULES.** We have the right to make reasonable changes to the animal rules from time to time if we distribute a written copy of any changes to every resident who is allowed to have animals.

**12. VIOLATION OF RULES.** If you, your guest, or any occupant violates any rule or provision of this Animal Addendum (based upon our judgment) and we give you written notice, you must permanently remove the animal from the premises within the time period specified in our notice. We also have all other rights and remedies set forth in the Lease Contract, including damages, eviction, and attorney's fees.

**13. COMPLAINTS ABOUT ANIMAL.** You must immediately and permanently remove the animal from the premises if we receive a reasonable complaint from a neighbor or other resident or if we, in our sole discretion, determine that the animal has disturbed neighbors or other residents.

**14. LIABILITY FOR DAMAGES, INJURIES, CLEANING, ETC.** You and all co-residents will be jointly and severally liable for the entire amount of all damages caused by the animal, including all cleaning, defleaing, and deodorizing. This provision applies to all parts of the dwelling, including carpets, doors, walls, drapes, wallpaper, windows, screens, furniture, appliances, as well as landscaping and other outside improvements. If items cannot be satisfactorily cleaned or repaired, you must pay for us to replace them completely. Payment for damages, repairs, cleaning, replacements, etc. are due immediately upon demand.

As owner of the animal, you're strictly liable for the entire amount of any injury that the animal causes to a person or anyone's property. You'll indemnify us for all costs of litigation and attorney's fees resulting from any such damage.

If you have violated our animal rules or let the animal defecate or urinate where it's not supposed to you will be subject to eviction and other remedies under the Lease Contract.

**15. MOVE-OUT.** When you move out, you'll pay for defleaing, deodorizing, and shampooing to protect future residents from possible health hazards, regardless of how long the animal was there. We—not you—will arrange for these services.

**16. JOINT AND SEVERAL RESPONSIBILITY.** Each resident who signed the Lease Contract must sign this Animal Addendum. You, your guests, and any occupants must follow all animal rules. Each resident is jointly and severally liable for damages and all other obligations set forth in this Animal Addendum, even if the resident does not own the animal.

**17. GENERAL.** You acknowledge that no other oral or written agreement exists regarding animals. Except for special provisions noted in paragraph 9 above, our representative has no authority to modify this Animal Addendum or the animal rules except in writing, as described under paragraph 11. This Animal Addendum and the animal rules are considered part of the Lease Contract described above. It has been executed in multiple originals, one for you and one or more for us.

**You are legally bound by this document. Please read it carefully.**

| **Resident or Residents** | **Owner or Owner's Representative** |
|---|---|
| *(All resident's must sign)* | *(Signs below)* |

*Alfred Holt*
_____
*Marilia Coutinho Espinola*
_____
_____
_____

*Tonoa Turner*
_____

**Date of Signing Addendum**

05/28/2024
_____

☑ Blue Moon eSignature Services Document ID: 435338132

**ASBESTOS ADDENDUM**

NAA
NATIONAL APARTMENT ASSOCIATION

Date: _____ **April 30, 2024** _____
(when this Addendum is filled out)

**1. APARTMENT DESCRIPTION.**
Unit No. _____ **805303** _____, **805 Baldwin**
**Avenue #303**
_____ (street address) in
_____ **Waukegan** _____
(city), Illinois, _____ **60085** _____ (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **April 30, 2024**
Owner's name: **Amzak Waukegan LLC**
_____
_____
_____

Residents (list all residents):
**Alfred Holt, Marilia Coutinho Espinola**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. ASBESTOS.** In most apartments which were built prior to 1981 and in some built after that, asbestos was commonly used as a construction material. In various parts of your apartment, asbestos materials may have been used in the original construction or in renovations prior to the enactment of federal laws which limit asbestos in certain construction materials.

**4. FEDERAL RECOMMENDATIONS.** The United States Environmental Protection Agency (EPA) has determined that the mere presence of asbestos materials does not pose a health risk to residents and that such materials are safe so long as they are not dislodged or disturbed in a manner that causes the asbestos fibers to be released. Disturbances include sanding, scraping, pounding, or other techniques that produce dust and cause the asbestos particles to become airborne. The EPA does not require that intact asbestos materials be removed. Instead, the law simply requires that we take reasonable precautions to minimize the chance of damage or disturbance of those materials.

**5. COMMUNITY POLICIES AND RULES.** You, your families, other occupants, and guests must not disturb or attach anything to the walls, ceilings, floor tiles, or insulation behind the walls or ceilings in your apartment unless specifically allowed in owner's rules or community policies that are separately attached to this Lease Contract. The foregoing prevails over other provisions of the Lease Contract to the contrary. Please report any ceiling leaks to management promptly so that pieces of acoustical ceiling material or ceiling tiles do not fall to the floor and get disturbed by people walking on the fallen material.

**6. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| **Resident(s)** (All residents must sign) | **Date of Signing Addendum** |
|---|---|
| *Alfred Holt* | 04/30/2024 |
| *Marilia Coutinho Espinola* | 05/24/2024 |
| | |
| | |
| | |
| **Owner or Owner's Representative** | **Date of Signing Addendum** |
| *Tonoa Turner* | 05/28/2024 |

Blue Moon eSignature Services Document ID: 435338132

**BED BUG ADDENDUM**

**NAA**
NATIONAL APARTMENT ASSOCIATION

Date: _____ **April 30, 2024** _____
(when this Addendum is filled out)

*Please note: It is our goal to maintain a quality living environment for our residents. To help achieve this goal, it is important to work together to minimize the potential for any bed bugs in your apartment or surrounding apartments. This addendum contains important information that outlines your responsibility and potential liability with regard to bed bugs.*

**1. APARTMENT DESCRIPTION.**
Unit No. _____ **805303** _____, **805 Baldwin**
**Avenue #303** _____
_____ *(street address)* in
_____ **Waukegan** _____
*(city)*, Illinois, _____ **60085** _____ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **April 30, 2024**
Owner's name: **Amzak Waukegan LLC**
_____
_____
_____
_____
_____
Residents *(list all residents)*:
**Alfred Holt, Marilia Coutinho Espinola**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. PURPOSE.** This Addendum modifies the Lease Contract and addresses situations related to bed bugs *(cimex lectularius)* which may be discovered infesting the apartment or personal property in the apartment. You understand that we relied on your representations to us in this Addendum.

**4. INSPECTION AND INFESTATIONS.** BY SIGNING THIS ADDENDUM, YOU REPRESENT THAT:

- YOU HAVE INSPECTED THE DWELLING PRIOR TO MOVING IN, OR PRIOR TO SIGNING THIS ADDENDUM, AND YOU DID NOT FIND ANY EVIDENCE OF BED BUGS OR A BED BUG INFESTATION;

OR

- YOU WILL INSPECT THE DWELLING WITHIN 48 HOURS AFTER MOVING IN, OR WITHIN 48 HOURS AFTER SIGNING THIS ADDENDUM AND WILL NOTIFY US OF ANY BED BUGS OR BED BUG INFESTATIONS.

You agree that you have read the information provided in this Addendum and that you are not aware of any infestation or presence of bed bugs in your current or previous dwellings, furniture, clothing, personal property, or possessions. You also acknowledge that you have fully disclosed to us any previous bed bug infestations or bed bug issues that you have experienced.

If you disclose to us a previous experience with bed bug infestations or other bed bug related issues, we can review documentation of the previous treatment(s) and inspect your personal property and possession to confirm the absence of bed bugs.

**5. ACCESS FOR INSPECTION AND PEST TREATMENT.** You must allow us and our pest control agents access to the apartment at reasonable times to inspect for or treat bed bugs as allowed by law. You and your family members, occupants, guests, and invitees must cooperate and will not interfere with inspections or treatments. We have the right to select any licensed pest control professional to treat the apartment and building. We can select the method of treating the apartment, building and common areas for bed bugs. We can also inspect and treat adjacent or neighboring apartments to the infestation even if those apartments are not the source or cause of the known infestation. Unless otherwise prohibited by law, you are responsible for and must, at your own expense, have your own personal property, furniture, clothing and possessions treated according to accepted treatment methods established by a licensed pest control firm that we approve. You must do so as close as possible to the time we treated the apartment. If you fail to do so, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract. You agree not to treat the apartment for a bed bug infestation on your own.

**6. NOTIFICATION.** You must promptly notify us:
- of any known or suspected bed bug infestation or presence in the apartment, or in any of your clothing, furniture or personal property.
- of any recurring or unexplained bites, stings, irritations, or sores of the skin or body which you believe is caused by bed bugs, or by any condition or pest you believe is in the apartment.
- if you discover any condition or evidence that might indicate the presence or infestation of bed bugs, or of any confirmation of bed bug presence by a licensed pest control professional or other authoritative source.

**7. COOPERATION.** If we confirm the presence or infestation of bed bugs, you must cooperate and coordinate with us and our pest control agents to treat and eliminate the bed bugs. You must follow all directions from us or our agents to clean and treat the apartment and building that are infested. You must remove or destroy personal property that cannot be treated or cleaned as close as possible to the time we treated the apartment. Any items you remove from the apartment must be disposed of off-site and not in the property's trash receptacles. If we confirm the presence or infestation of bed bugs in your apartment, we have the right to require you to temporarily vacate the apartment and remove all furniture, clothing and personal belongings in order for us to perform pest control services. If you fail to cooperate with us, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract.

**8. RESPONSIBILITIES.** You may be required to pay all reasonable costs of cleaning and pest control treatments incurred by us to treat your apartment for bed bugs. If we confirm the presence or infestation of bed bugs after you vacate your apartment, you may be responsible for the cost of cleaning and pest control treatments. If we must move other residents in order to treat adjoining or neighboring apartments to your apartment, you may be liable for payment of any lost rental income and other expenses incurred by us to relocate the neighboring residents and to clean and perform pest control treatments to eradicate infestations in other apartments. If you fail to pay us for any costs you are liable for, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract, and obtain immediate possession of the apartment. If you fail to move out after your right of occupancy has been terminated, you will be liable for holdover rent under the Lease Contract.

© 2020, National Apartment Association, Inc. - 2/2020, Illinois

☑ Blue Moon eSignature Services Document ID: 435338132

**9. TRANSFERS.** If we allow you to transfer to another apartment in the community because of the presence of bed bugs, you must have your personal property and possessions treated according to accepted treatment methods or procedures established by a licensed pest control professional. You must provide proof of such cleaning and treatment to our satisfaction.

**10. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**You are legally bound by this document. Please read it carefully.**

**Resident or Residents**
*(All residents must sign)*

*Alfred Holt*
_____
*Marilia Coutinho Espinola*
_____
_____
_____
_____

**Owner or Owner's Representative**
*(Signs below)*

*Tonoa Turner*
_____

**Date of Signing Addendum**

05/28/2024
_____

*You are entitled to receive an original of this Addendum after it is fully signed. Keep it in a safe place.*

☑ Blue Moon eSignature Services Document ID: 435338132

# BED BUGS — A Guide for Rental Housing Residents

Bed bugs, with a typical lifespan of 6 to 12 months, are wingless, flat, broadly oval-shaped insects. Capable of reaching the size of an apple seed at full growth, bed bugs are distinguishable by their reddish-brown color, although after feeding on the blood of humans and warm-blooded animals—their sole food source—the bugs assume a distinctly blood-red hue until digestion is complete.

## Bed bugs don't discriminate

Bed bugs increased presence across the United States in recent decades can be attributed largely to a surge in international travel and trade. It's no surprise then that bed bugs have been found time and time again to have taken up residence in some of the fanciest hotels and apartment buildings in some of the nation's most expensive neighborhoods.

Nonetheless, false claims that associate bed bugs presence with poor hygiene and uncleanliness have caused rental housing residents, out of shame, to avoid notifying owners of their presence. This serves only to enable the spread of bed bugs.

While bed bugs are, by their very nature, more attracted to clutter, they're certainly not discouraged by cleanliness.

Bottom line: bed bugs know no social and economic bounds; claims to the contrary are false.

## Bed bugs don't transmit disease

There exists no scientific evidence that bed bugs transmit disease. In fact, federal agencies tasked with addressing pest of public health concern, namely the U.S. Environmental Protection Agency and the Centers for Disease Control and Prevention, have refused to elevate bed bugs to the threat level posed by disease transmitting pests. Again, claims associating bed bugs with disease are false.

## Identifying bed bugs

*Bed bugs can often be found in, around and between:*

- Bedding
- Bed frames
- Mattress seams
- Upholstered furniture, especially under cushions and along seams
- Around, behind and under wood furniture, especially along areas where drawers slide
- Curtains and draperies
- Along window and door frames
- Ceiling and wall junctions
- Crown moldings
- Behind and around wall hangings and loose wallpaper
- Between carpeting and walls (carpet can be pulled away from the wall and tack strip)
- Cracks and crevices in walls and floors
- Inside electronic devices, such as smoke and carbon monoxide detectors

- Because bed bugs leave some persons with itchy welts strikingly similar to those caused by fleas and mosquitoes, the origination of such markings often go misdiagnosed. However, welts caused by bed bugs often times appear in succession and on exposed areas of skin, such as the face, neck and arms. In some cases, an individual may not experience any visible reaction resulting from direct contact with bed bugs.
- While bed bugs typically prefer to act at night, they often do not succeed in returning to their hiding spots without leaving traces of their presence through fecal markings of a red to dark brown color, visible on or near beds. Blood stains tend also to appear when the bugs have been squashed, usually by an unsuspecting host in their sleep. And, because they shed, it's not uncommon for skin casts to be left behind in areas typically frequented by bed bugs.

## Preventing bed bug encounters when traveling

Because humans serve as bed bugs' main mode of transportation, it is extremely important to be mindful of bed bugs when away from home. Experts agree that the spread of bed bugs across all regions of the United States is largely attributed to an increase in international travel and trade. Travelers are therefore encouraged to take a few minutes upon arriving to their temporary destination to thoroughly inspect their accommodations, so as to ensure that any uninvited guests are detected before the decision is made to unpack.

Because bed bugs can easily travel from one room to another, it is also recommended that travelers thoroughly inspect their luggage and belongings for bed bugs before departing for home.

## Bed bug do's and don'ts

- **Do not bring used furniture from unknown sources into your apartment.** Countless bed bug infestations have stemmed directly from the introduction into a resident's unit of second-hand and abandoned furniture. Unless the determination can be made with absolute certainty that a piece of second-hand furniture is bed bug-free, residents should assume that the reason a seemingly nice looking leather couch, for example, is sitting curbside, waiting to be hauled off to the landfill, may very well be due to the fact that it's teeming with bed bugs.
- **Do address bed bug sightings immediately.** Rental housing residents who suspect the presence of bed bugs in their unit must immediately notify the owner.
- **Do not attempt to treat bed bug infestations.** Under no circumstance should you attempt to eradicate bed bugs. Health hazards associated with the misapplication of traditional and non-traditional, chemical-based insecticides and pesticides poses too great a risk to you and your neighbors.
- **Do comply with eradication protocol.** If the determination is made that your unit is indeed playing host to bed bugs, you must comply with the bed bug eradication protocol set forth by both your owner and their designated pest management company.



## CLASS ACTION WAIVER ADDENDUM

*(Do not use this form in the City of Chicago, the City of Evanston,*
*or for any property affected by the Cook County RTLO)*

**NAA**
NATIONAL APARTMENT ASSOCIATION

**1. APARTMENT DESCRIPTION.**
Unit No. _____805303_____ , 805 Baldwin
Avenue #303
_____ *(street address)* in
_____Waukegan_____
*(city)*, Illinois, _____60085_____ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **April 30, 2024**
Owner's name: **Amzak Waukegan LLC**
_____
_____
_____
_____

Residents *(list all residents)*:
**Alfred Holt, Marilia Coutinho Espinola**
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. CLASS ACTION WAIVER.** You agree that you hereby waive your ability to participate either as a class representative or member of any class action claim(s) against us or our agents. While you are not waiving any right(s) to pursue claims against us related to your tenancy, you hereby agree to file any claim(s) against us in your individual capacity, and you may not be a class action plaintiff, class representative, or member in any purported class action lawsuit ("Class Action"). **Accordingly, you expressly waive any right and/or ability to bring, represent, join, or otherwise maintain a Class Action or similar proceeding against us or our agents in any forum.**

Any claim that all or any part of this Class Action waiver provision is unenforceable, unconscionable, void, or voidable shall be determined solely by a court of competent jurisdiction.

YOU UNDERSTAND THAT, WITHOUT THIS WAIVER, YOU MAY HAVE POSSESSED THE ABILITY TO BE A PARTY TO A CLASS ACTION LAWSUIT. BY SIGNING THIS AGREEMENT, YOU UNDERSTAND AND CHOOSE TO WAIVE SUCH ABILITY AND CHOOSE TO HAVE ANY CLAIMS DECIDED INDIVIDUALLY. THIS CLASS ACTION WAIVER SHALL SURVIVE THE TERMINATION OR EXPIRATION OF THIS LEASE CONTRACT.

**4. SEVERABILITY.** If any clause or provision of this Addendum is illegal, invalid or unenforceable under any present or future laws, then it is the intention of the parties hereto that the remainder of this Addendum shall not be affected thereby.

**5. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| Resident's Acknowledgment | Date of Signing Addendum |
|---|---|
| *Alfred Holt* | 04/30/2024 |
| *Marilia Coutinho Espinola* | 05/24/2024 |
| | |
| | |
| | |
| | |

| Landlord (or Landlord Agent) Acknowledgment | Date of Signing Addendum |
|---|---|
| *Tonoa Turner* | 05/28/2024 |

© 2021, National Apartment Association, Inc. - 5/2021, Illinois

☑ Blue Moon eSignature Services Document ID: 485338132

## CONSTRUCTION ADDENDUM

**1. DWELLING UNIT DESCRIPTION.**
Unit No. __805303__ , __805 Baldwin__
__Avenue #303__
_____ *(street address)* in
__Waukegan__
*(city)*, Illinois, _____60085_____ *(zip code).*

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: __April 30, 2024__
Owner's name: __Amzak Waukegan LLC__
_____
_____
_____
_____

Residents *(list all residents)*:
__Alfred Holt, Marilia Coutinho Espinola__
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above
described Lease Contract for the above described premises
and is hereby incorporated into and made a part of such Lease
Contract. Where the terms or conditions found in this
Addendum vary or contradict any terms or conditions found
in the Lease Contract, this Addendum shall control.

**3. PURPOSE OF ADDENDUM.** By signing this Addendum,
Resident acknowledges that existing, on-going, or future
construction on the property may affect your use, view, and
enjoyment of such property.

**4. RESIDENT ACKNOWLEDGMENT OF CONSTRUCTION ON
PROPERTY.** Resident acknowledges that the property,
including its common areas and apartments, may currently
or in the future, be under repair, renovation, improvement,
or construction. Owner does not guarantee that the repair,
renovation, improvement, or construction will be completed
on a set date or time and therefore, is not under any obligation
to have said repair, renovation, improvement, or construction
completed by a set date or time. Resident also acknowledges
that the repair, renovation, improvement, or construction
does not represent a breach of Owner's obligations under the
Lease Contract.

**5. USE OF AMENITIES AND SERVICES.** Repair, renovation,
improvement, or construction at the property may create
conditions where Resident's use of the property's amenities
and services may be limited or not available.

**6. NOISE AND OTHER DISTURBANCES.** Repair, renovation,
improvement, or construction at or near the property may
create noise or other disturbances, and the property itself,
or portions thereof, may be unfinished for some time with
respect to landscaping, building exteriors, interiors, amenities,
walkways, lighting and the like. Resident acknowledges that
these conditions may create inconveniences that may be
beyond the control of the Owner. Resident agrees that despite
these inconveniences, the obligations of the Resident, including
payment of rent, as set forth in the Lease Contract will still
be in effect.

**7. RELEASE OF LIABILITY.** To the extent allowed by state
law or local ordinance, by signing this Addendum, Resident
agrees to waive all claims related to Resident's inability to
access, use, and enjoy the amenities, services, and facilities
affected by existing, on-going, or future repair, renovation,
improvement, or construction on the property.

The existing, on-going, or future construction at the property
includes:

Title/Description: _____
_____
Anticipated Start Date: _____
Anticipated End Date: _____

To the extent allowed by state law or local ordinance, Resident
further agrees that any inconvenience associated with the
repair, renovation, improvement, or construction, such as,
but not limited to, those disclosed herein, will not be deemed
to give Resident any offset to rent obligations, or other
compensation, nor will they be the basis for a complaint(s) or
defense(s) against Owner for rent relief, constructive eviction,
fitness and habitability, peaceful and quiet enjoyment,
nuisance, or any other claim, right or remedy.

**8. DELAY OF OCCUPANCY.** Resident acknowledges that
occupancy of the apartment may be delayed due to repair,
renovation, improvement, or construction of the property,
including common areas and apartments. Such repair,
renovation, improvement, or construction may cause
unforeseen delays due to scheduling conflicts, delay in permit
issuance, acts of God, and other things beyond the control of
Owner. The Lease Contract will remain in effect subject to:
(1) the start date of the term of the lease contract shall be
changed to the first day that Owner provides Resident the
apartment for occupancy, and rent shall be abated until
occupancy is provided; and (2) your right to terminate as set
forth in your Lease Contract under DELAY OF OCCUPANCY,
and in accordance with applicable state law or local ordinance.

**9. DISPLACEMENT.** To the extent allowed by state law or local
ordinance, in the event Resident must be displaced from the
apartment that is the subject of the Lease Contract due to
repair, renovation, improvement, or construction in or around
the apartment, Owner, at Owner's sole option, shall transfer
Resident to another apartment within the apartment
community that is not affected by the repair, renovation,
improvement, or construction or shall provide appropriate
comparable accommodations for Resident. However, in the
event of Resident's displacement and subsequent re-location,
the terms of the Lease Contract, including but not limited to
the payment of rent shall remain in full force and effect.

