UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Alfred Holt, et al.
                                    Plaintiff,
v.                                               Case No.: 1:25−cv−10936
                                                 Honorable LaShonda A. Hunt
BH Management Services, LLC, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 1, 2025:

MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' respective motions to dismiss [27] [28] are taken under advisement. The previously set briefing schedules [25] [26] stand. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.