

**BC**

**FILED** JKS

12/20/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| Alfred Holt and Marilia Coutinho Espinola, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 1:25-cv-10936 |
| | ) | |
| vs. | ) | Judge LaShonda A. Hunt |
| | ) | |
| | ) | Magistrate Judge Keri L. Holleb |
| BH Management Services, LLC, | ) | Hotaling |
| Amzak Waukegan, LLC, | ) | |
| Katrina Blair, and | ) | Jury Trial Demanded |
| LaQuevia Miller, | ) | |
| | ) | |
| Defendants. | | |

**NOTICE OF VOLUNTARY DISMISSAL AS TO AMZAK MEADOWS, LLC ONLY**

Plaintiffs Alfred Holt and Marilia Coutinho Espinola voluntarily dismiss, without

prejudice, all claims against AMZAK MEADOWS, LLC only, pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(i). This dismissal is as to AMZAK MEADOWS, LLC

only, and all claims against the remaining Defendants remain pending.

**Dated:** 12/20/2025

/s/ Alfred Holt
 Alfred Holt, Pro Se
/s/ Marilia Coutinho Espinola
 Marilia Coutinho Espinola, Pro Se
805 Baldwin Ave, Waukegan, IL 60085
Ph:(224) 518-8376   E:albizsmart@gmail.com

1

## CERTIFICATE OF SERVICE

I certify that on December 20, 2025, I filed the foregoing Notice via the Court's CM/ECF
system, which will send notice to all counsel of record.

Dated: December 20, 2025
 /s/ Alfred Holt
 Alfred Holt, Pro Se
/s/ Marilia Coutinho Espinola
 Marilia Coutinho Espinola