

FILED
12/20/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BC    JKS

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Alfred Holt and Marilia Coutinho Espinola, | |
| Plaintiffs, | Case No.: 1:25-cv-10936 |
| vs. | Judge LaShonda A. Hunt |
| | Magistrate Judge Keri L. Holleb Hotaling |
| BH Management Services, LLC, Amzak Waukegan, LLC, Katrina Blair, and LaQuevia Miller, | Jury Trial Demanded |
| Defendants. | |

## SECOND NOTICE OF ERRATA / CLARIFICATION REGARDING NOTICE OF ERRATA AND FIRST AMENDED COMPLAINT

Plaintiffs Alfred Holt and Marilia Coutinho Espinola respectfully submit this Second Notice of Errata / Clarification to correct a scrivener's error in Plaintiffs' prior Notice of Errata and to clarify the scope of the corrections regarding Exhibit W.

On December 18, 2025, Plaintiffs filed a Notice of Errata to correct scrivener's errors concerning Plaintiffs' description of Defendants' verified admissions in Exhibit W.

Plaintiffs clarify that the prior Notice of Errata's reference to "Paragraphs 39 and 40" of the First Amended Complaint was itself a scrivener's error. Plaintiffs did not intend to limit the correction to any specific paragraph numbers.

1

Plaintiffs clarify that the correction applies wherever the First Amended Complaint summarizes, characterizes, or describes Defendants' verified admissions contained in Exhibit W, including the Preliminary Statement, Paragraph 4, and any other reference(s) to Exhibit W.

For clarity, the corrected allegations regarding Exhibit W are as follows:

a. Exhibit W, Response No. 4 (Investigation): Defendants admitted under oath that they conducted "no formal internal investigation" regarding Plaintiff's verbal complaint prior to issuing the 10-Day Notice.

b. Exhibit W, Response No. 5 (Documentation): Defendants admitted under oath that they possess no written documentation showing that Plaintiff's verbal complaint was investigated, reviewed, or responded to before the 10-Day Notice was issued.

This Second Notice is submitted solely to clarify the record and does not add new claims.

Respectfully submitted,

**Dated:** 12/20/2025

/s/ Alfred Holt
 Alfred Holt, Pro Se
/s/ Marilia Coutinho Espinola
 Marilia Coutinho Espinola, Pro Se
805 Baldwin Ave., Apt. 303
Waukegan, IL 60085
(224) 518-8376
albizsmart@gmail.com

## CERTIFICATE OF SERVICE

I certify that on December 20, 2025, I filed the foregoing Second Notice of Errata / Clarification via the Court's CM/ECF system, which will send notice to all counsel of record.

Dated: December 20, 2025
 /s/ Alfred Holt
 Alfred Holt, Pro Se
/s/ Marilia Coutinho Espinola
Marilia Coutinho Espinola, Pro Se