UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Alfred Holt, et al.
                                Plaintiff,
v.                                                Case No.: 1:25−cv−10936
                                                  Honorable LaShonda A. Hunt
BH Management Services, LLC, et al.
                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 22, 2025:

MINUTE entry before the Honorable LaShonda A. Hunt: In light of Plaintiff's amended complaint [30], Defendants' motions to dismiss [27] [28] and the related briefing schedules [25] [26] are stricken. Defendants' responses to the amended complaint are due by 1/21/26. In addition, pursuant to Rule 41 and Plaintiffs' notice of voluntary dismissal [33], this action is being dismissed without prejudice as to Defendant Amzak Meadows, LLC only. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.