IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALFRED HOLT and MARILIA COUTINHO ESPINOLA, | ) ) ) | |
| Plaintiffs, | ) ) | Case No: 1:25-cv-10936 |
| v. | ) ) | Judge LaShonda A. Hunt |
| BH MANAGEMENT SERVICES, LLC, AMZAK MEADOWS, LLC, AMZAK WAUKEGAN, LLC, KATRINA BLAIR, and LAQUEVIA MILLER, | ) ) ) ) ) ) | Magistrate Judge Keri L. Holleb Hotaling<br><br>Jury Trial Demanded |
| Defendants. | ) | |

**DEFENDANTS BH MANAGEMENT SERVICES, LLC, AMZAK WAUKEGAN, LLC, KATRINA BLAIR, AND LAQUEVIA MILLER'S OPPOSED MOTION FOR <u>LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR MOTION TO DISMISS</u>**

Defendants, BH MANAGEMENT SERVICES, LLC ("BH"), AMZAK WAUKEGAN, LLC ("AMZAK"), KATRINA BLAIR ("BLAIR"), and LAQUEVIA MILLER ("MILLER") (collectively, "Defendants" or "These Defendants"), by and through their attorneys, Phillip G. Litchfield, Zachary G. Stillman, and Litchfield Cavo LLP, for their Opposed Motion for Leave to Exceed the Page Limit for their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6), state as follows:

1. Local Rule 7.1 sets the page limit for briefs in support of any motion filed with this Court at 15 pages.

2. With approval of this Court, a party is permitted to acquire an extension of such limit beyond 15 pages, so long as a table of contents and table of authorities are included therein. LR 7.1.

3. In this matter, *Pro Se* Plaintiffs initially filed a 136-page Complaint (including exhibits) asserting fourteen (14) separate counts against multiple defendants.

4. Given the breadth and number of claims asserted, Defendants required in excess of twenty (20) pages to respond by way of their previously filed Motion to Dismiss, which this Court permitted. (ECF No. 27.)

5. On December 17, 2025, Plaintiffs filed their First Amended Complaint, which—while dropping one defendant and modestly narrowing certain allegations—still spans 119 pages (including exhibits) and asserts eleven (11) counts, several of which contain multiple distinct legal theories. (ECF Nos. 30–31.)

6. Defendants again intend to respond by filing a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), addressing each count and the multiple statutory and constitutional theories embedded therein.

7. Accordingly, due to the length of the pleading, number of counts, and multiplicity of legal theories asserted, Defendants require additional pages beyond the default limit to fully and fairly address Plaintiffs' claims in a single, consolidated motion.

8. Specifically, These Defendants respectfully request that this Court grant them leave to file a Motion to Dismiss consisting of 19 pages, not including the required table of contents and table of authorities.

9. Pursuant to Local Rule 7.1, These Defendants would also then include a table of contents and table of authorities.

10. On January 7, 2026, Undersigned Counsel contacted *Pro Se* Plaintiff Alfred Holt to provide notice of the planned filing of this Motion. On that call, Plaintiff advised of his planned opposition to this Motion.

11. No party will be prejudiced by the Court granting this motion.

Defendants, BH MANAGEMENT SERVICES, LLC, AMZAK WAUKEGAN, LLC, KATRINADismiss andLAQUEVIA MILLER, respectfully request that this Court grant their Opposed Motion for Leave to Exceed the Page Limit on their Motion to Dismiss, and enter an order allowing These Defendants 19 pages for their Motion and for such other and further relief as the Court deems just and proper.

                Respectfully submitted,

                /s/ *Zachary G. Stillman*
                One of the Attorneys for Defendants

Phillip G. Litchfield (6317818)
Zachary G. Stillman (6342749)
**LITCHFIELD, CAVO, LLP**
303 West Madison, Suite 300
Chicago, IL 60606
(312) 781-6584 (Litchfield)
(312) 781-6672 (Stillman)
LitchfieldP@LitchfieldCavo.com
Stillman@litchfieldcavo.com

### CERTIFICATION OF MEET AND CONFER

Pursuant to the standing orders outlined on Judge Hunt's NDIL webpage, undersigned counsel certifies that on January 7, 2026, counsel conferred with *Pro Se* Plaintiff Alfred Holt telephonically regarding the relief sought in this Motion. During that communication, Plaintiff advised that he plans to oppose this Motion.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 7, 2026, the foregoing Motion was served via email to the following parties and electronically filed with the CM/ECF system.

            ALFRED HOLT
            *Pro Se Plaintiff*
            805 Baldwin Ave, Apt 303
            Waukegan, Illinois 60085
            (224) 518-8376
            Albizsmart@gmail.com

MARILIA COUTINHO ESPINOLA
*Pro Se Plaintiff*
805 Baldwin Ave, Apt 303
Waukegan, Illinois 60085
Mariliaholt@gmail.com

/s/ *Zachary G. Stillman*
One of the Attorneys for Defendants