IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALFRED HOLT and MARILIA COUTINHO ESPINOLA, | ) ) ) | |
| Plaintiffs, | ) ) | Case No: 1:25-cv-10936 |
| v. | ) ) | Judge LaShonda A. Hunt |
| BH MANAGEMENT SERVICES, LLC, AMZAK MEADOWS, LLC, AMZAK WAUKEGAN, LLC, KATRINA BLAIR, and LAQUEVIA MILLER, | ) ) ) ) ) ) ) | Magistrate Judge Keri L. Holleb Hotaling<br><br>Jury Trial Demanded |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**
ALFRED HOLT
*Pro Se Plaintiff*
805 Baldwin Ave, Apt 303
Waukegan, Illinois 60085
(224) 518-8376
Albizsmart@gmail.com

MARILIA COUTINHO ESPINOLA
*Pro Se Plaintiff*
805 Baldwin Ave, Apt 303
Waukegan, Illinois 60085
Mariliaholt@gmail.com

    PLEASE TAKE NOTICE that on Wednesday, January 14, 2026**,** at 10:00 a.m., we shall appear before the Honorable Judge LaShonda A. Hunt in Courtroom 1425 and shall then and there present **DEFENDANTS BH MANAGEMENT SERVICES, LLC, AMZAK WAUKEGAN, LLC, KATRINA BLAIR, and LAQUEVIA MILLER'S OPPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT ON THEIR MOTION TO DISMISS,** a copy of which is attached and hereby served upon you.

                                                            By:     /s/Zachary G. Stillman
                                                                                One of Their Attorneys

Phillip G. Litchfield (6317818)
Zachary G. Stillman (6342749)
**LITCHFIELD, CAVO, LLP**

303 West Madison, Suite 300
Chicago, IL 60606
(312) 781-6584 (Litchfield)
(312) 781-6672 (Stillman)
LitchfieldP@LitchfieldCavo.com
Stillman@litchfieldcavo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 7, 2026, the foregoing Notice of Opposed Motion was served via email to the following parties and electronically filed with the CM/ECF system.

ALFRED HOLT
*Pro Se Plaintiff*
805 Baldwin Ave, Apt 303
Waukegan, Illinois 60085
(224) 518-8376
Albizsmart@gmail.com

MARILIA COUTINHO ESPINOLA
*Pro Se Plaintiff*
805 Baldwin Ave, Apt 303
Waukegan, Illinois 60085
Mariliaholt@gmail.com

/s/ *Zachary G. Stillman*
One of the Attorneys for Defendants