# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Alfred Holt, et al.

                                          Plaintiff,

v.                                                                             Case No.: 1:25−cv−10936
                                                                            Honorable LaShonda A. Hunt

BH Management Services, LLC, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' opposed motion for leave to exceed page limit [37] is granted. Defendants may file a motion of up to 19 pages, and Plaintiff may file a response of up to 19 pages as well. Counsel is reminded that the motion must include a proposed agreed briefing schedule. In addition, the Clerk's office is directed, forthwith, to correct the docket to reflect that Amzak Waukegan, LLC is still a Defendant (and was not terminated 12/22/25, as the docket currently states). The motion hearing set for 1/14/26 [38] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.