FILED

Erin Cartwright Weinstein
Clerk of the Court
Lake County, Illinois

IN THE CIRCUIT COURT FOR THE NINETEENTH JUDICIAL DISTRICT
LAKE COUNTY, ILLINOIS

| | | |
|---|---|---|
| AMZAK WAUKEGAN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2025 EV 1817 |
| | ) | |
| v. | ) | Amount Claimed: $21,056.77 plus attorneys' |
| | ) | fees and costs and additional rent and charges |
| ALFRED HOLT, MARILIA COUTINHO | ) | |
| ESPINOLA, and All Known and Unknown | ) | |
| Occupants, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter having come before the court on bench trial, and the court being fully advised in the premises:

IT IS HEREBY ORDERED:

(1) Plaintiff's Motion to Quash Subpoenas to Blair and Miller is granted and the subpoenas are withdrawn.

(2) Plaintiff is given possession of the property located at 805 Baldwin Avenue, Unit 303, Waukegan, IL 60085.

(3) Defendants must move out of the property on or before March 15, 2026 by 11:59 p.m.

(4) Judgment is entered in favor of the Plaintiff Amzak Waukegan, LLC and against Defendants Alfred Holt and Marilia Coutinho in the amount of $27,230.52.

(5) The Parties agree that this case file is ~~sealed~~ impounded.

ENTERED:

_____
Judge

James W. Scales
RATHJE WOODWARD LLC
300 E. Roosevelt Road, Suite 220
Wheaton, IL 60187
(630) 668-8500
jscales@rathjelaw.com
ARDC No. 6344173

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT Lake COUNTY | EVICTION ORDER | **FILED** *For Court Use Only* Erin Cartwright Weinstein Clerk of the Court Lake County, Illinois |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where the case was filed. | **Plaintiff** *(For example, the landlord or owner)*: AMZAK WAUKEGAN, LLC | |
| Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*. | v. | |
| Check the box for Unknown Occupants if it was checked on the *Eviction Complaint*. | **Defendants** *(For example, the tenants or occupants)*: ALFRED HOLT, MARILIA COUTINHO ESPINOLA, and All Known and Unknown Occupants ☑ Unknown Occupants | 2025EV00001817 **Case Number** |

| Check the box for the type of order that is entered. | **This Order is entered:** ☐ By default *(Defendants not in court).* ☑ After contested hearing or trial. ☐ After compliance hearing, the Defendants having failed to comply with a previous *Agreed Order*. |
|---|---|

| **Attention Defendants:** | This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. **There are other orders you may use to resolve your case by agreement. Do NOT agree to this *Order* if:** <br>• You have questions or do not understand this agreement. <br>• You have an agreement with Plaintiff that lets you stay in the property (Use *Agreed Settlement Order with Status Date (Defendants Will Pay & Stay)* or *Agreed Dismissal Order (Case May Be Reinstated if Defendants Violate Agreement)*) <br> OR <br>• Plaintiff has agreed to dismiss this case if you move out by a certain date (Use *Agreed Settlement Order with Status Date (Defendants Will Move)*). |
|---|---|

| All parties (or their lawyer) who agree to this *Eviction Order* should sign it. | ☐ By agreement *(the court having made no factual findings).* Signed and agreed to, _____ _____ *Plaintiff (or lawyer)* *Defendant (or lawyer)* _____ _____ *Defendant (or lawyer)* *Defendant (or lawyer)* |
|---|---|

| **You must complete sections 1-5.** | 1. **People in court:** ☐ Plaintiff ☑ Plaintiff's lawyer ☐ Defendants' lawyer ☑ Defendants: Alfred Holt and Marila Coutinho Espinola ☐ Other: _____ |
|---|---|
| In **1**, check the boxes to indicate who is in court. Enter the names of the Defendants who were in court. | |
| In **2**, check the box if any Defendants were dismissed from the case. Enter the names of the dismissed Defendants. Otherwise, leave blank. | 2. ☐ The following individuals are dismissed as Defendants and this *Order* does not apply to them: _____ |
| In **3**, enter the complete address, including the street direction (N., E., etc.) and unit # or floor. | 3. Plaintiff is given possession of the property located at: 805 Baldwin Avenue                                                           303 *Street address*                                                                        *Unit* Waukegan,                                                     IL              60085 *City*                                                                   *State*          *ZIP* |