**10. SEVERABILITY.** If any provision of this Lease Contract is
invalid or unenforceable under applicable law, such provision
shall be ineffective to the extent of such invalidity or
unenforceability only without invalidating or otherwise
affecting the remainder of this Lease Contract. The court
shall interpret the lease contract and provisions herein in a
manner such as to uphold the valid portions of this Lease
Contract while preserving the intent of the parties.

☑ Blue Moon eSignature Services Document ID: 435338132

**11. SPECIAL PROVISIONS.** The following special provisions
control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

|  |  |
|---|---|
| **Resident or Residents** | **Owner or Owner's Representative** |
| *(All residents must sign)* | *(signs below)* |
| *Alfred Holt* | *Tonoa Turner* |
| *Marsha Coutinho Espinola* | |
| | **Date of Signing Addendum** |
| | 05/28/2024 |

© 2021, National Apartment Association, Inc. - 3/2021, Illinois

☑ Blue Moon eSignature Services Document ID: 435338132

## CRIME/DRUG FREE HOUSING ADDENDUM
*Becomes part of the Lease Contract*

**1. DWELLING DESCRIPTION.**
805 Baldwin Avenue #303

*(street address),* 805303 *(unit no. if applicable)* in Waukegan
*(city),* Illinois, 60085 *(zip code).*

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: April 30, 2024
Owner's name: Amzak Waukegan LLC

Residents *(list all residents)*:
Alfred Holt, Marilia Coutinho Espinola

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. ADDENDUM APPLICABILITY.** In the event any provision in this Addendum is inconsistent with any provision(s) contained in other portions of, or attachments to, the above-mentioned Lease Contract, then the provisions of this Addendum shall control. For purposes of this Addendum, the term "Premises" shall include the dwelling, all common areas, all other dwellings on the property or any common areas or other dwellings on or about other property owned by or managed by the Owner. The parties hereby amend and supplement the Lease Contract as follows:

**4. CRIME/DRUG FREE HOUSING.** Resident, members of the Resident's household, Resident's guests, and all other persons affiliated with the Resident:

A. Shall not engage in any illegal or criminal activity on or about the premises. The phrase, "illegal or criminal activity" shall include, but is not limited to, the following:

1. Engaging in any act intended to facilitate any type of criminal activity.

2. Permitting the Premises to be used for, or facilitating any type of criminal activity or drug related activity, regardless of whether the individual engaging in such activity is a member of the household, or a guest.

3. The unlawful manufacturing, selling, using, storing, keeping, purchasing or giving of an illegal or controlled substance or paraphernalia as defined in city, county, state or federal laws, including but not limited to the State of Illinois and/or the Federal Controlled Substances Act.

4. Violation of any federal drug laws governing the use, possession, sale, manufacturing and distribution of marijuana, regardless of state or local laws. (So long as the use, possession, sale, manufacturing and distribution of marijuana remains a violation of federal law, violation of any such federal law shall constitute a material violation of this rental agreement.)

5. Engaging in, or allowing, any behavior that is associated with drug activity, including but not limited to having excessive vehicle or foot traffic associated with Resident's dwelling.

6. Any breach of the Lease Contract that otherwise jeopardizes the health, safety, and welfare of the Owner, Owner's agents, or other Residents, or involving imminent, actual or substantial property damage.

7. Engaging in or committing any act that would be a violation of the Owner's screening criteria for criminal conduct or which would have provided Owner with a basis for denying Resident's application due to criminal conduct.

8. Engaging in any activity that constitutes waste, nuisance, or unlawful use.

B. AGREE THAT ANY VIOLATION OF THE ABOVE PROVISIONS CONSTITUTES A MATERIAL VIOLATION OF THE PARTIES' LEASE CONTRACT AND GOOD CAUSE FOR TERMINATION OF TENANCY. A single violation of any of the provisions of this Addendum shall be deemed a serious violation, and a material default, of the parties' Lease Contract. It is understood that a single violation shall be good cause for termination of the Lease Contract. Notwithstanding the foregoing comments, Owner may terminate Resident's tenancy for any lawful reason, and by any lawful method, with or without good cause.

**5. CRIMINAL CONVICTION NOT REQUIRED.** Unless otherwise provided by law, proof of violation of any criminal law shall not require a criminal conviction.

**6. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

**Resident or Residents** *(sign here)*

*Alfred Holt*

*Marilia Coutinho Espinola*

**Owner or Owner's Representative** *(signs here)*

*Tonoa Turner*

**Date of Signing Addendum**

04/30/2024

05/24/2024

**Date of Signing Addendum**

05/28/2024

© 2023, National Apartment Association, Inc. - 10/2023, Illinois



☑ Blue Moon eSignature Services Document ID: 485338132

**LEASE CONTRACT ADDENDUM FOR**
**ENCLOSED GARAGE, CARPORT, OR STORAGE UNIT**
*Becomes part of the Lease Contract*



**1. DWELLING DESCRIPTION.**
805 Baldwin Avenue #303
_____

*(street address),* 805303 *(unit no. if*
*applicable)* in Waukegan
*(city),* Illinois, 60085 *(zip code).*

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: April 30, 2024
Owner's name: Amzak Waukegan LLC
_____
_____
_____

Residents *(list all residents)*:
Alfred Holt, Marilia Coutinho Espinola
_____
_____
_____
_____
_____
_____
_____
_____
_____

The term of this Addendum is as follows:
Begins on June 27th, 2024 and
ending on July 26th, 2025.

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. GARAGE, CARPORT, OR STORAGE UNIT.** You are entitled to exclusive possession of: *(check as applicable)*
❑ garage or carport attached to the dwelling;
❑ garage space number(s) _____;
❑ carport space number(s) _____;
and/or
❑ storage unit number(s) S805303
_____

All terms and conditions of the Lease Contract apply to the above areas unless modified by this addendum.

**4. ADDITIONAL MONTHLY RENT.** Your total monthly rent (as stated in the Lease Contract) will be increased by $ 15.00. The monthly rent amount in the Rent and Charges paragraph of the Lease Contract *(check one)* ❑ includes ☒ does not include this additional rent.

**5. USE RESTRICTIONS.** Garage or carport may be used only for storage of operable motor vehicles unless otherwise stated in our rules or policies. Storage units may be used only for storage of personal property. No one may sleep, cook, barbeque, or live in a garage, carport, or storage unit. Persons not listed

as a resident or occupant in the Lease Contract may not use the areas covered by this addendum. No plants may be grown in such areas.

**6. NO DANGEROUS ITEMS.** Items that pose an environmental hazard or a risk to the safety or health of other residents, occupants, or neighbors in our sole judgment or that violate any government regulation may not be stored. Prohibited items include fuel (other than in a properly capped fuel tank of a vehicle or a closed briquette lighter fluid container), fireworks, rags, piles of paper, or other material that may create a fire or environmental hazard. We may remove from such areas, without prior notice, items that we believe might constitute a fire or environmental hazard. Because of carbon monoxide risks, you may not run the motor of a vehicle inside a garage unless the garage door is open to allow fumes to escape.

**7. NO SMOKE, FIRE, OR CARBON MONOXIDE DETECTORS.** No smoke, fire, or carbon monoxide detectors will be furnished by us unless required by law.

**8. GARAGE DOOR OPENER.** If an enclosed garage is furnished, you ❑ will ❑ will not be provided with a ❑ garage door opener and/or ❑ garage key. You will be responsible for maintenance of any garage door opener, including battery replacement. Transmitter frequency settings may not be changed on the garage door or opener without our prior written consent.

**9. SECURITY.** Always remember to lock any door of a garage or storage unit and any door between a garage and the dwelling. When leaving, be sure to lock all keyed deadbolt locks.

**10. INSURANCE AND LOSS/DAMAGE TO YOUR PROPERTY.** You will maintain liability and comprehensive insurance coverage for any vehicle parked or stored. We are not responsible for pest control in such areas.

**11. COMPLIANCE.** As allowed by law, we may periodically open and enter garages and storerooms to ensure compliance with this addendum. In the event we enter the garage or storerooms, we will comply with the notice provisions set forth in the Lease Contract. You must allow us access to examine garages and storerooms.

**12. NO LOCK CHANGES, ALTERATIONS, OR IMPROVEMENTS.** Without our prior written consent, locks on doors of garages and storage units may not be rekeyed, added, or changed, and improvements, alterations, or electrical extensions or changes to the interior or exterior of such areas are not allowed. You may not place nails, screws, bolts, or hooks into walls, ceilings, floors, or doors. Any damage not caused by us or our representatives to areas covered by this addendum will be paid for by you.

☑ Blue Moon eSignature Services Document ID: 485338132

**13. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign here)*

*Alfred Holt*
_____
*Marilia Coutinho Espinola*
_____
_____
_____
_____

**Owner or Owner's Representative**
*(signs here)*

*Tonoa Turner*
_____

**Date of Lease Contract**

April 30, 2024
_____

Blue Moon eSignature Services Document ID: 435338132





# Protect Your Family From Lead in Your Home


**EPA** United States Environmental Protection Agency

United States Consumer Product Safety Commission

United States Department of Housing and Urban Development

March 2021

### Are You Planning to Buy or Rent a Home Built Before 1978?

Did you know that many homes built before 1978 have **lead-based paint**? Lead from paint, chips, and dust can pose serious health hazards.

**Read this entire brochure to learn:**

- How lead gets into the body
- How lead affects health
- What you can do to protect your family
- Where to go for more information

**Before renting or buying a pre-1978 home or apartment, federal law requires:**

- Sellers must disclose known information on lead-based paint or lead-based paint hazards before selling a house.
- Real estate sales contracts must include a specific warning statement about lead-based paint. Buyers have up to 10 days to check for lead.
- Landlords must disclose known information on lead-based paint or lead-based paint hazards before leases take effect. Leases must include a specific warning statement about lead-based paint.

**If undertaking renovations, repairs, or painting (RRP) projects in your pre-1978 home or apartment:**

- Read EPA's pamphlet, *The Lead-Safe Certified Guide to Renovate Right*, to learn about the lead-safe work practices that contractors are required to follow when working in your home (see page 12).



---

### Simple Steps to Protect Your Family from Lead Hazards

**If you think your home has lead-based paint:**

- Don't try to remove lead-based paint yourself.
- Always keep painted surfaces in good condition to minimize deterioration.
- Get your home checked for lead hazards. Find a certified inspector or risk assessor at epa.gov/lead.
- Talk to your landlord about fixing surfaces with peeling or chipping paint.
- Regularly clean floors, window sills, and other surfaces.
- Take precautions to avoid exposure to lead dust when remodeling.
- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe certified renovation firms.
- Before buying, renting, or renovating your home, have it checked for lead-based paint.
- Consult your health care provider about testing your children for lead. Your pediatrician can check for lead with a simple blood test.
- Wash children's hands, bottles, pacifiers, and toys often.
- Make sure children eat healthy, low-fat foods high in iron, calcium, and vitamin C.
- Remove shoes or wipe soil off shoes before entering your house.

### Lead Gets into the Body in Many Ways

**Adults and children can get lead into their bodies if they:**

- Breathe in lead dust (especially during activities such as renovations, repairs, or painting that disturb painted surfaces).
- Swallow lead dust that has settled on food, food preparation surfaces, and other places.
- Eat paint chips or soil that contains lead.

**Lead is especially dangerous to children under the age of 6.**



- At this age, children's brains and nervous systems are more sensitive to the damaging effects of lead.
- Children's growing bodies absorb more lead.
- Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

**Women of childbearing age should know that lead is dangerous to a developing fetus.**

- Women with a high lead level in their system before or during pregnancy risk exposing the fetus to lead through the placenta during fetal development.

1

2

## Health Effects of Lead

**Lead affects the body in many ways.** It is important to know that even exposure to low levels of lead can severely harm children.

**In children, exposure to lead can cause:**

- Nervous system and kidney damage
- Learning disabilities, attention-deficit disorder, and decreased intelligence
- Speech, language, and behavior problems
- Poor muscle coordination
- Decreased muscle and bone growth
- Hearing damage



While low-lead exposure is most common, exposure to high amounts of lead can have devastating effects on children, including seizures, unconsciousness, and in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults, too.

**In adults, exposure to lead can cause:**

- Harm to a developing fetus
- Increased chance of high blood pressure during pregnancy
- Fertility problems (in men and women)
- High blood pressure
- Digestive problems
- Nerve disorders
- Memory and concentration problems
- Muscle and joint pain

3

## Check Your Family for Lead

**Get your children and home tested if you think your home has lead.**

Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect lead. Blood lead tests are usually recommended for:

- Children at ages 1 and 2
- Children or other family members who have been exposed to high levels of lead
- Children who should be tested under your state or local health screening plan

**Your doctor can explain what the test results mean and if more testing will be needed.**

4

## Where Lead-Based Paint Is Found

In general, the older your home or childcare facility, the more likely it has lead-based paint.[1]

**Many homes, including private, federally-assisted, federally-owned housing, and childcare facilities built before 1978 have lead-based paint.** In 1978, the federal government banned consumer uses of lead-containing paint.[2]

Learn how to determine if paint is lead-based paint on page 7.

**Lead can be found:**

- In homes and childcare facilities in the city, country, or suburbs,
- In private and public single-family homes and apartments,
- On surfaces inside and outside of the house, and
- In soil around a home. (Soil can pick up lead from exterior paint or other sources, such as past use of leaded gas in cars.)

Learn more about where lead is found at epa.gov/lead

---

[1] "Lead-based paint" is currently defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter (mg/cm²), or more than 0.5% by weight.

[2] "Lead-containing paint" is currently defined by the federal government as lead in new dried paint in excess of 90 parts per million (ppm) by weight.

5

## Identifying Lead-Based Paint and Lead-Based Paint Hazards

**Deteriorated lead-based paint (peeling, chipping, chalking, cracking, or damaged paint)** is a hazard and needs immediate attention. **Lead-based paint** may also be a hazard when found on surfaces that children can chew or that get a lot of wear and tear, such as:

- On windows and window sills
- Doors and door frames
- Stairs, railings, banisters, and porches

**Lead-based paint is usually not a hazard if it is in good condition** and if it is not on an impact or friction surface like a window.

**Lead dust** can form when lead-based paint is scraped, sanded, or heated. Lead dust also forms when painted surfaces containing lead bump or rub together. Lead paint chips and dust can get on surfaces and objects that people touch. Settled lead dust can reenter the air when the home is vacuumed or swept, or when people walk through it. EPA currently defines the following levels of lead in dust as hazardous:

- 10 micrograms per square foot (μg/ft²) and higher for floors, including carpeted floors
- 100 μg/ft² and higher for interior window sills

**Lead in soil** can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. EPA currently defines the following levels of lead in soil as hazardous:

- 400 parts per million (ppm) and higher in play areas of bare soil
- 1,200 ppm (average) and higher in bare soil in the remainder of the yard

**Remember, lead from paint chips—which you can see—and lead dust—which you may not be able to see—both can be hazards.**

The only way to find out if paint, dust, or soil lead hazards exist is to test for them. The next page describes how to do this.

6

## Checking Your Home for Lead

You can get your home tested for lead in several different ways:

- A lead-based paint **inspection** tells you if your home has lead-based paint and where it is located. It won't tell you whether your home currently has lead hazards. A trained and certified testing professional, called a lead-based paint inspector, will conduct a paint inspection using methods, such as:

  - Portable x-ray fluorescence (XRF) machine

  - Lab tests of paint samples

- A **risk assessment** tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards. A trained and certified testing professional, called a risk assessor, will:

  - Sample paint that is deteriorated on doors, windows, floors, stairs, and walls

  - Sample dust near painted surfaces and sample bare soil in the yard

  - Get lab tests of paint, dust, and soil samples

- A combination inspection and risk assessment tells you if your home has any lead-based paint and if your home has any lead hazards, and where both are located.

Be sure to read the report provided to you after your inspection or risk assessment is completed, and ask questions about anything you do not understand.

7

## Checking Your Home for Lead, continued

In preparing for renovation, repair, or painting work in a pre-1978 home, Lead-Safe Certified renovators (see page 12) may:

- Take paint chip samples to determine if lead-based paint is present in the area planned for renovation and send them to an EPA-recognized lead lab for analysis. In housing receiving federal assistance, the person collecting these samples must be a certified lead-based paint inspector or risk assessor

- Use EPA-recognized tests kits to determine if lead-based paint is absent (but not in housing receiving federal assistance)

- Presume that lead-based paint is present and use lead-safe work practices

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency for more information, visit epa.gov/lead, or call **1-800-424-LEAD (5323)** for a list of contacts in your area.[*]

---

[*] Hearing- or speech-challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8339.

8

## What You Can Do Now to Protect Your Family

**If you suspect that your house has lead-based paint hazards, you can take some immediate steps to reduce your family's risk:**

- If you rent, notify your landlord of peeling or chipping paint.

- Keep painted surfaces clean and free of dust. Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner. (Remember: never mix ammonia and bleach products together because they can form a dangerous gas.)

- Carefully clean up paint chips immediately without creating dust.

- Thoroughly rinse sponges and mop heads often during cleaning of dirty or dusty areas, and again afterward.

- Wash your hands and your children's hands often, especially before they eat and before nap time and bed time.

- Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.

- Keep children from chewing window sills or other painted surfaces, or eating soil.

- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe Certified renovation firms (see page 12).

- Clean or remove shoes before entering your home to avoid tracking in lead from soil.

- Make sure children eat nutritious, low-fat meals high in iron, and calcium, such as spinach and dairy products. Children with good diets absorb less lead.

9

## Reducing Lead Hazards

**Disturbing lead-based paint or removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.**



- In addition to day-to-day cleaning and good nutrition, you can **temporarily** reduce lead-based paint hazards by taking actions, such as repairing damaged painted surfaces and planting grass to cover lead-contaminated soil. These actions are not permanent solutions and will need ongoing attention.

- You can minimize exposure to lead when renovating, repairing, or painting by hiring an EPA- or state-certified renovator who is trained in the use of lead-safe work practices. If you are a do-it-yourselfer, learn how to use lead-safe work practices in your home.

- To remove lead hazards permanently, you should hire a certified lead abatement contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent control.

**Always use a certified contractor who is trained to address lead hazards safely.**

- Hire a Lead-Safe Certified firm (see page 12) to perform renovation, repair, or painting (RRP) projects that disturb painted surfaces.

- To correct lead hazards permanently, hire a certified lead abatement contractor. This will ensure your contractor knows how to work safely and has the proper equipment to clean up thoroughly.

Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

10

## Reducing Lead Hazards, continued

**If your home has had lead abatement work done** or if the housing is receiving federal assistance, once the work is completed, dust cleanup activities must be conducted until clearance testing indicates that lead dust levels are below the following levels:

- 10 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors
- 100 $\mu g/ft^2$ for interior windows sills
- 400 $\mu g/ft^2$ for window troughs

**Abatements are designed to permanently eliminate lead-based paint hazards.** However, lead dust can be reintroduced into an abated area.

- Use a HEPA vacuum on all furniture and other items returned to the area, to reduce the potential for reintroducing lead dust.
- Regularly clean floors, window sills, troughs, and other hard surfaces with a damp cloth or sponge and a general all-purpose cleaner.

Please see page 9 for more information on steps you can take to protect your home after the abatement. For help in locating certified lead abatement professionals in your area, call your state or local agency (pages 15 and 16), epa.gov/lead, or call 1-800-424-LEAD.

11

## Renovating, Repairing or Painting a Home with Lead-Based Paint

**If you hire a contractor to conduct renovation, repair, or painting (RRP) projects in your pre-1978 home or childcare facility (such as pre-school and kindergarten), your contractor must:**

- Be a Lead-Safe Certified firm approved by EPA or an EPA-authorized state program
- Use qualified trained individuals (Lead-Safe Certified renovators) who follow specific lead-safe work practices to prevent lead contamination
- Provide a copy of EPA's lead hazard information document, *The Lead-Safe Certified Guide to Renovate Right*



**RRP contractors working in pre-1978 homes and childcare facilities must follow lead-safe work practices that:**

- **Contain the work area.** The area must be contained so that dust and debris do not escape from the work area. Warning signs must be put up, and plastic or other impermeable material and tape must be used.
- **Avoid renovation methods that generate large amounts of lead-contaminated dust.** Some methods generate so much lead-contaminated dust that their use is prohibited. They are:
  - Open-flame burning or torching
  - Sanding, grinding, planing, needle gunning, or blasting with power tools and equipment not equipped with a shroud and HEPA vacuum attachment
  - Using a heat gun at temperatures greater than 1100°F
- **Clean up thoroughly.** The work area should be cleaned up daily. When all the work is done, the area must be cleaned up using special cleaning methods.
- **Dispose of waste properly.** Collect and seal waste in a heavy duty bag or sheeting. When transported, ensure that waste is contained to prevent release of dust and debris.

To learn more about EPA's requirements for RRP projects, visit epa.gov/getleadsafe, or read *The Lead-Safe Certified Guide to Renovate Right.*

12

## Other Sources of Lead

### Lead in Drinking Water

The most common sources of lead in drinking water are lead pipes, faucets, and fixtures.

Lead pipes are more likely to be found in older cities and homes built before 1986.

You can't smell or taste lead in drinking water.

To find out for certain if you have lead in drinking water, have your water tested.

Remember older homes with a private well can also have plumbing materials that contain lead.

### Important Steps You Can Take to Reduce Lead in Drinking Water

- Use only cold water for drinking, cooking and making baby formula. Remember, boiling water does not remove lead from water.
- Before drinking, flush your home's pipes by running the tap, taking a shower, doing laundry, or doing a load of dishes.
- Regularly clean your faucet's screen (also known as an aerator).
- If you use a filter certified to remove lead, don't forget to read the directions to learn when to change the cartridge. Using a filter after it has expired can make it less effective at removing lead.