E-O 3500.6            Page 1 of 2            (10/25)

Enter the Case Number given by the Circuit Clerk: 2025EV00001817

| | |
|---|---|
| In **4**, enter the date and time by which Defendants must move out. | **4.** Defendants must move out of the property on or before 03/15/2026 (Date) ☑ by 11:59 p.m. OR ☐ by _____ (Time) ☐ a.m. ☐ p.m. |

**5.** Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants: Alfred Holt and Marilia Coutinho Espinola ☑ Unknown Occupants

*In **5**, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the Eviction Complaint.*

**Section 6 is for landlords** (condominium and homeowner associations should use Section 7)

**6.** Check all that apply:
- ☐ No money claimed in *Eviction Complaint*
- ☐ Money claim dismissed and Plaintiff **may** seek this money in the future
- ☐ Money claim dismissed and Plaintiff **may not** seek this money in the future
- ☑ Plaintiff is owed:
  - ☐ $ 26,736.14 in rent
  - ☐ $ 494.38 in court costs
  - ☐ $ _____ in attorneys' fees *(if allowed)*
  - $ 27,230.52 is the total judgment entered against the following Defendants: Alfred Holt and Marilia Coutinho Espinola

*In **6**, complete only if Plaintiff is a landlord. Condominium or homeowner association suing an owner should use Section 7.*

*Check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money.*

**Section 7 is for condominium and homeowner associations** (landlords should use Section 6)

**7.** Check all that apply:
- ☐ This Order is entered against the unit only *(In Rem)*
- ☐ Plaintiff is owed:
  - ☐ $ _____ in assessments
  - ☐ $ _____ in court costs
  - ☐ $ _____ in attorney's fees
  - $ _____ is the total judgment entered against the following Defendants: _____

*In **7**, complete only if Plaintiff is a condominium or homeowner association suing an owner.*

The expiration of judgment provisions of 735 ILCS 5/9-117 do not apply to this *Order*.

**8.** ☐ The Court is not yet ruling on the money claim in Section 6 or 7. Case continued to: _____ (Date) at _____ (Time) ☐ a.m. ☐ p.m. for: ☐ status OR ☐ hearing in courtroom _____ and the Court finds there is no just reason to delay enforcement or appeal of this *Eviction Order*.

*In **8**, complete only if the Court has not yet decided if any money is owed.*

**9.** ☐ This *Order* is entered after an Emergency Housing Proceeding. An order entered under these sections may not be stayed more than 7 days. Check the box to indicate which section of the Eviction Act applies:
- ☐ 735 ILCS 5/9-118    ☐ 735 ILCS 5/9-119    ☐ 735 ILCS 5/9-120

The sheriff or other lawfully deputized officers shall give priority to service and execution of orders entered under Sections 118 and 119, or execute the *Order* within 7 days of its entry if entered under Section 120.

**STOP!** DO NOT complete this section. The judge will complete this section if it applies to your case.

*Enter the name and contact information of the person completing this Order. DO NOT complete the section the right for Date and Judge.*

**Name:** James W. Scales
**Street Address:** 300 E. Roosevelt Road, Suite 220
**City, State, ZIP:** Wheaton, IL 60187
**Telephone #:** (630) 668-8500
**Email Address** *(if any)*: jscales@rathjelaw.com
**Attorney #** *(if any)*: 6344173

**ENTERED:** 02/12/2026 (Date)

*[signature]*
Judge