Contact your water company to determine if the pipe that connects your home to the water main (called a service line) is made from lead. Your area's water company can also provide information about the lead levels in your system's drinking water.

For more information about lead in drinking water, please contact EPA's Safe Drinking Water Hotline at 1-800-426-4791. If you have other questions about lead poisoning prevention, call 1-800 424-LEAD.*

Call your local health department or water company to find out about testing your water, or visit epa.gov/safewater for EPA's lead in drinking water information. Some states or utilities offer programs to pay for water testing for residents. Contact your state or local water company to learn more.

* Hearing- or speech-challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8339.

13

## Other Sources of Lead, continued

- **Lead smelters** or other industries that release lead into the air.
- **Your job.** If you work with lead, you could bring it home on your body or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.
- **Hobbies** that use lead, such as making pottery or stained glass, or refinishing furniture. Call your local health department for information about hobbies that may use lead.
- Old **toys** and **furniture** may have been painted with lead-containing paint. Older toys and other children's products may have parts that contain lead.†
- Food and liquids cooked or stored in **lead crystal** or **lead-glazed pottery or porcelain** may contain lead.
- Folk remedies, such as **"greta"** and **"azarcon,"** used to treat an upset stomach.

† In 1978, the federal government banned toys, other children's products, and furniture with lead-containing paint. In 2008, the federal government banned lead in most children's products. The federal government currently bans lead in excess of 100 ppm by weight in most children's products.

14

## For More Information

**The National Lead Information Center**
Learn how to protect children from lead poisoning and get other information about lead hazards on the Web at epa.gov/lead and hud.gov/lead or call **1-800-424-LEAD (5323).**

**EPA's Safe Drinking Water Hotline**
For information about lead in drinking water, call **1-800-426-4791**, or visit epa.gov/safewater for information about lead in drinking water.

**Consumer Product Safety Commission (CPSC) Hotline**
For information on lead in toys and other consumer products, or to report an unsafe consumer product or a product-related injury, call **1-800-638-2772,** or visit CPSC's website at cpsc.gov or saferproducts.gov.

**State and Local Health and Environmental Agencies**
Some states, tribes, and cities have their own rules related to lead-based paint. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your state or local contacts on the Web at epa.gov/lead, or contact the National Lead Information Center at **1-800-424-LEAD.**

---

Hearing- or speech-challenged individuals may access any of the phone numbers in this brochure through TTY by calling the toll-free Federal Relay Service at 1-800-877-8339.

---

## U. S. Environmental Protection Agency (EPA) Regional Offices

The mission of EPA is to protect human health and the environment. Your Regional EPA Office can provide further information regarding regulations and lead protection programs.

**Region 1** (Connecticut, Massachusetts, Maine, New Hampshire, Rhode Island, Vermont)

Regional Lead Contact
U.S. EPA Region 1
5 Post Office Square, Suite 100, OES 05-4
Boston, MA 02109-3912
(888) 372-7341

**Region 2** (New Jersey, New York, Puerto Rico, Virgin Islands)

Regional Lead Contact
U.S. EPA Region 2
2890 Woodbr 1ge Avenue
Building 205, Mail Stop 225
Edison, NJ 08837-3679
(732) 906-6809

**Region 3** (Delaware, Maryland, Pennsylvania, Virginia, DC, West Virginia)

Regional Lead Contact
U.S. EPA Region 3
1650 Arch Street
Philadelphia, PA 19103
(215) 814-2088

**Region 4** (Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee)

Regional Lead Contact
U.S. EPA Region 4
AFC Tower, 12th Floor, Air, Pesticides & Toxics
61 Forsyth Street, SW
Atlanta, GA 30303
(404) 562-8998

**Region 5** (Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin)

Regional Lead Contact
U.S. EPA Region 5 (LL-17J)
77 West Jackson Boulevard
Chicago, IL 60601-3666
(312) 353-3808

**Region 6** (Arkansas, Louisiana, New Mexico, Oklahoma, Texas, and 66 Tribes)

Regional Lead Contact
U.S. EPA Region 6
1445 Ross Avenue, 12th Floor
Dallas, TX 75202-2733
(214) 665-2704

**Region 7** (Iowa, Kansas, Missouri, Nebraska)

Regional Lead Contact
U.S. EPA Region 7
11201 Renner Blvd.
Lenexa, KS 66219
(800) 223-0425

**Region 8** (Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming)

Regional Lead Contact
U.S. EPA Region 8
1595 Wynkoop St.
Denver, CO 80202
(303) 312-6966

**Region 9** (Arizona, California, Hawaii, Nevada)

Regional Lead Contact
U.S. EPA Region 9 (CMD-4-2)
75 Hawthorne Street
San Francisco, CA 94105
(415) 947-4280

**Region 10** (Alaska, Idaho, Oregon, Washington)

Regional Lead Contact
U.S. EPA Region 10 (20-C04)
Air and Toxics Enforcement Section
1200 Sixth Avenue, Suite 155
Seattle, WA 98101
(206) 553-1200

---

## Consumer Product Safety Commission (CPSC)

The CPSC protects the public against unreasonable risk of injury from consumer products through education, safety standards activities, and enforcement. Contact CPSC for further information regarding consumer product safety and regulations.

**CPSC**
4330 East West Highway
Bethesda, MD 20814-4421
1-800-638-2772
cpsc.gov or saferproducts.gov

## U. S. Department of Housing and Urban Development (HUD)

HUD's mission is to create strong, sustainable, inclusive communities and quality affordable homes for all. Contact the Office of Lead Hazard Control and Healthy Homes for further information regarding the Lead Safe Housing Rule, which protects families in pre-1978 assisted housing, and for the lead hazard control and research grant programs.

**HUD**
451 Seventh Street, SW, Room 8236
Washington, DC 20410-3000
(202) 402-7698
hud.gov/lead

This document is in the public domain. It may be reproduced by an individual or organization without permission. Information provided in this booklet is based upon current scientific and technical understanding of the issues presented and is reflective of the jurisdictional boundaries established by the statutes governing the co-authoring agencies. Following the advice given will not necessarily provide complete protection in all situations or against all health hazards that can be caused by lead exposure.

U.S. EPA Washington DC 20460          EPA-747-K-12-001
U.S. CPSC Bethesda MD 20814           March 2021
U.S. HUD Washington DC 20410



☑ Blue Moon eSignature Services Document ID: 483338132

**Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards**

**Lead Warning Statement**

*Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.*

**Lessor's Disclosure**

(a) Presence of lead-based paint and/or lead-based paint hazards (*check (i) or (ii) below*):

    (i) ☐ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

_____
_____
_____
_____
_____
_____

    (ii) ☒ Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b) Records and reports available to the lessor (check (i) or (ii) below):

    (i) ☐ Lessor has provided the lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

_____
_____
_____
_____
_____

    (ii) ☒ Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Lessee's Acknowledgement** (*initial*)

(c) *AH    MCE*   Lessee has received copies of all information listed above.

(d) *AH    MCE*   Lessee has received the pamphlet Protect Your Family from Lead in Your Home.

**Agent's Acknowledgement** (*initial*)

(e) ___*TT*___   Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

**Amzak Waukegan LLC, 805 Baldwin Avenue #303 #805303**

|  |  | **Waukegan** |
|---|---|---|
| Apartment Name & unit number OR street address of dwelling | | City |
| *Alfred Holt* | 04/30/2024 | |
| Lessee (Resident) | Date | Lessee (Resident)         Date |
| *Marília Coutinho Espínola* | 05/24/2024 | |
| Lessee (Resident) | Date | Lessee (Resident)         Date |
| | | |
| Lessee (Resident) | Date | Lessee (Resident)         Date |

**Amzak Waukegan LLC**

_____

_____    *Tonoa Turner*

Lessor (Owner)                       Agent

                                         05/28/2024

Date

**LEASE CONTRACT BUY-OUT AGREEMENT**

**1. APARTMENT DESCRIPTION.**
Unit No. **805303** , **805 Baldwin**
**Avenue #303**
_____ (street address) in
**Waukegan**
(city), Illinois, **60085** (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **April 30, 2024**
Owner's name: **Amzak Waukegan LLC**
_____
_____
_____
_____

Residents (list all residents):
**Alfred Holt, Marilia Coutinho Espinola**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**3. PURPOSE OF AGREEMENT.** The purpose of this Buy-Out Agreement is to give you the right to buy out of your Lease Contract early—subject to any special provisions in paragraph 9 below. In order to buy out early, your notice must be signed by all residents listed in paragraph 1 of the Lease Contract and you must comply with all provisions of this Buy-Out Agreement.

**4. BUY-OUT PROCEDURES.** You may buy out of the Lease Contract prior to the end of the lease term and cut off all liability for paying rent for the remainder of the lease term if all of the following occur:

(a) you give us written notice of buy-out at least **60** days prior to the new termination date (i.e., your new move-out date), which (check one) ☐ must be the last day of a month or ☒ may be during a month;

(b) you specify the new termination date in the notice, i.e., the date by which you'll move out;

(c) you are not in default under the Lease Contract on the date you give us the notice of buy-out;

(d) you are not in default under the Lease Contract on the new termination date (move-out date);

(e) you move out on or before the new termination date and do not hold over;

(f) you pay us a buy-out fee (consideration) of $ **1400.00** ;

(g) you pay us the amount of any concessions you received when signing the Lease Contract; and

(h) you comply with any special provisions in paragraph 9 below.

**5. WHEN PAYABLE.** The buy-out fee in paragraph 4(f) is due and payable no later than **30** days after you give us your buy-out notice. The total dollar amount of any concessions regarding rent or other monetary lease obligations for the entire lease term is $ **0.00** and is due payable on the same day as the buy-out fee, subject to any special provisions in paragraph 9 regarding the amount, calculation method, or payment date.

**6. SHOWING UNIT TO PROSPECTIVE RESIDENTS.** After you give us notice of buy-out, the Lease Contract gives us the right to begin showing your unit to prospective residents and telling them it will be available immediately after your new termination date.

**7. COMPLIANCE ESSENTIAL.** Our deposit of all amounts due under paragraphs 4(f) and 4(g) constitutes our approval of the new termination date stated in your notice of buy-out. If you fail to comply with any of the procedures or requirements in this agreement after we deposit such monies, your buy-out right and this agreement will be voided automatically; and (1) any amounts you have paid under this agreement will become part of your security deposit, and (2) the lease will continue without buy-out. Then, if you move out early, you are subject to all lease remedies, including reletting fees and liability for all rents for the remainder of the original lease term.

**8. MISCELLANEOUS.** If moving out by the new termination date becomes a problem for you, contact us. An extension may be possible if we have not already relet the apartment to a successor resident. We and any successor residents who may be leasing your unit will be relying on your moving out on or before the new termination date. Therefore, you may not hold over beyond such date without our written consent—even if it means you have to make plans for temporary lodging elsewhere. "Default" as used in paragraphs 4(c) and 4(d) of this agreement means default as defined in the Lease Contract. You will continue to be liable for any damages and any sums accruing and unpaid prior to the new termination date.

**9. SPECIAL PROVISIONS.** Your right of buy-out (check one) ☐ is or ☒ is not limited to a particular fact situation. If limited, buy-out may be exercised only if the following facts (see below) occur and any described documents are furnished to us. Any special provisions below will supersede any conflicting provision of this printed agreement. Any false statements or documents presented to us regarding buy-out will automatically void your right to buy-out of the Lease Contract. The special provisions are:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| Resident or Residents (All residents must sign) | Owner or Owner's Representative (signs below) |
|---|---|
| _Alfred Holt_ | _Tonoa Turner_ |
| _Marilia Coutinho Espinola_ | |
| | **Date of Lease Contract** |
| | **April 30, 2024** |

© 2019, National Apartment Association, Inc. ☑ Blue Moon eSignature Services Document ID: 435338132



# MOLD INFORMATION AND PREVENTION ADDENDUM
*Becomes part of Lease Contract*



> *Please note: It is our goal to maintain a quality living environment for our residents. To help achieve this goal, it is important to work together to minimize any mold growth in your dwelling. That is why this addendum contains important information for you, and responsibilities for both you and us.*

**1. DWELLING DESCRIPTION.**
805 Baldwin Avenue #303

*(street address),* 805303 *(unit no. if applicable)* in Waukegan *(city),* Illinois, 60085 *(zip code).*

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: April 30, 2024
Owner's name: Amzak Waukegan LLC

Residents *(list all residents)*:
Alfred Holt, Marilia Coutinho Espinola

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. ABOUT MOLD.** Mold is found virtually everywhere in our environment—both indoors and outdoors and in both new and old structures. Molds are naturally occurring microscopic organisms which reproduce by spores and have existed practically from the beginning of time. All of us have lived with mold spores all our lives. Without molds we would all be struggling with large amounts of dead organic matter.

Mold breaks down organic matter in the environment and uses the end product for its food. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a dwelling, mold can grow. A 2004 Federal Centers for Disease Control and Prevention study found that there is currently no scientific evidence that the accumulation of mold causes any significant health risks for person with normally functioning immune systems. Nonetheless, appropriate precautions need to be taken.

**4. PREVENTING MOLD BEGINS WITH YOU.** In order to minimize the potential for mold growth in your dwelling, you must do the following:

- Keep your dwelling clean—particularly the kitchen, the bathroom(s), carpets and floors. Regular vacuuming, mopping and using a household cleaner to clean hard surfaces is important to remove the household dirt and debris that harbor mold or food for mold. Immediately throw away moldy food.

- Remove visible moisture accumulation on windows, walls, ceilings, floors and other surfaces as soon as reasonably possible. Look for leaks in washing machine hoses and discharge lines—especially if the leak is large enough for water to infiltrate nearby walls. Turn on any exhaust fans in the bathroom and kitchen *before* you start showering or

cooking with open pots. When showering, be sure to keep the shower curtain *inside* the tub or fully close the shower doors. Also, the experts recommend that after taking a shower or bath, you: (1) wipe moisture off of shower walls, shower doors, the bathtub and the bathroom floor; (2) leave the bathroom door open until all moisture on the mirrors and bathroom walls and tile surfaces has dissipated; and (3) hang up your towels and bath mats so they will completely dry out.

- Promptly notify us in writing about any air conditioning or heating system problems you discover. Follow our rules, if any, regarding replacement of air filters. Also, it is recommended that you periodically open windows and doors on days when the outdoor weather is dry (i.e., humidity is below 50 percent) to help humid areas of your dwelling dry out.

- Promptly notify us in writing about any signs of water leaks, water infiltration or mold. We will respond in accordance with state law and the Lease Contract to repair or remedy the situation, as necessary.

- Keep the thermostat set to automatically circulate air in the event temperatures rise to or above 80 degrees Fahrenheit.

**5. IN ORDER TO AVOID MOLD GROWTH,** it is important to prevent excessive moisture buildup in your dwelling. Failure to promptly pay attention to leaks and moisture that might accumulate on dwelling surfaces or that might get inside walls or ceilings can encourage mold growth. Prolonged moisture can result from a wide variety of sources, such as:

- rainwater leaking from roofs, windows, doors and outside walls, as well as flood waters rising above floor level;

- overflows from showers, bathtubs, toilets, lavatories, sinks, washing machines, dehumidifiers, refrigerator or A/C drip pans or clogged up A/C condensation lines;

- leaks from plumbing lines or fixtures, and leaks into walls from bad or missing grouting/caulking around showers, tubs or sinks;

- washing machine hose leaks, plant watering overflows, pet urine, cooking spills, beverage spills and steam from excessive open-pot cooking;

- leaks from clothes dryer discharge vents (which can put lots of moisture into the air); and

- insufficient drying of carpets, carpet pads, shower walls and bathroom floors.

**6. IF SMALL AREAS OF MOLD HAVE ALREADY OCCURRED ON** *NON-POROUS* **SURFACES** (such as ceramic tile, formica, vinyl flooring, metal, wood or plastic), the federal Environmental Protection Agency (EPA) recommends that you first clean the areas with soap (or detergent) and water, let the surface dry, and then within 24 hours apply a pre-mixed, spray-on-type household biocide, such as Lysol Disinfectant®, Pine-Sol Disinfectant® (original pine-scented), Tilex Mildew Remover® or Clorox Cleanup®. (Note: Only a few of the common household cleaners will actually kill mold). Tilex® and Clorox® contain bleach which can discolor or stain. **Be sure to follow the instructions on the container.** Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface.

Always clean and apply a biocide to an area 5 or 6 times larger than any visible mold because mold may be adjacent in quantities not yet visible to the naked eye. A vacuum cleaner with a high-efficiency particulate air (HEPA) filter can be

☑ Blue Moon eSignature Services Document ID: 435338132

used to help remove non-visible mold products from *porous* items, such as fibers in sofas, chairs, drapes and carpets— provided the fibers are completely dry. Machine washing or dry cleaning will remove mold from clothes.

7. **DO NOT CLEAN OR APPLY BIOCIDES TO:** (1) visible mold on *porous surfaces*, such as sheetrock walls or ceilings, or (2) *large areas* of visible mold on *non-porous* surfaces. Instead, notify us in writing, and we will take appropriate action.

8. **COMPLIANCE.** Complying with this addendum will help prevent mold growth in your dwelling, and both you and we will be able to respond correctly if problems develop that could lead to mold growth. If you have questions regarding this addendum, please contact us at the management office or at the phone number shown in your Lease Contract.

**If you fail to comply with this Addendum, you can be held responsible for property damage to the dwelling and any health problems that may result. We can't fix problems in your dwelling unless we know about them.**

9. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign here)*

*Alfred Holt*
_____
*Marília Coutinho Espínola*
_____
_____
_____
_____

**Owner or Owner's Representative**
*(Signs here)*

*Tonoa Turner*
_____

**Date of Lease Contract**

April 30, 2024
_____

Blue Moon eSignature Services Document ID: 435338132

# PACKAGE ACCEPTANCE ADDENDUM

**1. APARTMENT DESCRIPTION.**
Unit No. **805303**, **805 Baldwin Avenue #303** _____ (street address) in _____ **Waukegan** (city), Illinois, **60085** (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **April 30, 2024**
Owner's name: **Amzak Waukegan LLC** _____

Residents *(list all residents):*
**Alfred Holt, Marilia Coutinho Espinola** _____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. PURPOSE OF ADDENDUM.** By signing this Addendum, you wish for us to sign for, and to accept, U.S. mail and privately-delivered packages or other items on your behalf, subject to the terms and conditions set forth herein.

**4. PACKAGE ACCEPTANCE.**

**A. Generally.** You hereby authorize us and our agent to accept, on your behalf, any package or item delivered to our on-site management office during disclosed business hours, including but not limited to a package delivered by the U.S. Postal Service or by any private courier service or individual. You also specifically authorize us to sign on your behalf if the person or entity delivering said package or item requires an adult signature prior to delivery, including but not limited to the delivery of certified or registered mail. A photo I.D. is required before any packages will be released. Packages will only be released to verified Residents or approved representatives.

**B. Limitations.** You understand and agree that we may refuse to accept any package for any reason or no reason at all.

**5. TIME LIMITATION.** Due to limited storage space, we must ask that you pick up your package as soon as possible. You also agree that we shall have no duty whatsoever to hold or store any package for more than **3** days after receipt (accordingly, you should notify the management office if you are going to be away from the apartment home and expect to be receiving a package(s)). After said time, you agree that any such package is deemed abandoned and you authorize us to return the package to its original sender.

**6. DUTY OF CARE, INDEMNIFICATION, ASSUMPTION OF RISKS AND WAIVER.** As to any package for which we sign and/or receive on your behalf, you understand and agree that we have no duty to notify you of our receipt of such package, nor do we have any duty to maintain, protect, or deliver said package to you, nor do we have any duty to make said package available to you outside disclosed business hours. Any packages or personal property delivered to us or stored by us shall be at your sole risk, and you assume all risks whatsoever associated with any loss or damage to your packages and personal property. You, your guests, family, invitees, and agents hereby waive any and all claims against us or our agents of any nature regarding or relating to any package or item received by us, including but not limited to, claims for theft, misplacing or damaging any such package, except in the event of our or our agent's gross negligence or willful misconduct. You also agree to defend and indemnify us and our agents and hold us both harmless from any and all claims that may be brought by any third party relating to any injury sustained relating to or arising from any package that we received on your behalf. You also agree to indemnify us and our agents and hold us harmless from any damage caused to us or our agents by any package received by us for you. You also authorize us to throw away or otherwise dispose of any package that we, in our sole discretion, deem to be dangerous, noxious, or in the case of packaged food, spoiled, and waive any claim whatsoever resulting from such disposal.

**7. SEVERABILITY.** If any provision of this Addendum or the Lease Contract is illegal, invalid or unenforceable under any applicable law, then it is the intention of the parties that (a) such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Addendum or the Lease, (b) the remainder of this Addendum shall not be affected thereby, and (c) it is also the intention of the parties to this Addendum that in lieu of each clause or provision that is illegal, invalid or unenforceable, there be added as a part of this Addendum a clause or provision similar in terms to such illegal, invalid or unenforceable clause or provision as may be possible and be legal, valid and enforceable.

**8. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____

**Owner or Owner's Representative** *(Signs below)*

*Tonoa Turner*
_____

**Date of Signing Addendum**

_____ 05/28/2024 _____

**Resident or Residents** *(All residents must sign)*

*Alfred Holt*
_____
*Marilia Coutinho Espinola*
_____

© 2019, National Apartment Association, Inc.



# Addendum – Payment of Sales, Excise and Use Taxes

Resident shall be responsible for payment of any applicable federal, state and local taxes, including any sales, excise or use taxes, assessed on any goods or services purchased, rented, leased or otherwise utilized by Resident at such rates as may be determined by federal, state or local authorities from time to time.

OWNER:

**Amzak Waukegan LLC** _____

Signature: *Tonoa Turner* _____

Name Printed: _____

Title: _____

Date: 05/28/2024 _____

RESIDENT(S):

Signature: *Alfred Holt* _____

Name Printed: **Alfred Holt** _____

Signature: *Marilia Coutinho Espinola* _____

Name Printed: **Marilia Coutinho Espinola** _____

Signature: _____

Name Printed: _____

Signature: _____

Name Printed: _____

Signature: _____

Name Printed: _____

Signature: _____

Name Printed: _____

Apartment Number: **805303** _____

**PHOTO, VIDEO, AND STATEMENT RELEASE ADDENDUM**

**NAA**
NATIONAL APARTMENT ASSOCIATION

**1. APARTMENT DESCRIPTION.**
Unit No. _____805303_____, 805 Baldwin
Avenue #303
_____ *(street address)* in
_____Waukegan_____
*(city)*, Illinois, _____60085_____ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **April 30, 2024**
Owner's name: **Amzak Waukegan LLC**
_____
_____
_____

Residents *(list all residents)*:
**Alfred Holt, Marilia Coutinho Espinola**
_____
_____
_____
_____
_____
_____
_____
_____
_____

Occupants *(list all occupants)*:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. PURPOSE OF ADDENDUM.** By signing this Addendum, you, without payment or other consideration, agree to grant us permission to use your likeness in photographs, videos and/or other electronic and/or digital reproductions, including voice, in any and all of our publications, including, without limitation, any website entries, advertising websites, social media websites, and any other marketing materials. For purposes of this addendum, photographs, videos, written comments, statements, and other digital reproductions will hereinafter be collectively referred to as "media."

A. CONSENT FOR MINOR OCCUPANTS. By signing this Addendum, if any minor occupants are named above, you further certify that you are the parent, or legal guardian of the minor occupant(s) named above, and you, without payment or other consideration, agree to grant us permission to use their likeness in photographs, videos and/or other electronic and/or digital reproductions, including voice, in any and all of our publications, including, without limitation, any website entries, advertising websites, social media websites, and any other marketing materials. For purposes of this addendum, photographs, videos, written comments, statements, and other digital reproductions will hereinafter be collectively referred to as "media."

**4. PHOTO AND VIDEO RELEASE.** You hereby grant us and our agents and affiliates (collectively, the "Released Parties") permission and a license to take, use, reuse, and publish the likeness of you and any minor occupants in all photographs or other electronic and/or digital media in any and all of our publications, including, without limitation, any website entries, advertising websites, and any other marketing materials. You understand and agree that these materials will become the property of the Released Parties and will not be returned. You agree to irrevocably authorize the Released Parties to edit, alter, copy, exhibit, publish, or distribute this media for any lawful purpose whatsoever including, without limitation, promotional and advertising uses. You waive the right to inspect or approve the finished product, including any written or electronic copy, wherein your likeness appears now or in the future. In addition, you waive any right to payment, royalties, or any other compensation arising or related to the use of the media.

**5. CONSENT TO USE YOUR NAME, LIKENESS, WRITTEN COMMENTS, AND STATEMENTS.** You are expressly agreeing to allow us to post your name, picture, written comments, and statements, and/or the names, pictures, written comments, and statements of any minor occupants in any and all of our publications, including, without limitation, any website entries, advertising websites, social media websites, and any other marketing materials. You hereby grant the Released Parties permission and a license to use, reproduce, and publish any media on its website, social media platforms, or in other marketing-related materials, whether in electronic or print form.

**6. RELEASE OF LIABILITY.** You hereby release, hold harmless, and forever discharge us from any claims or causes of actions including, without limitation, any and all claims for libel or violation of any right of publicity or privacy, related to our use of the media in any and all of our publications, including any website entries, advertising websites, social media websites, and any other marketing material so long as the claim or cause of action does not result from our intentional misconduct or gross negligence. This consent and release shall be binding upon you and your heirs, legal representatives and assigns.

**7. REVOCATION.** You have the right to revoke your consent to our use of your name, picture, video, voice, written comments, or statement, and/or the name, picture, video, voice, written comments, or statement of any minor occupants, by written notice to us.

**8. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

☑ Blue Moor eSignature Services Document ID: 435338132

| **Resident or Residents** | **Owner or Owner's Representative** |
| *(All residents must sign)* | *(signs below)* |

| Alfred Holt | *Tonoa Turner* |
| Marilia Coutinho Espinola | |
| | |
| | **Date of Signing Addendum** |
| | |
| | 05/28/2024 |

☑ Blue Moon eSignature Services Document ID: 435338132

Lease Addendum - Property Specific Charges

1. **Addendum:** This is an addendum to the Lease Contract for Apt. No. <u>805303</u> (the "Lease Contract") of <u>Imperial Tower</u> located at <u>805 Baldwin Avenue #303, Waukegan, IL 60085</u>, ("the Property"). The terms of this addendum will control to the extent the terms of the Lease Contract and this addendum are in conflict.

2. **Reason for Addendum:** This Addendum modifies the Resident's Lease Contract to allow the Property to charge certain property specific fees, as well as costs associated with the Resident's use of goods or services at the Property (the "Property Specific Charges"). Where required by law, sales and/or use taxes will be collected on all applicable Property Specific Charges.

3. **Property Specific Charges.** The Property will charge the Resident's ledger, on a monthly, one time or annual basis, as indicated below, in the amounts listed below for applicable fees, goods and services utilized at the property:

| Type of Service or Fee | Monthly Fee | Identifying Number |
|---|---|---|
| Parking Space | $25.00 | 0805 - 22 |
| Garage | $ | |
| Carport | $ | |
| Storage Unit | $15.00 | S805303 |
| Garden Plot | $ | |
| Bike Rack | $ | |

| Type of Service or Fee | Monthly, One Time or Annual | Amount of Fee |
|---|---|---|
| Common Area Maintenance | | $ |
| Rent, Trash and/or Pest Control Billing Service Fee | | $ |
| Processing Fee | One Time | $ |
| Unauthorized Pet Fee Initial | Per Occurrence | $ 100.00 |
| Unauthorized Pet Fee Daily | Per Occurrence | $ 10.00 |
| Monthly Alarm System | | $ |
| Inspection Fee | | $ |
| Fire Assessment Fee | | $ |
| Vacant Recovery Fee | Per Occurrence | $50.00 |
| Real Estate Tax | | $ |

4. **Allocation Procedures**: Your monthly rent under the Lease Contract does ***not*** include a charge for the services and governmental fees indicated above. Instead, you will be receiving a separate bill from us each month for these services and governmental fees. We may include these items as separate and distinct charges as part of a multi-item bill.

You agree to and we will allocate the indicated services and governmental fees for the apartment community based on one of the allocation methods below.

a. A percentage reflecting your apartment unit's share of the total square footage in the apartment community, i.e., your unit's square footage divided by the total square footage in all apartment units.

b. A percentage reflecting your apartment unit's share of the total number of people living in the apartment community, i.e., the number of people living in your apartment divided by the total number of people living in the entire apartment community for the month. ("People" for this purpose are all residents and occupants listed in the leases at the apartment community as having a right to occupy the respective units).

c. Half of your allocation will be based on your apartment unit's share of total square footage and half will be based on your share of total people living in the apartment community as described above.

d. Per dwelling unit

e. Ratio Occupancy

f. Allocation formula using a combination of your apartment home's square footage and occupants, using a ratio occupancy factor.

g. Allocation based on the number of bedrooms in the dwelling unit.

h. Allocation formula based on the number of bedrooms in your apartment home, based on a ratio bedroom factor.

i. Other formula *(see attached page)*

| Type of Service or Fee | Monthly, One Time or Annual | Allocation Method |
| --- | --- | --- |
| Common Area Gas | | |
| Common Area Electric | Monthly | f |
| Common Area Water | | |
| Common Area Sewer | | |
| Stormwater Drainage | | |
| Utility/City Inspection Fee | | |
| Multi-Family Permit Registration Fee (TX, Dallas County Only) | | |

**5. Reason for Allocation.** Apartment owners receive bills for services provided to residents and charges for various governmental fees. These are direct costs that the apartment community incurs. In order to help control the cost of rent, we have chosen to allocate the services and governmental fees indicated above through an allocated bill using a standardized formula to distribute these costs fairly. While we may impose a nominal fee to help recover our costs in administering these bills, we do not add any other costs to these bills and make no profit off of them.

A bulk trash charge may be added to Resident's ledger and such charge may include, but is not limited to, actual trash invoices (including bulky item pick up and junk removal), trash management costs, trash-related cleaning costs, odor control, trash auditing costs, porter service, recycling charges, equipment rental/compactor expense and expense relating to sorting recycling.

**6. Billing Procedures:** The Resident's monthly rent payment under the Lease Contract does _**not**_ include charges for the above-outlined items. Instead, the Resident's ledger will include a separate charge encompassing the amount due for the Property Specific Charges above, along with any applicable federal, state and/or local sales and/or use taxes. **As such, the undersigned authorizes the Property to bill his/her Resident ledger separately the amounts listed above, including applicable taxes.**

**7. Payment Due Date:** Property Specific Fees are posted to the Resident's ledger and shall be paid concurrently with any rent due on the date as outlined by the Lease Contract.

**8. Penalties and Fees:** The Property may assess penalties and fees based on the Resident's late payment of any Property Specific Charges in accordance with the provisions as outlined in the Lease Contract, subject to maximum late penalties and fees as governed by state law.

**9. Change of Property Specific Charges:** The Property maintains the right to change the total amount charged for any one, or all, Property Specific Charges by (1) providing the Resident with written or electronic (to the Resident's email address on filed with the Property) notice of at least 35 days before the charge increase takes effect, unless longer notice otherwise required by applicable law; or (2) the Resident and the Property agree to the change in writing signed by Resident and the Property.

**10. Waiver for Resident Use of Property Specific Goods and Services:** I, as evidenced by my signature below, understand, warrant and agree that all rights and duties found in the Resident Handbook shall apply, control and govern the use of any property specific goods or services listed in Section 3 of this Addendum by me, individually, and by my accompanied guest(s). Furthermore, I understand and agree to all rights and remedies found in the Resident Handbook shall apply to me and/or my accompanied guest(s). Please see any applicable addenda or the Resident Handbook for any additional disclosures.

THROUGH MY SIGNATURE BELOW, I ACKNOWLEDGE AND REPRESENT THAT I HAVE READ, UNDERSTAND, AND SIGN THIS ADDENDUM VOLUNTARILY, AND WITHOUT DURESS, AS MY OWN FREE ACT AND DEED; I FURTHER ACKNOWLEDGE THAT NO ORAL REPRESENTATIONS, STATEMENTS, OR INDUCEMENTS, APART FROM THOSE DESCRIBED HEREIN, HAVE BEEN MADE TO ME IN CONNECTION WITH OR AS AN INDUCEMENT FOR ME TO EXECUTE, THIS ADDENDUM.

**Signatures of the Parties:**

| **Property Management** | **Residents** |
|---|---|
| Imperial Tower | *Alfred Holt* |
| | *Marilia Coutinho Espinola* |
| By: *Tonoa Turner* | |
| Title: _____ | |

**REQUIRED INSURANCE ADDENDUM TO LEASE AGREEMENT**

This Addendum is attached to and becomes a part of the Residential Lease Agreement. For the duration of the Lease, Lessee is required to maintain and provide the following minimum required insurance coverage:

- $100,000 Limit of Liability for Lessee's legal liability for damage to Lessor's property for no less than the following causes of loss: fire, smoke, explosion, backup or overflow of sewer, drain or sump, and water damage ("Required Insurance").

Lessee is required to furnish Lessor with evidence of Required Insurance prior to occupancy of leased premises and at the time of each lease renewal period. If at any time Lessee does not have Required Insurance, Lessee is in breach of the Lease and Lessor shall have, in addition to any other rights under the Lease, the right but not the obligation to purchase Required Insurance coverage protecting the sole interest of the Lessor and seek contractual reimbursement from the Lessee for all costs and expenses associated with such purchase. This may be referred to as "force placed insurance".

Lessee may obtain Required Insurance or broader coverage from an insurance agent or insurance company of Lessee's choice. If Lessee furnishes evidence of such insurance and maintains the insurance for the duration of the Lease, then nothing more is required. If Lessee does not maintain Required Insurance, the insurance requirement of this Lease may be satisfied by Lessor, who may purchase such coverage through the Lessor's Legal Liability Insurance Policy ("LLIP"). The coverage provided under the LLIP will provide the Required Insurance coverage listed above. An amount equal to the total cost to the Lessor for the LLIP coverage shall be charged to Lessee by the Lessor as a recoverable expense under the Lease. Some important points of this coverage, which Lessee should understand are:

1. LLIP is designed to fulfill the insurance requirement of the Lease. Lessor is the Insured under the LLIP. This is single interest forced placed insurance. Lessee is not an Insured, Additional Insured or beneficiary under the LLIP. All loss payments are made to the Lessor.

2. LLIP coverage is <u>NOT</u> personal liability insurance or renters insurance. LLIP does not cover the Lessee's personal property (contents), additional living expenses or liability arising out of bodily injury or property damage to any third party. If Lessee requires any of these coverages, then Lessee should contact an insurance agent or insurance company of Lessee's choice to obtain personal liability insurance or renters insurance to protect Lessee's interests.

3. Coverage under the LLIP may be more expensive than the cost of Required Insurance obtainable by Lessee elsewhere. At any time, Lessee may contact an insurance agent or insurance company of their choice for insurance options to satisfy the Required Insurance under this Lease.

4. If Lessee has purchased Renters Insurance and at any time allows such Renters Insurance to lapse in breach of the Lease Agreement, Lessor may purchase Lessor Insurance without notice and add the total cost associated therewith to Lessee's monthly rent payment.

5. Licensed insurance agents may receive a commission on the LLIP.

6. The total cost to the Lessee for the Lessor obtaining LLIP shall be $ 14.00 per month. This is an amount equal to the actual premium charge to the Lessor including any premium taxes and fees due to state governing bodies and also includes a $ 4.00 administrative expense fee for the expense of processing monthly payments and administering this program. There are no other fees, costs or charges added to or included within this total cost.

7. In the event that loss or damage to Lessor's property exceeds the amount of Required Insurance, Lessee shall remain contractually liable to Lessor for such amount. In the event of liability to any other party for bodily injury or property damage, Lessee shall remain liable to such other party.

8. It shall be the Lessee's duty to notify Lessor of any subsequent purchase of Renters Insurance.

As used in this Addendum: "Lease" may be interchangeable with "Lease Agreement"; "Lessee" may be interchangeable with "Resident" or "Tenant", and "Lessor" may be interchangeable with "Landlord" or "Owner".

Scheduling of the premises under the LLIP is not mandatory and Lessee may purchase Required Insurance from an insurance agent or insurance company of Lessee's choice at any time and coverage under the LLIP will be terminated by the Lessor.

*Alfred Holt*
_____
Lessee Signature

04/30/2024
_____
Date

*Marília Coutinho Espínola*
_____
Lessee Signature

05/24/2024
_____
Date

_____
Lessee Signature

_____
Date

_____
Lessee Signature

_____
Date

# LEASE CONTRACT ADDENDUM
# FOR SATELLITE DISH OR ANTENNA



Under a Federal Communications Commission (FCC) order, you as our resident have a right to install a transmitting or receiving satellite dish or antenna on the leased apartment, subject to FCC limitations. We as a rental housing owner are allowed to impose reasonable restrictions relating to such installation. You are required to comply with these restrictions as a condition of installing such equipment. This addendum contains the restrictions that you and we agree to follow.

**1. APARTMENT DESCRIPTION.**
Unit No. ___805303___, _805 Baldwin Avenue #303_
_____ *(street address)* in
_____ Waukegan
*(city)*, Illinois, ___60085___ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **April 30, 2024**
Owner's name: **Amzak Waukegan LLC**
_____
_____
_____
_____

Residents *(list all residents)*:
**Alfred Holt, Marilia Coutinho Espinola**
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. NUMBER AND SIZE.** You may install ___1___ satellite dish(es) or antenna(s) on the leased premises. A satellite dish may not exceed one meter (3.3 feet) in diameter. Antennas that only transmit signals or that are not covered by 47 CFR § 1.4000 are prohibited.

**4. LOCATION.** Your satellite dish or antenna must be located: (1) inside your apartment; or (2) in an area outside your apartment such as a balcony, patio, yard, etc. of which you have exclusive use under your lease. Installation is not permitted on any parking area, roof, exterior wall, window, window sill, fence or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to you for your exclusive use.

**5. SAFETY AND NON-INTERFERENCE.** Your installation: (1) must comply with all applicable ordinances and laws and all reasonable safety standards; (2) may not interfere with our cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to our telecommunication systems; and (4) may not be connected to our electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies within your leased premises (such as a balcony or patio railing); or (3) any other method approved by us in writing. No other methods are allowed. We may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

**6. SIGNAL TRANSMISSION FROM EXTERIOR DISH OR ANTENNA TO INTERIOR OF APARTMENT.** You may not damage or alter the leased premises and may not drill holes through outside walls, door jams, window sills, etc. If your satellite dish or antenna is installed outside your apartment (on a balcony, patio, etc.), the signals received by it may be transmitted to the interior of your apartment only by the following methods: (1) running a "flat" cable under a door jam or window sill in a manner that does not physically alter the premises and does not interfere with proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane," similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window—without drilling a hole through the window; (4) wireless transmission of the signal from the satellite dish or antenna to a device inside the apartment; or (5) any other method approved by us in writing.

**7. SAFETY IN INSTALLATION.** In order to assure safety, the strength and type of materials used for installation must be approved by us. Installation must be done by a qualified person or company approved by us. Our approval will not be unreasonably withheld. An installer provided by the seller of the satellite dish or antenna is presumed to be qualified.

**8. MAINTENANCE.** You will have the sole responsibility for maintaining your satellite dish, antenna and all related equipment.

**9. REMOVAL AND DAMAGES.** You must remove the satellite dish or antenna and all related equipment when you move out of the apartment. In accordance with the Lease Contract, you must pay for any damages and for the cost of repairs or repainting caused by negligence, carelessness, accident or abuse which may be reasonably necessary to restore the leased premises to its condition prior to the installation of your satellite dish, antenna or related equipment. You will not be responsible for normal wear.

**10. LIABILITY INSURANCE.** You must take full responsibility for the satellite dish, antenna and related equipment. If the dish or antenna is installed at a height that could result in injury to others if it becomes unattached and falls, you must provide us with evidence of liability insurance (if available) to protect us against claims of personal injury and property damage to others, related to your satellite dish, antenna and related equipment. The insurance coverage must be $ ___100000.00___, which is an amount reasonably determined by us to accomplish that purpose. Factors affecting the amount of insurance include height of installation above ground level, potential wind velocities, risk of the dish/antenna becoming unattached and falling on someone, etc.

☑ Blue Moon eSignature Services Document ID: 435338132

**11. WHEN YOU MAY BEGIN INSTALLATION.** You may start installation of your satellite dish, antenna or related equipment only after you have: (1) signed this addendum; (2) provided us with written evidence of the liability insurance referred to in paragraph 10 of this addendum; and (3) received our written approval of the installation materials and the person or company that will do the installation, which approval may not be unreasonably withheld.

**12. MISCELLANEOUS.** If additional satellite dishes or antennas are desired, an additional lease addendum must be executed.

**13. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

A $150 refundable deposit is required
prior to installation. This will be
considered a general deposit.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign here)*

*Alfred Holt*
_____
*Marilia Coutinho Espinola*
_____
_____
_____
_____

**Owner or Owner's Representative**
*(signs here)*

*Tonoa Turner*
_____

**Date of Lease Contract**

April 30, 2024
_____

Blue Moon eSignature Services Document ID: 435338132

**ADDENDUM PROHIBITING
SHORT-TERM SUBLETTING OR RENTAL**

**1. APARTMENT DESCRIPTION.**
Unit No. **805303** , **805 Baldwin Avenue #303**
_____ (street address) in
Waukegan
(city), Illinois, **60085** (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **April 30, 2024**
Owner's name: **Amzak Waukegan LLC**
_____
_____
_____
_____

Residents (list all residents):
**Alfred Holt, Marilia Coutinho Espinola**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. SHORT TERM SUBLEASE OR RENTING PROHIBITED.** Without limiting the prohibition in the Lease on subletting, assignment, and licensing, and without limiting any of our rights or remedies, this Addendum to the Lease further supplements and defines the requirements and prohibitions contained in the Lease Contract between you and us. You are hereby strictly prohibited from subletting, licensing, or renting to any third party, or allowing occupancy by any third party, of all or any portion of the apartment, whether for an overnight use or duration of any length, without our prior written consent in each instance. This prohibition applies to overnight stays or any other stays arranged on Airbnb.com or other similar internet sites.

**4. PROHIBITION ON LISTING OR ADVERTISING APARTMENT ON OVERNIGHT SUBLETTING OR RENTING WEBSITES.** You agree not to list or advertise the apartment as being available for short term subletting or rental or occupancy by others on Airbnb.com or similar internet websites. You agree that listing or advertising the apartment on Airbnb.com or similar internet websites shall be a violation of this Addendum and a breach of your Lease Contract.

**5. VIOLATION OF LEASE AGREEMENT.** Your Lease Contract allows for use of your apartment as a private residence only and strictly prohibits conducting any kind of business in, from, or involving your apartment unless expressly permitted by law. Separately, your Lease Contract prohibits subletting or occupancy by others of the apartment for any period of time without our prior written consent. Permitting your apartment to be used for any subletting or rental or occupancy by others (including, without limitation, for a short term), regardless of the value of consideration received or if no consideration is received, is a violation and breach of this Addendum and your Lease Contract.

**6. REMEDY FOR VIOLATION.** Any violation of this Addendum constitutes a material violation of the Lease Contract, and as such we may exercise any default remedies permitted in the Lease Contract, including termination of your tenancy, in accordance with local law. This clause shall not be interpreted to restrict our rights to terminate your tenancy for any lawful reason, or by any lawful method.

**7. RESIDENT LIABILITY.** You are responsible for and shall be held liable for any and all losses, damages, and/or fines that we incur as a result of your violations of the terms of this Addendum or the Lease Contract. Further, you agree you are responsible for and shall be held liable for any and all actions of any person(s) who occupy your apartment in violation of the terms of this Addendum or the Lease Contract, including, but not limited to, property damage, disturbance of other residents, and violence or attempted violence to another person. In accordance with applicable law, without limiting your liability you agree we shall have the right to collect against any renter's or liability insurance policy maintained by you for any losses or damages that we incur as the result of any violation of the terms of this Addendum.

**8. SEVERABILITY.** If any provision of this Addendum or the Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Addendum or the Lease Contract. The court shall interpret the lease and provisions herein in a manner such as to uphold the valid portions of this Addendum while preserving the intent of the parties.

**9. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
(All residents must sign)

_Alfred Holt_
_Marilia Coutinho Espinola_
_____
_____
_____

**Owner or Owner's Representative**
(Signs below)

_Tonoa Turner_
_____

**Date of Signing Addendum**

05/28/2024
_____

© 2019, National Apartment Association, Inc. ☑ Blue Moon eSignature Services Document ID: 435338132





# Resident Handbook and Community Policies



☑ Blue Moon eSignature Services Document ID: 435338132

bh

TABLE OF CONTENTS

Hi, there!.................................................................................................................2

YOUR COMMUNITY..............................................................................................3

YOUR APARTMENT...............................................................................................13

APPLIANCES..........................................................................................................21

MOVING OUT..........................................................................................................23

RESIDENT HANDBOOK ACKNOWLEDGMENT........................................................25

Blue Moon eSignature Services Document ID: 435338192

## Hi, there!

At BH, we're on a mission to create spaces where people live and thrive. It's simple: we want you to love living here. From the day you move in and everyday thereafter, we're committed to make living here mean living more.

## Let's make this easy.

Living in a BH community means living more: happily, vibrantly, responsibly.

We want to make it simple for you to get what you need, when you need it. The **Resident App** is your on-the-go solution for maintenance requests and workorders: anytime, from anywhere. Download the **Resident App** from Google Play or the Apple App Store.

While you're at it, download the **RENTCafé Resident App** from Google Play or the Apple App Store to make payments easy and to get updates from our community team.

We love that you're living here. If you need anything, feel free to reach out to our team.

*EQUAL HOUSING OPPORTUNITY*
*BH will not discriminate against any person, including residents, customers, prospects, employees, and vendors, due to their race, color, religion, national origin, sex (including sexual orientation and gender identity), disability, familial status or any other specific classes protected by law.*

*CHANGES TO THIS HANDBOOK*
*We reserve the right to modify these policies, with or without notice, as necessary. Unless local law provides otherwise, any violation of the policies contained herein will constitute a breach of your lease. If there is a conflict between these policies and the lease, the lease will govern. You agree to abide by the rules and regulations established in this handbook.*

*Your Lease is subordinate to existing and future recorded mortgages unless the owner's lender chooses otherwise.*

Blue Moon eSignature Services Document ID: 435338132

## YOUR COMMUNITY

### BARBECUE/GRILLS/SMOKER

Any outdoor cooking devices and barbeques are prohibited on balconies. In some communities, barbeques, grills, and smokers can be stored only on the patio or balcony but not used. The use of outdoor cooking devices and barbeques may be permitted only in Community provided picnic areas or 10 ft from any building, based on NFPA 10.11.7. We ask that all residents use the grill in the correct capacity. If it is a charcoal grill, only use charcoal. If it is a gas or propane grill, you are only allowed to use portable gas or propane tanks.

Some communities (per local and/or state law) may not allow barbecue grills to be stored or used. Before bringing a grill or outdoor cooking device onsite, check with the leasing office to confirm if the storage and/or use of these items is allowed.

### COMMON AREAS

We work hard every day to ensure your Community is a pleasant place to live. You can help by keeping your balcony, patio, and breezeway tidy and free of clutter. The use of sidewalk chalk is not allowed in common areas, amenities, breezeways/sidewalks, or parking lots. When enjoying the common areas, do not leave bikes, scooters, skateboards, toys, etc. unattended.

Biking, skateboarding, and skating are permitted in designated areas only. Locked gates or doors should not be propped open. If a lock is malfunctioning or is damaged, please place an EMERGENCY request in the Resident Portal/Resident Portal App or contact the leasing office.

### COMMON AREA MAINTENANCE FEE

Your Community may charge a reasonable common area maintenance fee upon move in, at renewal or monthly. Refer to your lease contract for specific charges.

### COMMUNICATION

All communication by the community will be sent electronically through email, text message and/or Resident Portal/Resident Portal App unless prohibited by state or local law.

All resident communication must be made through the Resident Portal/Resident Portal App or by contacting the leasing office.

### COMMUNITY CONSIDERATIONS

When you live in an apartment, it is important to be considerate of your neighbors. One of the easiest things you can do to help avoid disturbing your neighbors is to keep your televisions, stereo units, radios, and musical instruments at a low volume both in and outside of your home. City and Local Ordinances will determine when quiet hours are enforced.

### COURTESY PATROL

We may sometimes provide courtesy patrol services at your Community. If courtesy patrol services are present at your Community, such measures should not be interpreted as providing additional security or protection from criminal activities.

### CRIMINAL ACTIVITIES

As a reminder, always keep your doors and windows locked and be aware of your surroundings, especially at night. No one can ensure your personal safety, but by being alert and taking sensible precautions, you can minimize the likelihood that a criminal act will occur. If you have been the victim of a crime, suspect a crime is occurring on the Community, or notice anything unusual or suspicious, please contact law enforcement authorities immediately. Once you have notified law enforcement personnel, be sure to also notify the leasing office.

Blue Moon eSignature Services Document ID: 435338132



## ELECTRONIC BILLING

Your Community may participate with a third-party billing company for monthly rent, fees, and utility billing. You may be charged a monthly billing fee for this service regardless of if payment is made online or in person. Refer to your lease contract for details. Past due charges, applicable federal, state, and local taxes, including any sales, excise or use taxes or other charges from your Community's leasing office may not be listed on this bill. Please check your Resident Portal/Resident Portal App for the most up-to-date balance due.

## ELEVATORS

If your building is equipped with elevators, do not use them in a power outage, fire, or other emergency. If you must evacuate the building because of an emergency, refer to your evacuation plan and use the appropriate emergency exits. Please refrain from holding elevator doors open for prolonged periods as this may damage the elevator.

## EMPLOYEE REQUESTS

Our management team is here to make your apartment living an enjoyable experience. However, staff members are prohibited from performing errands or personal business on your behalf.

## FLYER DISTRIBUTION/SOLICITATION

Except in areas designated for such a purpose, you are not allowed to post or distribute flyers, notices, or any type of advertising on or under doors, in common areas, on cars or anywhere else in the building or throughout the Community. Any such display must comply with local laws.

Door to door solicitation is prohibited.

## ILLEGAL DRUG ACTIVITIES

Any known or suspected illegal or criminal drug activities observed at or within your residence will be reported immediately to the proper authorities. We do not tolerate the possession, use or distribution of illegal drugs or drug paraphernalia. We cooperate fully with local authorities to prohibit illegal drug activities at our properties and will assist local authorities in the arrest and conviction of those persons guilty of such illegal or criminal activity. You will be given a notice to vacate for being involved in any of the above activities. An eviction will be filed if you do not vacate after being asked to do so.

## LIMITED ACCESS GATES

Some communities may have limited access gates. If you or your guest(s) hit or damage the gate(s)or the gate access box, you will be financially responsible for the repair or replacement. Riding on gates, attaching anything on the gates or following another vehicle through the gates is prohibited. Locked gates should not be propped open. We are not responsible for any vehicle damage caused by the gates. If a limited access gate is stuck in the closed position, please place an EMERGENCY request in the Resident Portal/Resident Portal App or call the leasing office.

## MOTOR VEHICLES

All State regulations that apply to vehicles on the street will apply to the Community. All vehicles, including motorcycles and minibikes, must be properly licensed. Only those licensed to operate a motor vehicle may operate the same on Community grounds. Individuals who are not properly licensed may NOT operate any motor vehicle on Community grounds. All motorcycles and minibikes must be parked in the parking lot and MAY NOT be placed in or near the apartment. Repair or washing of any vehicle in the parking lot or common area, unless specifically designated for is prohibited.

Charging an electric vehicle should only be done through a designated charging station specific to electric vehicles. At no time should an adapter be used through a standard electrical outlet to charge your vehicle. Any resident who fails to comply with this section and tries to use a standard electrical outlet to charge their vehicle at any property shall be liable for all damages caused by the same.

☑ Blue Moon eSignature Services Document ID: 483338132

## PACKAGE ACCEPTANCE

As a courtesy to residents, some communities may accept packages or offer package service systems such as package rooms, package lockers or off-site on demand package delivery. Communities may impose strict size, weight or characteristic restrictions to the packages accepted. If your Community accepts packages on your behalf, by signing this handbook, you authorize us to accept packages and you assume all risks associated with our acceptance of such packages.

If your Community has a package service system and you experience any issues with delivery of your package, or a package that may be lost or damaged, please contact the delivery courier directly. Notification of package delivery will be sent by the package service system provider via text, email, or phone call according to your enrollment specifications.

If your Community accepts packages on your behalf, packages need to be picked up by the 3rd day after delivery. If the package is not picked up within this time, we reserve the right to charge you a reasonable storage fee or to return the package to the sender. Please note that you may be asked to confirm your identity when picking up packages. Packages will only be accepted for Residents and Residents' authorized occupants as stated in the lease contract. If your community utilizes a package service system, please refer to your agreement for specific pick updates and charges.

If you are expecting a delivery of furniture, appliances, or repairs to these items, you must be present. We will not provide keys to a service provider. Onsite team members will not be able to assist with the delivery of large furniture, appliances, or the like due to liability and risk. We cannot accompany any service provider to the Apartment or provide Community equipment for assistance.

## PARKING/TRAFFIC CONTROL

If your Community offers reserved or assigned parking, you can use the number of parking space(s) identified on your Lease Contract. If we do not assign you a parking space, parking at the Community is first come, first serve. Residents or visitors who park in a reserved parking space not identified on your lease contract are subject to tow at the owner's expense. Please inform your visitors of the parking rules and instruct them as to where they can park. Vehicles not conforming to these rules and regulations may be towed at the owner's expense in accordance with state and local law. Management is not responsible for any damage caused to your vehicle if it is towed in violation of any applicable parking rules.

Some communities utilize a 3rd party to monitor and enforce parking rules and require enrollment of all vehicles. Any change in vehicle information will require updating the community and 3rd party company and the resident bears full responsibility for updating the same.

To better accommodate our residents, we have implemented rules concerning parking. Keep your vehicle registered, licensed and in good operating condition. You may not use any parking space for recreational vehicles, boats, storage pods, trailers, or similar non-passenger vehicles unless the Community has a designated parking area for such vehicles. Whether your parking space is on a first come basis, or you have an assigned garage or parking space, it may only be used for parking a passenger vehicle. You may not use any parking space for storage of any kind.

Vehicles, including motorcycles, are not allowed to be parked on the grass, in front of dumpsters, in a fire lane or in any other area not appropriately marked for vehicle parking. You may not park in a marked handicap space unless the legally required handicap placard or license plate is properly displayed on the vehicle. You may not use any parking space to park a vehicle that is abandoned, inoperable, leaks fluid onto the pavement, is unsightly, is a safety hazard, or has an expired license plate or vehicle registration/inspection sticker (if required by law). A vehicle will be deemed inoperable if not "street legal." You may not use any parking space to wash or repair vehicles, to change oil in vehicles or for any purpose other than parking. Vehicles not conforming to these rules and regulations may be towed at the owner's expense. Management is not responsible for any damage caused to your vehicle.

If permits are required, they are to be placed in the front windshield and visible (not in the tint) of the registered vehicle. Permits cannot be transferred between vehicles. If you obtain a different vehicle, a new permit must be issued. The non-electronic parking permit replacement fee is $20. The electronic parking permit replacement fee is $40. Your Community may issue temporary visitor permits. Contact the office for details.

Only electric vehicles are permitted to park in spaces with electric charging stations. When using the charging station be mindful of other residents waiting for the charger and promptly move your vehicle once it has fully charged to allow others access. Charging an electric vehicle should only be done through a designated charging station specific to electric vehicles. At no time should an adapter be used through a standard electrical outlet to charge your vehicle. Any resident who fails to comply with this section and tries to use a



standard electrical outlet to charge their vehicle at any property shall be liable for all damages caused by the same.

All traffic signs and traffic control devices throughout the Community or parking facility must always be obeyed. The maximum speed throughout the Community is ten (10) mph, unless otherwise posted. Please drive carefully and watch out for pedestrians.

## PETS/ASSISTANCE ANIMALS

No pets are permitted on the premises, at any time, without our specific written permission and payment of all the applicable pet fees. Your Community may have a policy that is more restrictive than the policy described below, including a "No Pet" policy.

If your Community allows pets, you must abide by the Community's pet policies. Please check with the leasing office to see which pets are allowed and which are prohibited, as well as to find out about any additional fees, and other charges that may be associated with the privilege of having a pet in your Community. We may, at our discretion, deny any pet from entering or residing in the Community if we believe it to be a threat to others.

The pets listed below are allowed at BH communities, subject to certain restrictions that are described below:

- Cats
- Dogs
  - The following breeds are prohibited and not permitted at BH communities:
    - Pit Bull Terriers
    - Chows
    - Doberman Pinschers
    - Rottweilers
    - Any other dog breed that has been deemed aggressive by state or local officials.
- Birds
  - Cage size limited to 36" W x 24" D x 36" H
  - The bird(s) must be caged.
- Fish
  - Tank volume is limited to 20 gallons.
- Reptiles
  - Prohibited: pythons, boa constrictors, anacondas, and venomous reptiles.
  - Tank/cage volume/size is limited to 20 gallons/36" W x 24" D x 36" H.
  - Reptiles must be caged.
- Small Mammals
  - Rodents and ferrets are prohibited.
  - Tank/cage volume/size is limited to 20 gallons/36" W x 24" D x 36" H.
  - Small mammals must be caged.

At our discretion, you may be required to have a licensed veterinarian verify your pet(s) weight and breed. We may also request a photograph of your pet(s) for your resident file. Other prohibited pets include rodents and ferrets.

If you or any occupant has a disability that requires the assistance of an animal, please contact the leasing office. If you acquire or require an assistive animal after your move in, please contact us beforehand to make arrangements and sign the appropriate lease documentation.

All pets and assistive animals must have the required licenses. In addition, all tags and rabies vaccination must be current. If you decide to acquire a pet after your move in, contact us beforehand to make arrangements, pay the required fees (if any) and sign the appropriate lease documentation.

Pets must always be on a leash and under your control when outside of your apartment home and in all common areas. Never leave your animal on the balcony or patio unsupervised or while you are away. You are responsible for any damage and injury your animal may cause.

Blue Moon eSignature Services Document ID: 463338132

bh

You are responsible for immediately picking up and disposing of all animal waste. Allowing an animal to relieve itself on a balcony or patio is prohibited.

Pets are prohibited in pool areas unless you have an approved assistive animal.

You are responsible for all costs we incur to repair damage, remove odors, or treat pests such as fleas and ticks.

We may make reasonable changes to the animal rules sometimes. If we do, we will distribute a written copy of the changes.

Resident shall attest to the truthfulness of all documentation provided or required in connection with the Community's pet policies.

## RECREATIONAL AMENITIES

We provide certain amenities and amenity packages to you, the resident, as a service to make your stay with us more comfortable and convenient. However, the resident and their accompanied guest(s) are required to follow specific Rules and Regulations for each amenity provided by the Community.

We have the right to set the days and hours of use for all Amenities and to change those or close any of the Amenities based upon our needs. We may make changes to the rules for the use of the Amenities at any time.

Copies of the Rules and Regulations for each amenity, as noted below, are attached to the Addendum. Each amenity may or may not be available in your Community.

Amenities are provided solely for the use of our residents and their accompanied guests. Additionally, the applicable Rules and Regulations are posted at each amenity location. Failure to follow any of the posted Rules and Regulations by the resident or their accompanied guests will result in immediate termination of the resident's ability to use the amenity.

The resident understands, warrants, and agrees that any use of the Community's amenities by the resident and/or their accompanied guest(s) is done so at their own risk and peril.

The resident understands, warrants and agrees that the neither the Community nor its Management Company shall assume any responsibility, nor shall they be liable in any way, for injuries, accidents, illness, or other damages that may occur to the resident or their accompanied guest(s) while utilizing any of the amenities available at the Community, including but not limited to those injuries, accidents, illness, or other damages caused by the negligence of another resident or employee. Furthermore, the resident covenants not to sue and shall indemnify and hold harmless the Community and Management Company, along with their officers, directors, and employees, for any claim of damage due to an injury, accident, illness, or other damages suffered by the resident, and/or their accompanied guest(s), arising out of or in connection with any use of the Community's amenities.

The resident acknowledges and agrees to follow all posted Rules and Regulations for each amenity in the Community and confirms that the resident read and fully understands the language, along with the legal rights and remedies contained herein. Furthermore, the resident warrants that they understand, are aware of and appreciate all risk of injury, accident, illness, known or unknown, and other damages associated with the use of the Community's amenities by the resident and/or their accompanied guests(s).

### Dog Park and Dog Wash

- All persons using the dog park and dog wash do so at their own risk. Owners and Management are not responsible for injuries, accidents, or losses suffered for any reason.
- Dog Park and dog wash are for the use of residents only.
- Dog Park and dog wash are to be used for intended purposes only.
- According to local and state regulations, all pets must be on a leash, unless within the confines of the fenced area.
- Residents using the dog park shall not allow their pet to jump on or be aggressive towards people or pets. Any residents who, in the sole judgment of the owner's representative, allow their pet to pose a potential threat or risk to other pets or people may be excluded from the dog park.
- Residents shall properly dispose of all pet waste in the receptacles provided.
- Only non-breakable containers are permitted in the dog park and dog wash.
- No smoking/e-cigarettes/vaping is allowed in the dog park and dog wash.
- All noise devices must be used responsibly and may not disturb or offend the rights and conveniences of others.
- All trash must be disposed of in the appropriate receptacles.

☑ Blue Moon eSignature Services Document ID: 435338132



- Violation of these Rules and Regulations may result in a loss of privileges, and any other actions allowed under the lease.
- Please report any misuse of the dog park and dog wash or any damage or malfunctioning equipment to Management immediately.

## Body of Water

- Residents acknowledge that Owners and Management are not responsible for injuries, accidents, or loss suffered for any reason. Anyone participating in activities in or around bodies of water located on or around the Community does so at their own risk.
- All Residents acknowledge that multiple bodies of water may be on or around the Community and there are risks associated with bodies of water.
- Residents will be responsible for informing occupants and guests about the bodies of water and enforcing their compliance with the Body of Water rules and regulations.
- Residents, occupants, and guests will not enter any part of any body of water that is not designated as a swimming pool.
- Residents, occupants, and guests will not boat on any body of water where boating is prohibited.
- Residents, occupants, and guests will not fish on any body of water unless otherwise specified and proper license is obtained.
- Residents, occupants, and guests will not ice skate or conduct any other type of sport in or on any such body of water where prohibited.
- Residents, occupants, and guests will not swim in and/or play near such bodies of water nor allow pets to swim in and/or play near such bodies of water.
- Residents, occupants, and guests will maintain a safe distance from such bodies of water as they may hide jagged rocks, broken glass, or other hazards.
- Residents, occupants, and guests will not dispose of garbage in or near any such bodies of water.
- Residents, occupants, and guests acknowledge that dangerous wildlife could be in or near such bodies of water and all precautions should be taken to avoid such wildlife.

## Business Center Wi-Fi

- The Business Center is for Resident use only. ID may be requested at any time.
- Software of any kind may not be loaded on Business Center computers.
- Documents are to be saved on Resident's own disk/flash drive and not on the computer's hard drive.
- Documents saved on the computer's hard drive will be deleted at the end of every day.
- Complimentary copy and local fax services are available; however, Resident shall incur an additional charge for any long-distance fax.
- Resident will be responsible for any damage to equipment during his or her time spent in the Business Center.
- No smoking/e-cigarettes/vaping is permitted in the Business Center.
- No food or drink is permitted in the Business Center.
- Resident is responsible for the actions of his or her occupants and guests.
- Violation of these rules or regulations may result in a loss of privileges, and other actions allowed under the lease.
- Please report any misuse of equipment, or any damaged or malfunctioning equipment to Management immediately.
- Please limit the use of equipment to one (1) hour if others are waiting.
- The Business Center may have closed circuit cameras in this area to prevent vandalism.
- The Business Center is not available for rental and/or parties.
- Do NOT use the computer to view offensive or sexually explicit content. Any such use will terminate the resident's ability to use the Business Center/Wi-Fi.
- Wi-Fi in this area is provided through a qualified third-party provider. The common area Wi-Fi is for our residents' use only. This is not a secure Wi-Fi signal.
- Please use caution when inputting personal information.
- Owners and Management are not responsible for lost or unsecure data on the computer and or personal devices.
- Users are responsible for logging out of all personal accounts after use of Business Center computers.

☑ Blue Moon eSignature Services Document ID: 483338132

## Fitness Center

- Please remember, a physician should be consulted prior to beginning any fitness program.
- All people using the fitness center and the fitness equipment provided do so at their own risk. Owners and Management are not responsible for injuries, accidents, or losses suffered for any reason.
- No more than two (2) guests per apartment are permitted to use the fitness center.
- Residents must always accompany guests.
- All fitness equipment is to be used for intended purposes only.
- Only non-breakable containers are permitted in the fitness facility.
- No smoking/e-cigarettes/vaping is allowed in fitness center.
- No animals are permitted in the fitness facility unless they are assistive animals.
- Residents are responsible for the actions of their occupants and guests.
- All noise devices must be used responsibly and may not disturb or offend the rights and conveniences of others.
- All trash must be disposed of in the appropriate receptacles.
- Please wipe down machines after use.
- Any person, who in the sole judgment of the owner's representative, is impaired or poses a potential threat or risk to themselves or others may be excluded from the fitness facility.
- Violation of these Rules and Regulations may result in Resident's loss of privileges.
- Please report any misuse of equipment, or any damaged or malfunctioning equipment to Management immediately.

## Laundry Centers

- Laundry centers are for resident use only.
- All people using the laundry centers do so at their own risk. Owners and Management are not responsible for injuries, accidents or losses suffered for any reason.
- Laundry centers are on a first come basis. Reservations cannot be accepted.
- Please use equipment as intended.
- Only non-breakable containers are permitted in the laundry centers.
- Residents are responsible for the actions of their occupants and guests.
- All noise devices must be used responsibly and may not disturb or offend the rights and conveniences of others.
- All trash must be disposed of in the appropriate receptacles.
- Any person who, in the sole judgment of the owner's representative, is impaired or poses a potential threat to themselves or others may be excluded from the laundry facilities.
- No smoking/e-cigarettes/vaping is permitted in the laundry centers .
- Violation of these Rules and Regulations may result in a loss of privileges, and other actions allowed under the lease.
- Operating instructions are posted at each location for your safety. Please comply with all safety precautions.
- Remove your clothing from the machines promptly after the cycle has completed.
- Do not remove other persons' clothing from the machines.
- Please report any misuse of equipment or any damaged or malfunctioning equipment to Management immediately.
- Direct any refund requests directly to the service provider.

## Picnic/Grills/Fire Pit Amenities

- Picnic Areas, Grills and Fire Pits are for resident use only.
- All people using the picnic/grill/fire pit amenities do so at their own risk. Owners and Management are not responsible for injuries, accidents or losses suffered for any reason.
- All amenity areas are on a first come basis. Reservations cannot be accepted.
- Please use equipment as intended.
- Only non-breakable containers are permitted in the picnic/grill/fire pit areas.
- Residents are responsible for the actions of their occupants and guests.
- All noise devices must be used responsibly and may not disturb or offend the rights and conveniences of others.
- All trash must be disposed of in the appropriate receptacles.
- Any person who, in the sole judgment of the owner's representative, is impaired or poses a potential threat or risk to themselves or others may be excluded from the picnic/grill/fire pit amenities.
- No smoking/e-cigarettes/vaping is permitted in the picnic/grill/fire pit areas.

Blue Moon eSignature Services Document ID: 435338132



- Violation of these Rules and Regulations may result in Resident's loss of privileges, and any other actions allowed under the lease.
- Operating instructions are posted at each location for your safety. Please comply with all safety precautions.
- Please report any misuse of equipment or any damaged or malfunctioning equipment to Management immediately.

### Resident Events Activities

Our Goal is to provide our residents with Community Activities throughout the year. These activities are available to residents and their guests. There may be events limited to residents only, and a photo ID may be requested.

Activities include, but are not limited to bounce houses, food trucks, picnics, outdoor/indoor movies, career workshops, holiday parties, pool events, face painting, etc. Attendance and participation in Resident Events and/or Activities is optional and undertaken at the resident and/or their accompanied guest(s) own risk. Additionally, the resident and/or their accompanied guest(s) agree to and understand the following:

- Residents are responsible for the actions of their occupants and guests.
- The resident and/or their accompanied guest(s) agree that the company is not responsible for property that is lost, stolen, or damaged while on or about the premises.
- Resident agrees to comply with all rules imposed by the company regarding the event and all items available at the event.
- All equipment must be used in the way it was intended.
- Any person who, in the sole judgement of the owner's representative, is impaired or poses a potential threat to themselves or others may be excluded from the resident activity.
- Team members, courtesy officers, or representatives of the company are authorized to ask a resident or their guest to vacate the activity if there are any violations of the above policy.

Furthermore, the resident understands, warrants, and agrees that any attendance and/or participation by the resident and/or their accompanied guest(s) during any Resident Events or Activities is done so at their own risk and peril.

### Recreational Amenities*

- Recreational amenities are for resident use only. Residents are responsible for the actions of their occupants and guests.
- All people using the recreational amenities do so at their own risk. Owners and Management are not responsible for injuries, accidents, or losses suffered for any reason.
- No more than 2 guests per apartment are permitted to use the recreational amenities. Residents must always accompany guests.
- Recreational amenities are to be used for intended purposes only.
- Only non-breakable containers are permitted in the recreational amenities area.
- No smoking/e-cigarettes/vaping allowed in the recreational amenities area.
- No animals are permitted in the recreational amenities area unless they are assistive animals.
- All noise devices must be used responsibly and may not disturb or offend the rights and conveniences of others.
- All trash must be disposed of in the appropriate receptacles.
- Any person who, in the sole judgment of the owner's representative, is impaired or poses a potential threat to themselves or others may be excluded from the recreational amenities area.
- Violation of these Rules and Regulations may result in a loss of privileges.
- Please report any misuse of the recreational amenities or any damage or malfunctioning equipment to Management immediately.
- Refer to individual amenity rules posted at the amenity areas.

*Recreational Amenities may include areas such as a Playground, Sports Court, Volleyball Court, Tennis Court, Basketball Court, Racquetball Court, Pickleball Court, Soccer Field, Putting Green, and any other amenity area not specified.*

### Swimming Pool Hot Tub

Some of our communities require a pool pass. If your Community needs a pool pass(es), it must be presented to enter the swimming pool area. If a pool pass is lost or stolen, you need a replacement pass(es) at $10.00 each. Any pool pass that is not returned at the time of move-out will result in the Resident incurring a $10.00 charge for each.

☑ Blue Moon eSignature Services Document ID: 463338132

- **Warning**: No lifeguard on duty! Swim at your own risk!
- All people using the pool and hot tub areas do so at their own risk. Owners and Management are not responsible for injuries, accidents or losses suffered for any reason.
- Do not swallow pool water, it is recirculated.
- Any person unable to fully comprehend these risks should be supervised by a competent person.
- No diving, running, or rough play is permitted in the pool and hot tub areas.
- Safety equipment is for emergency use only. Removal or use for any other reason is not permitted.
- Appropriate swimwear is required: no cut-offs, thongs or diapers are allowed.
- Persons with an infectious or communicable disease, open wounds, excessive sunburn, or bandages are not permitted in the pool or hot tub.
- No more than 2 guests per apartment can use the pool and hot tub areas. Residents must always accompany guests.
- Only non-breakable containers are permitted in the pool and hot tub areas.
- No animals are permitted in the pool and hot tub areas unless they are assistive animals.
- Residents are responsible for the actions of their occupants and guests.
- All noise devices must be used responsibly and may not disturb or offend the rights and conveniences of others.
- All trash must be disposed of in the appropriate receptacles.
- Any person, who in the sole judgment of the owner's representative is impaired or poses a potential threat to themselves or others may be excluded from the pool and hot tub areas.
- No smoking/e-cigarettes/vaping is permitted in the pool/hot tub areas.
- Violation of these Rules and Regulations may result in a loss of privileges.
- Please report any misuse of equipment, or any damaged or malfunctioning equipment to Management immediately.
- Refer to physical pool signage for any additional state or local guidelines.

### Tanning Room Beds

- The tanning room and use of the tanning bed is restricted to residents only.
- Persons under the age of 18 should not use the tanning room.
- Food, smoking, alcoholic beverages, or glass containers are not permitted.
- Protective eyewear must be worn.
- Remove jewelry and watches.
- Distribute weight evenly when entering or exiting bed.
- Outdoor lotions and oils may not be used in tanning beds.
- All equipment must be wiped down after each use.
- Maximum of one tanning session within a twenty-four (24) hour period.
- Report to Management on the misuse, damage to or malfunctioning of equipment.

*Warning: Overexposure to Ultraviolet Radiation (UV) causes skin and eye burns. UV exposure can be hazardous to your health and, in the long term, can contribute to premature skin aging and skin cancer. Certain medications and cosmetics may increase UV effects. The property will not be held responsible for any physical injuries sustained while utilizing any tanning rooms or beds at the property. the resident does so at their own peril and risk.*

### RECREATIONAL VEHICLES/REMOTE CONTROLLED DEVICES

Unless otherwise permitted in designated areas of the Community (via signage), the use of any unauthorized recreational vehicle or remote-controlled device is prohibited. Examples include ATVs, dirt bikes, bicycles, skateboards, roller blades, scooters, skis, drones, etc.

### RESIDENT PORTAL/RESIDENT PORTAL APP

The Resident Portal/Resident Portal App is used by residents to make payments, sign lease contracts and additional documents, upload proof of insurance or pet records/information and/or submit service requests. The Resident Portal App is a convenient app that can be downloaded to any iOS or Android device. The Resident Portal can be accessed through the Community website. Resident acknowledges that management may communicate announcements via the Resident Portal/Resident Portal App.

Blue Moon eSignature Services Document ID: 453338132



## SALES TAX

You shall be responsible for payment of any applicable federal, state, and local taxes, including any sales, excise or use taxes, assessed on any goods or services purchased, rented, leased, or otherwise utilized by you at such rates as may be determined by federal, state, or local authorities from time to time.

## SMOKING

Many of our communities have been designated as smoke-free properties or participate in our Pure Air Pledge. We will comply with all applicable local smoking laws. If smoking is allowed in your apartment home, we ask that you be considerate of your neighbors and refrain from allowing the level of smoke coming from your apartment to become bothersome to others. Please refrain from smoking in the lobbies, hallways, elevators, and stairwells and do not dispose of cigarette butts in common areas, including areas with mulch. If your Community restricts smoking in your apartment or other areas of the Community, e-cigarettes, including vaporizers, are also restricted. Cigarettes are to be extinguished and disposed of properly. Discarding cigarette butts off the balcony and other irresponsible smoking practices will not be tolerated. Refer to your lease contract for additional details.

Your community follows and complies with federal law regarding marijuana and is, and will continue to be, a drug free community. Possession, use, manufacturing, or sale of any illegal substance, including marijuana, or marijuana concentrate by you and/or occupants, guests or invitees is a substantial violation of the Lease Contract and will result in a lease violation. More than one lease violation for marijuana could result in immediate termination of your lease. If you have questions or concerns about this policy, please contact the Community office.

## TRASH REMOVAL/RECYCLING DISPOSAL

Trash receptacles are conveniently located throughout the Apartment Community. If you live in a mid-rise or high-rise, trash chutes are located throughout the building. Please ensure that your trash is placed in plastic bags and securely tied before placing it inside the receptacle or down the chute. Please make sure that you break down boxes before placing them in dumpsters. The disposal of furniture, Christmas trees and other bulky items in the receptacles or down the chutes is prohibited. All other large or bulk items should be taken to the local city dump. If you need help finding the nearest location, please reach out to the Community office.

Some communities have valet trash service. You will be responsible for a monthly fee as outlined in your lease contract. When using this service, please make sure trash is secured in a closed trash bag and that the bag is placed in the valet trash can when placed outside your front door. You may only place your trash cans outside of your door during specific designated hours notated on the Valet Trash Addendum. Trash bags found outside authorized time periods and/or not in trash cans will be inspected by onsite maintenance to determine who the trash belongs to, and violations will be sent accordingly. Empty receptacles need to be brought back in by the specific time notated on the Valet Trash Addendum. You must break down any boxes before setting them out for pick up.

If you have multiple trash bags, one needs to be stacked on top of the other and both need to be within the weight (under 25lbs.) and size restrictions. Trash bags left on the ground are prohibited at any time. For your safety and the safety of the valet trash employees, please do not include needles or any sharp objects in the trash bags. Please be sure to bundle newspapers and magazines and to double bag any pet waste to prevent leaks and stains outside of your home.

Your Community may also participate in a recycling program. If so, recycling receptacles are provided, and we strongly encourage you to use them. At some communities, you may be required by local laws to recycle certain items. We reserve the right to pass through any fees or other costs associated with your failure to comply with such requirements.

## VEHICLE THEFT AND VANDALISM PRECAUTIONS

Consider these simple tips to help prevent vandalism or theft when parking your vehicle: (1)Always lock your vehicle; (2)Never leave the keys in an unattended vehicle and do not hide a set of keys inside or outside of your vehicle; (3)Do not leave valuables in plain sight; (4)Do not keep your vehicle registration and title documentation inside the vehicle; (5)Do not affix your name and address to your keys. If your vehicle is vandalized or broken into, please contact law enforcement personnel. Once you have notified law enforcement personnel, please notify the office. Management is not responsible for theft or damage to vehicles.

Blue Moon eSignature Services Document ID: 463338192

## YOUR APARTMENT

### ALARM SYSTEMS

Your premises may be equipped with an alarm system. Some alarm systems only have audible alarms, and some are monitored by an alarm system company. Please check with your Community team to find out what type of alarm system you may have. Activation, monitoring, and permit fees may apply.

### BALCONIES, PATIOS, HALLWAYS, BREEZEWAYS, STAIRWAYS AND YARDS

All balconies, patios, hallways, breezeways, and stairways should be kept clean and free of debris. The balconies and patios may be used for outdoor furniture and decorative planters only. These items should not be displayed in common areas of the Community, including porches and entryways. Trash bags, trash cans, cleaning supplies, mops, brooms, boxes, coolers, or plastic storage tubs are prohibited from being stored on the patio or balcony.

Clothing, garments, towels, rugs, or other laundry items are also prohibited from being hung on the patio or balcony. When observing a holiday, decorations are welcome to be displayed within your designated areas or balcony for a maximum of 30 days. The use of tiki torches, propane heaters, or open flames are prohibited. We reserve the right to require you to remove any items from your patio/balcony or any common area such as the hallways, breezeways, stairways, etc. Animals should not be left unattended at any time. Your animals are not allowed to urinate or defecate on patios or balconies. If your patio or balcony needs maintenance attention, please place a request in the Resident Portal/Resident Portal App or contact the leasing office.

Some communities may have yards. You are required to pick up and dispose of animal waste properly. Animals should not be left unattended in the yard. If a gate has been installed, you may utilize a lock on the gate. However, you must have the gate unlocked on scheduled dates of landscape maintenance. Any damage to the yard/fence (holes, broken fence areas or grass replacement due to pet waste and/or urine, etc.) will be billed at time of incident or upon move-out.

### BED BUGS

Bed bugs are prevalent across the country, and we need to work together to keep them out of our Community. Bed bugs travel from place to place in the seams and folds of luggage, overnight bags, folded clothes, bedding, furniture, and anywhere else they can hide. You certify that, to your knowledge at move-in, you did not bring bed bug infested items into your apartment.

Refrain from bringing furniture or other items that may be infested with bed bugs into your home.

Bed bugs are small, flat, parasitic insects that feed on the blood of people and animals. A newly hatched bedbug is semi-transparent, light tan in color and about the size of a poppy seed. Adult bed bugs are reddish-brown in color, wingless, about the size of an apple seed, and can live several months without eating. Bed bugs are usually found near the areas where people sleep.

They can be found in mattress or box spring seams and tufts, sheets, pillowcases, headboards, dresser tables, upholstered furniture, baseboards, stuffed toys or any other clutter or objects around a bed.

Bed bug infestation can be controlled with pest control management. Notify us immediately if you believe you have bed bugs. Once you report an infestation, we will schedule a pest control professional to inspect your apartment and confirm that bed bugs are present. It is extremely important that you provide us with access to the apartment so that we can promptly address the issue. If a bed bug infestation is confirmed, we will provide you with instructions about preparing your apartment and belongings for the pest control application. Failure to follow these instructions may result in ineffective treatment. In some cases, multiple treatments will be required.

Please note that you may be held responsible for pest control expenses incurred to address a bed bug infestation in your apartment or any surrounding apartments, as allowed by local law, if you: (1) fail to notify us immediately of your discovery of the bed bugs; (2) are found to be responsible for the introduction of bed bugs to your apartment and the Community; (3) obstruct or inhibit our prompt access to the apartment to inspect and treat the infestation; and (4) fail to fully comply with the pest control preparation and treatment instructions. Your failure to follow instructions or to allow us access to your apartment hinders our ability to effectively treat your apartment for bed bugs. If you fail to cooperate with us in addressing these issues, we may act to recover possession of your apartment up to and including eviction. Repeated occurrences of bed bug infestation in your apartment may be considered a default under your lease.



## CABINETS, DOORS, AND WOODWORK

Cabinets and woodwork should be cleaned with mild soap and warm water. Paneled accent walls, if any, should be cleaned and polished using products specifically formulated for use on paneling.

## COUNTERTOPS/TUB SURFACES

Please wipe up spills on your countertops promptly to avoid stains and use hot pads to protect kitchen counter surfaces. Do not cut items directly on your countertop with a sharp knife or other utensil.

If you have granite or natural stone countertops, they have been sealed prior to your move-in. It is recommended that such countertops be sealed regularly to avoid staining. Our facilities team will be contacting you from time to time during your tenancy to schedule re-sealing. Avoid using harsh chemicals, especially acidic or alkaline products, on marble, granite, or natural stone countertops, as they can cause damage to polished stones. Granite and natural stone countertops should be cleaned using only warm, soapy water.

Countertops, sinks, vanities, toilet bowls, bathtubs and bathtub enclosure walls should be cleaned using a liquid or spray cleaner. Abrasive powder cleaners (such as Comet, Ajax, and Bar Keepers Friend) should never be used.

Bathtubs should be cleaned daily or after each use to prevent buildup that necessitates extra scrubbing. Never use a non-skid mat that has many small suction cups to hold it in place, as that could pull the finish off the tub. Mats that do not have suctions cups are fine to use but should be removed after each use to allow the mat and tub to dry adequately and prevent microbial growth between the mat and the tub. When cleaning the tub, use a liquid detergent and a soft cloth. Do not use S.O.S., Brillo pads or steel wool. Do not use petroleum base cleaners such as Paint Thinner, Lacquer Thinner, Acetone or other harsh solvents. If the tub faucet starts to leak, put a service request in the Resident Portal/Resident Portal App or contact the leasing office.

## FIRE PREVENTION

We urge you to make a regular inspection of your apartment for potential fire hazards. Please take the following precautions to help eliminate fire hazards. Immediately replace worn or frayed cords, plugs or wiring (or have them repaired by a qualified electrician).

Rearrange lamps, media equipment, mechanical equipment (including furniture) and minor appliances to minimize use of extension cords and avoid overloading outlets with too many appliances or plugs. Do not smoke in bed and do not empty ashtrays into wastebaskets. Never leave burning candles unattended. Do not leave food cooking on the stove or in the oven unattended. Never throw water on a grease fire; rather, pour baking soda or salt into the pan to extinguish the fire. Do not store any combustible goods or materials that could increase the risk of fire or damage in your apartment or in any storage space. In case of a fire, call 911 first, and once you are safe, call the office.

Your apartment may be equipped with one or more smoke detectors and/or carbon monoxide detectors. You should test each smoke detector and/or carbon monoxide detector monthly and immediately replace dead or low batteries. Please place an EMERGENCY request in Resident Portal/Resident Portal App or call the leasing office to report smoke detector and/or carbon monoxide detector malfunctions or deficiencies. Neither you nor anyone else may remove, tamper with, or disable any smoke detectors, or carbon monoxide detectors in your apartment.

If your building or apartment is equipped with automatic sprinklers, please refrain from hanging items from the pipes or sprinkler heads, as this can damage the sprinkler system and cause flooding. You are responsible for any damage caused by tampering with or hanging items from any such sprinkler system.

Your home may be equipped with a Fire Avert system and/or anti-tip device. The Fire Avert device will interrupt the power to your stove when a smoke alarm is activated. When installed, the anti- tip device, through a chain, connects a bracket on the rear of the stove to an anchor mounted to a wall-stud behind the stove. The chain connecting the two points helps to prevent your stove from tipping over should the door be opened, and weight is placed on the door when opened. If the Fire Avert has been activated, your stove will not be operational. Please submit a service request stating your stove does not work and one of our friendly maintenance team members will respond to your request.

☑ Blue Moon eSignature Services Document ID: 483338132

## FIREPLACES

Never leave a fireplace unattended while it is in use. Some communities are equipped with fireplaces. Prior to using the fireplace ensure the damper is open. Fireplaces are to be used for their intended purpose only. If your apartment has a wood burning fireplace, please refrain from overloading the fireplace with too much wood. Do not use the fireplace as an incinerator to burn paper or other items not intended for use in a fireplace.

The fireplace should not be used as a cooking device or to burn trash or newspaper. Duraflame types of logs may only be used as directed on the package in wood burning fireplaces. Ashes need to be cleaned out after each use and disposed of properly. Placing live ashes in the trash receptacles, or on your patio or balcony, is prohibited. Do not store more than 1/4 cord (2ft x 2ft) of wood on your patio or balcony.

Natural gas fireplaces are Clean-Air gas. Do not add any logs to a natural gas fireplace. Do not leave a burning fire unattended. If you are experiencing any airflow issues within your fireplace, please stop using it immediately and place an EMERGENCY request in the Resident Portal/Resident Portal App or call the leasing office. You will be liable for all property loss proven to be due to negligence.

## FIREWORKS

Fireworks are prohibited anywhere in the Community.

## FLOORS

Care and maintenance of your carpet is your responsibility. The carpet should be vacuumed frequently. If you have spots on your carpet, call the office first before attempting to remove them and we will suggest the best method. Tile and plank/vinyl flooring should be cleaned with mild soap and water. Wax based products should not be used.

## GARAGES

If you are renting a garage or one is provided to you, only motor vehicles and bicycles shall be parked in the garages. Perishable items and toxic, flammable and/or explosive materials, including fireworks, are prohibited from being stored in garages. Garages cannot be used for any other purpose (i.e., business, commercial) than a private garage and shall not be used in a way that will disturb other residents of the Community. If the garage door breaks or a garage is damaged due to accident or negligence, including the frame, walls, motor, sensors, etc., you will be responsible for the cost of repairs or replacement. The garage will be inspected for cleanliness and damages upon move-out. Items left in garage after move-out will be considered abandoned.

Charging an electric vehicle should only be done through a designated charging station specific to electric vehicles. At no time should an adapter be used through a standard electrical outlet to charge your vehicle. Any resident who fails to comply with this section and tries to use a standard electrical outlet to charge their vehicle at any property shall be liable for all damage caused by the same.

## GRIEVANCES

BH Management Services, LLC will attempt to communicate and resolve complaints and grievances to the satisfaction of all parties involved.

## GUEST POLICY

Any guest staying longer than three (3) days will be considered an unauthorized occupant and must apply for residency, be approved, and sign the lease agreement. If the guest is unwilling to apply or does not meet our qualifications and continues to reside on site, management may proceed with eviction of all parties residing in the apartment.

## KEYS, ACCESS CARDS, REMOTES, AND LOCKS

We will supply each resident with an apartment key, access code (applicable for smart connected communities), and a mailbox key. We may also provide remotes and other access devices. Resident is responsible for battery replacement in remotes and all other access devices except Smart Home devices.



Extra/replacement door keys, mailbox keys, key fobs, remotes, or key cards can be provided for you at an additional cost as outlined below.

- Standard Lock Replacement - $50
- Smart Lock Replacement - Actual Cost + $25
- Mailbox Key - $15
- Door Key - $15
- Key Fob/Remote - $40
- Key Card - $25

You are not allowed to change your locks or install a security system without our permission.

All keys and other access devices must be returned to the office when you vacate your apartment.

Please notify the office immediately if any key, access card or remote is lost, damaged or stolen. Please keep all doors, windows, and other openings, such as sliding glass doors, locked.

If you happen to find yourself on the wrong side of your locked door, during normal business hours, you may call the office for help. A locksmith will need to be called for all after-hours lockouts. Locksmith services are at your expense. If your locks are changed by a locksmith or anyone else, you must provide a copy of the key to the office within 24 hours or as outlined in your lease contract.

## LEASE VIOLATIONS

If you or your guest(s) violate any of the rules, put forth in this handbook, in your lease contract or posted onsite, lease violations will be issued accordingly:

- First lease violation will include a warning.
- Second lease violations will include a $25 fee.
- Third and subsequent lease violations will include a $75 fee.
- Three or more lease violations may result in termination of the lease.

## LIGHTS

All interior lighting fixtures are in good working order when you move in. It is your responsibility to replace light bulbs with bulbs of the same type and wattage as needed. A service request can be submitted in the Resident Portal/Resident Portal App for any bulb replacement that requires a ladder to access. Resident is responsible for having the replacement bulb available when the service request is performed. Submit an EMERGENCY service request in the Resident Portal/Resident Portal App for any exterior lights that need to be repaired/replaced.

## MAINTENANCE

Service Requests should be submitted in the Resident Portal/Resident Portal App or contact the leasing office. Maintenance requests will be completed Monday – Friday during the office hours posted at your Community. In case of a maintenance emergency, place an EMERGENCY request in the Resident Portal/Resident Portal App or call the leasing office. Maintenance emergencies consist of the following: fire, door locks not secured (lockout is not an emergency), gas leak, no hot water, refrigerator not cooling, entry gate broken (closed only), clogged toilet (if only one toilet in apartment), flood, electrical shortage, sewer back-up, no heat (if outside temperatures are under 55º unless otherwise dictated by city ordinance) and no air conditioning (if outside temperatures are above 85º unless otherwise dictated by city ordinance). For the safety of our employees HVAC calls received after dark or during inclement weather will be scheduled for the next day. **It is not our policy to make appointments for maintenance work.**

## MICROBIAL GROWTH PREVENTION

It is our goal to maintain the highest quality living environment for our residents. You can help minimize microbial growth build-up, most commonly mold, in your apartment by taking the following actions. Open windows frequently to allow air and sunlight in when the weather is dry or run the fan on your furnace to circulate fresh air throughout your apartment. Move large objects just a few inches away from the inside of exterior walls to provide good air circulation.

Blue Moon eSignature Services Document ID: 453338132

In damp or rainy weather conditions, keep windows and doors closed. Please always maintain a temperature between 50- and 80-degrees Fahrenheit within your apartment. Clean and dust your apartment regularly. Regular vacuuming, mopping and use of environmentally safe household cleaners are important to remove household dirt and debris that microbial growth feed on. Periodically clean and dry the walls and floors around the sink, bathtub, shower, toilets, windows, and patio doors using a common household disinfecting cleaner.

Regularly wipe down areas where moisture sometimes accumulates, like countertops, windows, and windowsills. Use the pre-installed bathroom fan when bathing or showering and allow the fan to run until all excess moisture has vented from the bathroom. Use the exhaust fans in your kitchen when cooking or while the dishwasher is running; and allow the fan to run until all excess moisture has vented from the kitchen.

Limit houseplants to a reasonable number to keep the moisture level in your apartment at a minimum. If you have a clothes dryer, ensure that the vent is properly connected and be sure to clean the lint screen before every use. When washing clothes in warm or hot water, watch to make sure condensation does not build up within the washer and dryer closet; if condensation does accumulate, dry with a fan or towel. If you live in a humid climate, the use of a personal dehumidifier will help regulate humidity levels in your apartment and create a more comfortable environment.

Thoroughly dry any spills on carpeting. Do not overpack closets or storage areas. Do not allow damp or moist stacks of clothes or other cloth materials to lie in piles for an extended period.

Place an EMERGENCY service request in the Resident Portal/Resident Portal App or to the leasing office if you see any of the following: evidence of a water leak, excessive moisture, or evidence of microbial growth in your apartment, storage room, garage, or any common area, failure or malfunction with your heating, ventilation or air-conditioning system, inoperable windows or doors and musty odors in your apartment. Do not block or cover any of the heating, ventilation, or air-conditioning ducts in your apartment. You are responsible for damage to the premises and your property as well as damage, loss or injury to you, your occupants and guests resulting from your failure to comply with the terms of this paragraph.

## OCCUPANCY STANDARDS

In the absence of a local ordinance addressing occupancy limits, said occupancy limits will not exceed two people per apartment bedroom plus one (2+1). Efficiency and studio apartments are considered one (1) bedroom for occupancy purposes. Apartments with dens can accommodate one (1) additional person. People over 24 months old will be included in the occupancy number for the apartment. The following standards lay out the max occupancies for the apartment units available at the Community:

- 1BR occupancy – no more than three (3) individuals may reside in the unit;
- 2BR occupancy – no more than five (5) individuals may reside in the unit;
- 3BR occupancy – no more than seven (7) individuals may reside in the unit.

## PEST CONTROL

Your unit will be exterminated as scheduled on your Community's pre-determined dates or upon request. If you have a specific problem with pests, please place a request in the Resident Portal/Resident Portal App or call the leasing office. To help keep pests under control, we ask that you assist by maintaining a high standard of housekeeping. If you have a pet and it becomes necessary to spray for fleas, you are responsible for paying the additional charge. To maintain decent, safe, and sanitary conditions, refusals of service will be re-scheduled within thirty (30) days and are subject to a charge. You may be responsible for a monthly fee billed on the first (1st) of every month as outlined in your lease contract.

## PIPE FREEZE PREVENTION

During freezing months, thermostats should be set with heat at a minimum of 50 degrees. If you will be away for an extended period, let faucets drip. Make sure that all drains are free of blockage. If your drain is clogged or draining slowly, please place a request in the Resident Portal/Resident Portal App or by calling the leasing office.

If the exterior temperature drops below 32° F you must keep the heat on and set to a minimum of 55° F. You must also open all closets, cabinets, and doors under sinks to assist in keeping plumbing fixtures and plumbing pipes from freezing, and you must drip all the faucets in your apartment using both the hot and cold water. Leave the faucets dripping until the exterior temperature rises above 32° F. You must leave your HVAC system on, even if you leave for multiple days, and have it always set to auto.

Blue Moon eSignature Services Document ID: 463338132



## PLUMBING

If you have any of the following issues with your apartment unit's plumbing, please place an EMERGENCY service request through the Resident Portal/Resident Portal App or contact the leasing office:

- The water in your apartment unit is not hot;
- Faucets in your apartment begin to leak;
- The toilet tank is continually running.

If the caulked areas around your bathtub and tiles become cracked, broken, or chipped, place a service request through the Resident Portal/Resident Portal App or contact the leasing office.

Paper towels, disposable diapers, sanitary napkins, tampons, moist towelettes (even if advertised as flushable) and other comparable items should never be flushed, as they inhibit normal drainage and cause damage to the sewer system.

Should your toilet overflow, immediately turn off the water supply to the tank by turning the handle, located under the tank, clockwise. If the water supply cannot be turned off, lift the cover off the tank, reach inside, and push the flapper firmly into the hole in the bottom of the tank and place an EMERGENCY service request through the Resident Portal/Resident Portal App or contact the leasing office.

In cold weather, you must provide appropriate climate control and take measures to avoid freezing pipes in your apartment. If you control the climate in your apartment, always maintain a temperature of at least 55 degrees Fahrenheit. During freezing weather (i.e., when the outdoor temperature falls below 32 degrees Fahrenheit), you should keep sink cabinet doors open and leave faucets dripping when requested by the management office. If there is evidence of a water leak or excessive moisture in your apartment, any storage room, garage or other common area, and any failure or malfunction in the heating system on the premises, place an EMERGENCY service request in the Resident Portal/Resident Portal App. If your home includes a smart thermostat, our team will be notified of extreme temperatures and/or high humidity inside, and action will need to be taken by our service team to investigate the problem and make necessary repairs.

If your home includes leak sensors in any location, action must be taken accordingly if moisture is detected. If you notice the leak detector alarming of moisture in a specific area, please place an EMERGENCY service request through the Resident Portal/Resident Portal App or contact the leasing office.

## PRIVACY POLICY

BH Management Services, LLC is dedicated to protecting the privacy of your personal information, including your Social Security or other governmental identification numbers. We have adopted a privacy policy to help ensure that your information is kept secure. We follow all federal and state laws regarding the protection of your personal information.

How we collect information:
You will be furnishing some of your personal information (such as your Social Security or other governmental identification numbers) at the time you apply to rent from us. This information will be on the rental application form or other document that you provide to us or to an apartment locator service, either on paper or electronically.

How and when information is used:
We may use this information in the process of verifying statements made on your rental application, such as your rental, credit, and employment history. We may use the information when reviewing any lease renewal. We may also use it to assist us in obtaining payment from you for any money you may owe us in the future.

How the information is protected and who may access:
In our company, only authorized persons have access to your Social Security or other governmental identification number. We keep all documents containing this information in a secure area, accessible only by authorized persons. We limit access to electronic versions of the information to authorized persons only.

How we dispose of the information:
After we no longer need your Social Security or other governmental identification numbers, we will store or destroy the information in a manner that ensures that no unauthorized person will have

Blue Moon eSignature Services Document ID: 483338132

access to it. Our disposal method may include physical destruction or obliteration of paper documents or electronic files containing such information.

Locator Services:

If you found us through a locator service, please be aware that locator services are independent contractors and are not our employees—even though they may initially process rental applications and fill out lease forms. You should require any locator services you use to furnish you their privacy policies, as well.

Resident hereby understands and agrees that any personal information gathered or retained is subject to and governed by the full terms and conditions of the BH Management Services, LLC Privacy Policy which is available upon request.

## RENTER'S INSURANCE

As a condition of your lease, all residents must maintain at least $100,000 of renter's liability insurance coverage for the entirety of the resident's lease term and occupancy. For additional information, please see your lease and attached addenda directly addressing any renter's insurance requirements.

## RENTAL PAYMENT

Rent is due on the first (1st) day of each month and must be in the form of credit, debit, ACH, or the Community provided Walk In Payment System (WIPS) method. Rent received after the initial grace period has expired must include the late fee specified in the Lease Agreement and must be in the form of credit, debit or Community provided Walk In Payment System (WIPS) method. We do not accept cash payments at any time. In order to accept your payment, the balance must be paid in full. Please note that all funds will be deposited the same day they are received. It is our policy that after two payments are returned due to non-sufficient funds ACH payments will no longer be accepted.

We have the right to reject any payment not made in compliance with this paragraph unless otherwise dictated by state or local ordinance.

## ROOMMATES

Unless local law provides otherwise, everyone who lives in your apartment must be named on your lease. Check with the office if you wish to acquire a roommate after moving in; additional fees may apply including a $25 administrative fee to add/remove any roommate. Only those persons listed in the lease may reside in the apartment. Roommates are 100% responsible for the lease and payments.

## SATELLITE DISHES, ANTENNA AND CABLE/INTERNET

Satellite dishes and antennas are allowed within the term listed in the Satellite Dish and Antenna Lease Addendum in your lease contract. This addendum must be signed, and a $150 deposit must be paid to install a satellite dish or antenna. You are required to be home during installation. We are unable to accompany any service provider or provide installation assistance. Management reserves the right to remove any satellite dish (at the resident's expense) that has been improperly installed or does not meet specified Community requirements. You are solely responsible for ensuring that the dish is properly and safely installed and in compliance with all applicable laws. You are also responsible for the proper maintenance of the satellite dish, as well as its removal upon your move-out.

If you have cable and/or internet installed, you are required to be home during installation. We are unable to accompany any service provider or provide installation assistance. If access is needed to the Community phone room, LAN room or cable room, you will need to make sure installation has been scheduled during office hours. This is not considered an emergency and maintenance is unable to stay after hours.

## SMART HOME DEVICES

Smart devices (lock, thermostat, leak detector, light switches, motion sensors, plugs, etc.) are property of BH management and should not be removed from the home or unplugged at any time. Damaged or missing equipment upon move-out will result in charges to your account. For support regarding smart home devices, please contact the Community.

☑ Blue Moon eSignature Services Document ID: 485338192



### SMOKE/CARBON MONOXIDE DETECTORS/FIRE EXTINGUISHERS/SPRINKLER HEADS

Tampering with, disabling, or removing smoke, carbon monoxide detectors, fire extinguishers or sprinkler heads is prohibited.

### SPACE HEATERS

Space heaters with exposed heating elements, and gas/propane heaters are prohibited. Make sure to keep any approved space heaters away from curtains, upholstered furniture, and other combustibles.

### STORAGE SPACE AND STORAGE OF PERSONAL ITEMS ON THE COMMUNITY

You may be provided with additional storage space for your apartment. Please do not place any goods or materials of any kind or description that are combustible, would increase fire risk, or present a potential risk of any type in the storage areas or apartments. Heating/air conditioning or water heater closets are not to be used for storage purposes.

The resident understands, warrants, and agrees that any storage or utilization of personal items at the Community by the resident and/or their accompanied guest(s) is done so at their own risk and peril.

The resident understands, warrants and agrees that the neither the Community nor its Management Company shall assume any responsibility, nor shall they be liable in any way, for losses or damage to the personal property of a resident or their guest(s) while stored or utilized at the Community, including but not limited to those losses or damage caused by the negligence of another resident or employee, unless caused by the sole negligence of the Community or its Management Company.

Furthermore, the resident covenants not to sue and shall indemnify and hold harmless the Community and its Management Company, along with their officers, directors, and employees for any claim of loss or damage to the personal property of another resident or their guest(s) while it is being stored or utilized at the Community.

### THERMOSTAT CONTROLS

Most apartments are controlled by an individual thermostat. To ensure comfort and conserve energy, please set and maintain the thermostat at a consistent temperature. Keeping heating and air conditioning ("HVAC") equipment, along with their associated vents, free of obstructions and personal property will help ensure peak performance of the systems. Failure to keep your apartment's HVAC equipment and their associated vents free of obstructions and personal property could impair circulation, prevent proper venting of exhaust which may constitute a safety hazard, result in higher electric bills, and cause permanent damage to the premises. We will replace or clean your filters regularly or as requested.

### UTILITY TRANSFERS

Upon move-in, you are responsible for the payment of all utilities as set forth in your lease. You must plan to have the service transferred to your name and service to start by the first (1st) day of move in. The names and phone numbers for utility providers are available to the resident in the Community's leasing office. If any utility for which you are responsible for payment under the terms of your lease is transferred back into the Community's name before you move out or surrender the apartment, you will be liable for charges in accordance with your current lease contract and those charges will be added to your resident ledger for payment.

### WALLS

Other than hanging pictures, you may not install any fixtures, major appliances (to include window A/C units), devices, signs, or make alterations or other additions to your apartment without our express written permission. Any decorations, alterations, additions, or fixtures undertaken by the resident will be done at the residents own expense and in accordance with the Community's standards and specifications. Any such decorations, alterations, additions, or fixtures undertaken by the resident shall remain as part of the apartment at the end of your lease term unless otherwise agreed to by the Community in writing. Any decorations, alterations, additions, or fixtures that are made without the Community's express, written permission will be removed at the resident's expense at the end of their lease term. You will not, without our permission, install or use any electrical equipment that will overload the existing wiring installations in your apartment or building.

Blue Moon eSignature Services Document ID: 463338132

Mirror tiles, contact paper, wallpaper and other wall coverings with adhesive backing are not permitted. The resident is responsible for any damage, including holes, to the walls of their apartment during your occupancy term.

## WATER BEDS

Waterbeds are allowed only on ground floor apartments and are acceptable only with proof of insurance for any damages that may occur. Anyone not complying with this regulation faces the possibility of eviction and will be responsible for any damage caused by the waterbed.

## WHILE YOU ARE AWAY

We recommend some simple tips before leaving on a trip or vacation. Uncollected newspapers and an overflowing mailbox are indicators that you are absent. It is a good idea to suspend your newspaper delivery and request your local post office to hold your mail while you are away. If you use social media to communicate with others, be cautious about advertising your absence from home. Dispose of your garbage and unwrapped food in your cupboards. Close and lock all windows and doors. Ensure your coffee maker, toaster, and other countertop appliances are unplugged or off.

To avoid frozen pipes while you are away in the winter, please set your thermostat to at least 50 degrees Fahrenheit. If a rent payment is due while you are away, arrange to ensure timely payment. As a reminder, you can sign up for automatic recurring rent payments or make payments via our Resident Portal/Resident Portal App.

## WINDOWS

Your apartment may have drapes, miniblinds, and/or vertical blinds. The louvers should be in the open position when operating to prevent damage. Continuous loop pull cords on mini blinds or vertical blinds should not be tied together. Loops pose a safety hazard to small children. If any of your pull cords are looped together, please submit a service request in the Resident Portal/Resident Portal App or contact the leasing office.

If you wish to install your own window coverings, you must first obtain our written permission and return the Community's window coverings in the manner specified by the management staff. All drapes, shades and other window coverings must have a white backing. This provides a standard appearance from the outside. Except as otherwise permitted by law, signs in windows are not permitted. Residents are responsible for the replacement of damaged blinds.

Installation of Window Air Conditioning Units of any kind is prohibited.

# APPLIANCES

Never leave an appliance unattended while it is in use. Appliances provided by the Community will be repaired if they stop working. However, before you submit a service request or notify the office, check the electrical cord to ensure it is firmly plugged into the outlet and check the circuit breaker to see if it is tripped to the off position. If these appear in order, submit a service request in the Resident Portal/Resident Portal App or call the leasing office.

## COMMUNITY SUPPLIED WASHERS AND DRYERS

Check and clean the lint trap on your dryer before each use. Do not dry plastic items. Do not store anything on top of or near the dryer or obstruct dryer vents. Inspect your washer and dryer hoses and vents regularly and report any maintenance issues to management. If you are experiencing any airflow issues or believe there may be a blockage in the dryer vent from the exterior wall to the interior unit connection point, please stop using immediately and contact the Community office by placing a service request in the Resident Portal/Resident Portal App or call the leasing office. When using your washer or dryer, follow manufacturer's requirements on load limitations. Never loosen any water connection to the washing machine box without our prior permission. You are responsible for any damage, including, without limitation, flooding, caused by tampering with any water connection.

☑ Blue Moon eSignature Services Document ID: 453338192



## THE DISHWASHER

Food particles left on dishes will jam the dishwasher. Please scrape and rinse every dish under running water before loading it in the dishwasher. Do not crowd dishes, cups and glasses, or silverware so the water can freely circulate. For maximum efficiency, avoid covering the center hole in the drawer rack. Use only dishwasher detergent products. Do not use regular dish soap or laundry detergents, as they will cause the dishwasher to overflow.

You can save power and reduce your electric bill by waiting to run your dishwasher until you have a full load. However, do not leave dirty dishes in the dishwasher for a long time.

## THE DISPOSAL

Your apartment may or may not be provided with a garbage disposal. A garbage disposal is a convenient appliance if used properly. Do not overload it. The safety overload on the motor will engage if the disposal is overloaded and turn it off. To reset the safety overload, wait three or four minutes for the motor to cool and push the reset button located on the garbage disposal.

Keep your hands and any other objects out of the disposal when it is running. For best operation, follow these steps: Push, but do not stuff food refuse through the splash guard into the disposal. A mixed load of hard and soft waste works best. Turn cold water on to full flow. Flip starting switch "on." Allow disposal to operate until grinding sound diminishes and becomes a humming sound. Turn switches off and run cold water for a few moments longer.

Do not discard the following items in your disposal: metal, glass, string, coffee grounds, olive or fruit pits, plastic, grease, paper, cigarettes, bones, banana peels, oyster or clam shells, eggshells, dish rags, celery, corn husks, or other nonfood items. If a spoon, bottle cap or other item becomes lodged in the disposal, make sure the disposal is turned off before you attempt to retrieve the object. The disposal is self-cleaning. Do not use caustic drain cleaners at any time. A lemon or orange rind or baking soda will keep the disposal odor-free.

## THE OVEN AND THE RANGE

Never leave the oven or the range unattended while it is in use. Your range is equipped with separate controls for the oven, broiler, and each of the top burners.

If you have never used an electric or gas range before, please let us know. We will be happy to instruct you on its proper use. Cooking is only allowed in the kitchen area. No cooking equipment of any kind is allowed in the living areas of your home.

Clean the top burner drip pans with mild soap and water, appliances, or glass cleaner regularly. If your burner drip pans become spotted with grease or burned-on food, use a scouring pad to clean them. If they need a more thorough cleaning, drip pans can be lifted out of the range by raising the burner.

Clean your oven regularly. A dirty oven and broiler area reduces the efficiency of your oven and could result in improperly cooked foods. Using the broiler tray will reduce the cleaning and maintenance needed in the oven. Make sure to keep the stove areas free of newspapers, mail, and other combustible materials. Make sure not to place electrical wiring close to the stove.

Use a good oven cleaner and follow directions. Wear rubber gloves and make sure the cleaner does not contact your skin, floor, countertop, or any other surface. Never use any sharp instruments to clean the oven. If you have a self- cleaning oven, follow the cleaning instructions enclosed with the range.

Remove vent hood filters regularly and clean them in hot, soapy water. Clean the outside with a non-abrasive appliance or glass cleaner.

If your apartment is equipped with a fire safety device, such as Fire Avert or similar, tampering with or removal is prohibited.

## THE REFRIGERATOR

The temperature control dial may be set at whatever position best suits your needs. If your refrigerator is not frost-free, please consult the office for defrosting instructions.

Clean the outside of your refrigerator with appliance or glass cleaner. Abrasive cleaning powders and metal sponges should be avoided. Wipe down the shelves and interior surfaces using mild soap and water. Regular

☑ Blue Moon eSignature Services Document ID: 483338132

cleaning and a fresh, open box of baking soda placed on a shelf and changed monthly will keep your refrigerator odor-free.

## MOVING OUT

When it is time for you to move out, we have a few simple requirements:

You must fulfill all the terms and conditions of your lease and leave owing no money to the Community.

You must give us formal written notice, within the time period stated in your lease, of your intention to move out. You must vacate and remove all your personal property and return all keys, access cards, and remotes to us on or before your scheduled move-out date. If applicable, all smart home devices (locks, thermostats, hubs, light switches, leak sensors, plugs, motion sensors, etc.) must be left in the apartment. Missing or damaged equipment will incur charges to your account.

You must provide us with a valid forwarding address.

If you want to be present for a move-out inspection of your apartment, contact the office before your scheduled move-out date. If no prior arrangements are made for you to be present, we will inspect your vacant apartment after you move out. A copy of the move out inspection form may be obtained by contacting the Community.

As required by your lease, you must leave your apartment in the same clean, undamaged, and ready-to-rent condition as when you moved in, taking ordinary wear and tear into account.

By way of example, ordinary wear and tear would include such things as traffic wear across the carpet, but not cigarette burns or stains.

When you vacate your apartment, any personal property left in your apartment will be considered abandoned and may be disposed of, without liability to us, subject to applicable laws.

If we incur costs for cleaning and/or repairing your apartment or for removing trash or other items left behind after you move out, we will pass those costs through to you.

### Security Deposit Deductions and Other Charges.

You'll be liable for the following charges, if applicable: unpaid rent; unpaid utilities; unreimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing alarm or detection-device batteries at any time; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone, internet, television services, or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized security devices or alarm systems; packing, removing, or storing property removed or stored according to your Lease Contract; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges outlined in your Lease Contract; government fees or fines against us for violation (by you, your occupants, or your guests) of local ordinances relating to alarms and detection devices, false alarms, recycling, or other matters; late-payment and returned-check charges; and other sums due under this Lease.

You will be liable to us for charges for replacing any keys and access devices referenced in your Lease Contract if you do not return them all on or before your actual move-out date; and accelerated rent if you have violated the Lease. *We may also deduct from your security deposit our reasonable costs incurred in rekeying security devices required by law if you vacate the apartment in breach of your Lease Contract.*

Upon receipt of your move-out date and forwarding address in writing, the security deposit will be returned (less lawful deductions) with an itemized accounting of any deductions, no later than 30 days after surrender or abandonment, unless state or local law provide otherwise.

*Any refund may be by one payment jointly payable to all residents and distributed to any one resident we choose or distributed equally among all residents.*

☑ Blue Moon eSignature Services Document ID: 435338132



**EMERGENCY NUMBERS**

FOR ANY LIFE-THREATENING EMERGENCY, CALL 911, then call the leasing office.

For maintenance emergencies, submit an EMERGENCY service request in the Resident Portal/Resident Portal App or contact the leasing office.

☑ Blue Moon eSignature Services Document ID: 435338132

# RESIDENT HANDBOOK ACKNOWLEDGMENT

You are required to read and review the Resident Handbook prior to moving into your residence. Through your signature below, you are agreeing and attesting that you have read, understand, and agree to abide by the policies, procedures, rules and be bound by any such legal rights or remedies outlined in the Resident Handbook. You further acknowledge that your signature, as set forth below, warrants and confirms that you fully understand your responsibilities created by this acknowledgment, along with its purpose and effect.

BH Management Services, LLC, may modify or amend the policies, procedures and rules set forth in the Resident Handbook, without notice. You understand that any previously issued Resident Handbook or Community Policy has been revised and is included in the Resident Handbook.

Through evidence of your signature below, you understand, warrant and agree that any use of the amenities available at the Community, or outlined within the Resident Handbook, by you and/or your accompanied guest(s) is done so at your/their own risk and peril and that the neither the Community nor its Management Company shall assume any responsibility, nor shall they be liable in any way, for injuries, accidents, illness or other damages that may occur to you or your accompanied guest(s) while utilizing any of the amenities available at the Community, including but not limited to those injuries, accidents, illness or other damages caused by the negligence of another resident or employee. Furthermore, you and/or your accompanied guest(s) covenant not to sue and shall indemnify and hold harmless the Community and Management Company, along with their officers, directors, and employees, for any claim of damage due to an injury, accident, illness, or other damages suffered by you and/or your accompanied guest(s), arising out of or in connection with any use of the Community's amenities.

| | |
|---|---|
| _Alfred Holt_ | 04/30/2024 |
| Resident | Date |
| _Marilia Coutinho Espinola_ | 05/24/2024 |
| Resident | Date |
| | |
| Resident | Date |
| | |
| Resident | Date |
| | |
| Resident | Date |
| | |
| Resident | Date |
| _Tonoa Turner_ | 05/28/2024 |
| Owner's Representative | Date |

# E-SIGNATURE CERTIFICATE

*This certificate details the actions recorded during the signing of this Document.*

**DOCUMENT INFORMATION**

| | |
|---|---|
| Status | Signed |
| Document ID | 435338132 |
| Submitted | 05/28/24 |
| Total Pages | 82 |
| Forms Included | Illinois Radon Addendum - BH, IEMA-OHS Radon Guide for Tenants, Apartment Lease Form, Addendum for Rent Concession, Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime Free Housing, All-In-One Utility Addendum, Animal Addendum, Asbestos Addendum, Bed Bug Addendum, Class Action Waiver Addendum, Construction Addendum, Crime/Drug Free Housing Addendum, Enclosed Garage Addendum, Lead Hazard Disclosure Addendum, Lease Contract Buy-Out Agreement, Mold Information and Prevention Addendum, Package Acceptance Addendum, Payment of Sales, Excise and Use Taxes Addendum, Photo, Video, and Statement Release Addendum, Property Specific Charges Lease Addendum, Required Insurance Addendum to Lease Agreement, Satellite Dish or Antenna Addendum, Short-Term Subletting or Rental Prohibited, BH Management Services Resident Handbook |

**PARTIES**

---

## Alfred Holt
signer key: be9d79cb40198cfc3705b3acda73b8bc
IP address: 108.197.16.111
signing method: Blue Moon eSignature Services
authentication method: eSignature by email albizsmart@gmail.com
browser: Mozilla/5.0 (iPhone; CPU iPhone OS 17_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/17.4.1 Mobile/15E148 Safari/604.1

*Alfred Holt*

---

## Marilia Coutinho EspÃ Ânola
signer key: a7000d8daca7d8bb6eedeb35daab1689
IP address: 208.184.249.62
signing method: Blue Moon eSignature Services
authentication method: eSignature by email espinola120188@gmail.com
browser: Mozilla/5.0 (iPhone; CPU iPhone OS 17_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/17.4.1 Mobile/15E148 Safari/604.1

*Marilia Coutinho Espínola*

---

## Tonoa Turner
signer key: eede2906c3b489b9406debeb253ce824
IP address:
signing method: Blue Moon eSignature Services
authentication method: eSignature by email imperialtower@livebh.com

*Tonoa Turner*

---

**DOCUMENT AUDIT**

| | | |
|---|---|---|
| 1 | 04/30/24 11:10:11 PM CDT | Alfred Holt accepted Consumer Disclosure |
| 2 | 04/30/24 11:11:18 PM CDT | Alfred Holt initialed Illinois Radon Addendum - BH |
| 3 | 04/30/24 11:11:19 PM CDT | Alfred Holt initialed Illinois Radon Addendum - BH |
| 4 | 04/30/24 11:11:21 PM CDT | Alfred Holt dated Illinois Radon Addendum - BH |

**DOCUMENT AUDIT CONTINUED**

| | | |
|---|---|---|
| 5 | 04/30/24 11:11:22 PM CDT | Alfred Holt signed Illinois Radon Addendum - BH |
| 6 | 04/30/24 11:12:04 PM CDT | Alfred Holt signed IEMA-OHS Radon Guide for Tenants |
| 7 | 04/30/24 11:11:38 PM CDT | Alfred Holt signed Apartment Lease Form |
| 8 | 04/30/24 11:12:16 PM CDT | Alfred Holt signed Addendum for Rent Concession |
| 9 | 04/30/24 11:12:19 PM CDT | Alfred Holt signed Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime Free Housing |
| 10 | 04/30/24 11:12:20 PM CDT | Alfred Holt dated Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime Free Housing |
| 11 | 04/30/24 11:13:29 PM CDT | Alfred Holt signed All-In-One Utility Addendum |
| 12 | 04/30/24 11:13:30 PM CDT | Alfred Holt dated All-In-One Utility Addendum |
| 13 | 04/30/24 11:13:32 PM CDT | Alfred Holt signed Animal Addendum |
| 14 | 04/30/24 11:12:28 PM CDT | Alfred Holt signed Asbestos Addendum |
| 15 | 04/30/24 11:12:29 PM CDT | Alfred Holt dated Asbestos Addendum |
| 16 | 04/30/24 11:13:36 PM CDT | Alfred Holt signed Bed Bug Addendum |
| 17 | 04/30/24 11:13:40 PM CDT | Alfred Holt dated Class Action Waiver Addendum |
| 18 | 04/30/24 11:13:41 PM CDT | Alfred Holt signed Class Action Waiver Addendum |
| 19 | 04/30/24 11:13:45 PM CDT | Alfred Holt signed Construction Addendum |
| 20 | 04/30/24 11:52:21 PM CDT | Alfred Holt signed Crime/Drug Free Housing Addendum |
| 21 | 04/30/24 11:52:22 PM CDT | Alfred Holt dated Crime/Drug Free Housing Addendum |
| 22 | 04/30/24 11:54:01 PM CDT | Alfred Holt signed Enclosed Garage Addendum |
| 23 | 04/30/24 11:52:29 PM CDT | Alfred Holt initialed Lead Hazard Disclosure Addendum |
| 24 | 04/30/24 11:52:43 PM CDT | Alfred Holt initialed Lead Hazard Disclosure Addendum |
| 25 | 04/30/24 11:52:45 PM CDT | Alfred Holt signed Lead Hazard Disclosure Addendum |
| 26 | 04/30/24 11:52:46 PM CDT | Alfred Holt dated Lead Hazard Disclosure Addendum |
| 27 | 04/30/24 11:52:48 PM CDT | Alfred Holt signed Lease Contract Buy-Out Agreement |
| 28 | 04/30/24 11:52:51 PM CDT | Alfred Holt signed Mold Information and Prevention Addendum |
| 29 | 04/30/24 11:14:10 PM CDT | Alfred Holt signed Package Acceptance Addendum |
| 30 | 04/30/24 11:52:55 PM CDT | Alfred Holt signed Payment of Sales, Excise and Use Taxes Addendum |
| 31 | 04/30/24 11:54:26 PM CDT | Alfred Holt signed Photo, Video, and Statement Release Addendum |
| 32 | 04/30/24 11:53:00 PM CDT | Alfred Holt signed Property Specific Charges Lease Addendum |
| 33 | 04/30/24 11:53:03 PM CDT | Alfred Holt dated Required Insurance Addendum to Lease Agreement |
| 34 | 04/30/24 11:53:04 PM CDT | Alfred Holt signed Required Insurance Addendum to Lease Agreement |
| 35 | 04/30/24 11:54:31 PM CDT | Alfred Holt signed Satellite Dish or Antenna Addendum |
| 36 | 04/30/24 11:53:09 PM CDT | Alfred Holt signed Short-Term Subletting or Rental Prohibited |
| 37 | 04/30/24 11:53:55 PM CDT | Alfred Holt signed BH Management Services Resident Handbook |
| 38 | 04/30/24 11:53:56 PM CDT | Alfred Holt dated BH Management Services Resident Handbook |
| 39 | 04/30/24 11:54:54 PM CDT | Alfred Holt submitted signed documents |
| 40 | 05/24/24 01:46:57 PM CDT | Marilia Coutinho EspÃ Ânola accepted Consumer Disclosure |
| 41 | 05/24/24 01:47:33 PM CDT | Marilia Coutinho EspÃ Ânola initialed Illinois Radon Addendum - BH |
| 42 | 05/24/24 01:47:34 PM CDT | Marilia Coutinho EspÃ Ânola initialed Illinois Radon Addendum - BH |
| 43 | 05/24/24 01:47:37 PM CDT | Marilia Coutinho EspÃ Ânola signed Illinois Radon Addendum - BH |
| 44 | 05/24/24 01:47:38 PM CDT | Marilia Coutinho EspÃ Ânola dated Illinois Radon Addendum - BH |
| 45 | 05/24/24 01:50:15 PM CDT | Marilia Coutinho EspÃ Ânola signed IEMA-OHS Radon Guide for Tenants |
| 46 | 05/24/24 01:47:50 PM CDT | Marilia Coutinho EspÃ Ânola signed Apartment Lease Form |
| 47 | 05/24/24 01:48:30 PM CDT | Marilia Coutinho EspÃ Ânola signed Addendum for Rent Concession |
| 48 | 05/24/24 01:50:22 PM CDT | Marilia Coutinho EspÃ Ânola signed Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime Free Housing |
| 49 | 05/24/24 01:50:23 PM CDT | Marilia Coutinho EspÃ Ânola dated Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime Free Housing |
| 50 | 05/24/24 01:48:36 PM CDT | Marilia Coutinho EspÃ Ânola signed All-In-One Utility Addendum |
| 51 | 05/24/24 01:48:38 PM CDT | Marilia Coutinho EspÃ Ânola dated All-In-One Utility Addendum |

**DOCUMENT AUDIT CONTINUED**

| 52 | 05/24/24 01:51:16 PM CDT | Marilia Coutinho EspÃ Ânola signed Animal Addendum |
|----|---------------------------|---|
| 53 | 05/24/24 01:50:38 PM CDT | Marilia Coutinho EspÃ Ânola signed Asbestos Addendum |
| 54 | 05/24/24 01:50:39 PM CDT | Marilia Coutinho EspÃ Ânola dated Asbestos Addendum |
| 55 | 05/24/24 01:51:21 PM CDT | Marilia Coutinho EspÃ Ânola signed Bed Bug Addendum |
| 56 | 05/24/24 01:48:45 PM CDT | Marilia Coutinho EspÃ Ânola signed Class Action Waiver Addendum |
| 57 | 05/24/24 01:48:46 PM CDT | Marilia Coutinho EspÃ Ânola dated Class Action Waiver Addendum |
| 58 | 05/24/24 01:48:50 PM CDT | Marilia Coutinho EspÃ Ânola signed Construction Addendum |
| 59 | 05/24/24 01:48:52 PM CDT | Marilia Coutinho EspÃ Ânola signed Crime/Drug Free Housing Addendum |
| 60 | 05/24/24 01:48:53 PM CDT | Marilia Coutinho EspÃ Ânola dated Crime/Drug Free Housing Addendum |
| 61 | 05/24/24 01:48:57 PM CDT | Marilia Coutinho EspÃ Ânola signed Enclosed Garage Addendum |
| 62 | 05/24/24 01:49:07 PM CDT | Marilia Coutinho EspÃ Ânola initialed Lead Hazard Disclosure Addendum |
| 63 | 05/24/24 01:49:08 PM CDT | Marilia Coutinho EspÃ Ânola initialed Lead Hazard Disclosure Addendum |
| 64 | 05/24/24 01:49:10 PM CDT | Marilia Coutinho EspÃ Ânola signed Lead Hazard Disclosure Addendum |
| 65 | 05/24/24 01:49:12 PM CDT | Marilia Coutinho EspÃ Ânola dated Lead Hazard Disclosure Addendum |
| 66 | 05/24/24 01:49:16 PM CDT | Marilia Coutinho EspÃ Ânola signed Lease Contract Buy-Out Agreement |
| 67 | 05/24/24 01:49:20 PM CDT | Marilia Coutinho EspÃ Ânola signed Mold Information and Prevention Addendum |
| 68 | 05/24/24 01:51:25 PM CDT | Marilia Coutinho EspÃ Ânola signed Package Acceptance Addendum |
| 69 | 05/24/24 01:49:23 PM CDT | Marilia Coutinho EspÃ Ânola signed Payment of Sales, Excise and Use Taxes Addendum |
| 70 | 05/24/24 01:51:28 PM CDT | Marilia Coutinho EspÃ Ânola signed Photo, Video, and Statement Release Addendum |
| 71 | 05/24/24 01:49:28 PM CDT | Marilia Coutinho EspÃ Ânola signed Property Specific Charges Lease Addendum |
| 72 | 05/24/24 01:49:30 PM CDT | Marilia Coutinho EspÃ Ânola signed Required Insurance Addendum to Lease Agreement |
| 73 | 05/24/24 01:49:32 PM CDT | Marilia Coutinho EspÃ Ânola dated Required Insurance Addendum to Lease Agreement |
| 74 | 05/24/24 01:49:35 PM CDT | Marilia Coutinho EspÃ Ânola signed Satellite Dish or Antenna Addendum |
| 75 | 05/24/24 01:49:52 PM CDT | Marilia Coutinho EspÃ Ânola signed Short-Term Subletting or Rental Prohibited |
| 76 | 05/24/24 01:51:34 PM CDT | Marilia Coutinho EspÃ Ânola signed BH Management Services Resident Handbook |
| 77 | 05/24/24 01:51:34 PM CDT | Marilia Coutinho EspÃ Ânola dated BH Management Services Resident Handbook |
| 78 | 05/24/24 01:51:37 PM CDT | Marilia Coutinho EspÃ Ânola submitted signed documents |
| 79 | 05/28/24 11:28:31 AM CDT | Tonoa Turner accepted Consumer Disclosure |
| 80 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Illinois Radon Addendum - BH |
| 81 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Illinois Radon Addendum - BH |
| 82 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed IEMA-OHS Radon Guide for Tenants |
| 83 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Apartment Lease Form |
| 84 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Addendum for Rent Concession |
| 85 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime Free Housing |
| 86 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime Free Housing |
| 87 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated All-In-One Utility Addendum |
| 88 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed All-In-One Utility Addendum |
| 89 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Animal Addendum |
| 90 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Animal Addendum |
| 91 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Asbestos Addendum |
| 92 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Asbestos Addendum |
| 93 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Bed Bug Addendum |
| 94 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Bed Bug Addendum |
| 95 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Class Action Waiver Addendum |
| 96 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Class Action Waiver Addendum |
| 97 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Construction Addendum |
| 98 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Construction Addendum |

**DOCUMENT AUDIT CONTINUED**

| 99 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Crime/Drug Free Housing Addendum |
|---|---|---|
| 100 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Crime/Drug Free Housing Addendum |
| 101 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Enclosed Garage Addendum |
| 102 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Lead Hazard Disclosure Addendum |
| 103 | 05/28/24 11:28:31 AM CDT | Tonoa Turner initialed Lead Hazard Disclosure Addendum |
| 104 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Lead Hazard Disclosure Addendum |
| 105 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Lease Contract Buy-Out Agreement |
| 106 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Mold Information and Prevention Addendum |
| 107 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Package Acceptance Addendum |
| 108 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Package Acceptance Addendum |
| 109 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Payment of Sales, Excise and Use Taxes Addendum |
| 110 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Payment of Sales, Excise and Use Taxes Addendum |
| 111 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Photo, Video, and Statement Release Addendum |
| 112 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Photo, Video, and Statement Release Addendum |
| 113 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Property Specific Charges Lease Addendum |
| 114 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Property Specific Charges Lease Addendum |
| 115 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Required Insurance Addendum to Lease Agreement |
| 116 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Satellite Dish or Antenna Addendum |
| 117 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed Short-Term Subletting or Rental Prohibited |
| 118 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated Short-Term Subletting or Rental Prohibited |
| 119 | 05/28/24 11:28:31 AM CDT | Tonoa Turner dated BH Management Services Resident Handbook |
| 120 | 05/28/24 11:28:31 AM CDT | Tonoa Turner signed BH Management Services Resident Handbook |
| 121 | 05/28/24 11:28:31 AM CDT | Tonoa Turner submitted signed documents |