BC GMC

**FILED**
3/5/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| Alfred Holt and Marilia Coutinho Espinola, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 1:25-cv-10936 |
| | ) | |
| vs. | ) | Judge LaShonda A. Hunt |
| | ) | |
| | ) | Magistrate Judge Keri L. Holleb |
| BH Management Services, LLC, | ) | Hotaling |
| Amzak Waukegan, LLC, | ) | |
| Katrina Blair, and | ) | Jury Trial Demanded |
| LaQuevia Miller, | ) | |
| | ) | |
| Defendants. | | |

### ***PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS***

Plaintiffs Alfred Holt and Marilia Coutinho Espinola respectfully move this Court for leave to file a Sur-Reply addressing arguments raised for the first time in Defendants' Reply in Support of their Motion to Dismiss.

### *I. INTRODUCTION*

Defendants' Reply brief raises expanded arguments concerning the legal effect of a state eviction judgment and the characterization of Plaintiffs' Fair Housing Act retaliation claim. Because these arguments were not fully developed in Defendants' opening motion, Plaintiffs did not previously have an opportunity to address them.

Plaintiffs therefore seek leave to file the attached Sur-Reply in order to respond to those arguments and assist the Court in evaluating the pending Motion to Dismiss.

## *II. LEGAL STANDARD*

Although the Federal Rules of Civil Procedure do not expressly provide for sur-replies, this Court has discretion to permit them. *Johnny Blastoff, Inc. v. L.A. Rams*, 188 F.3d 427, 439 (7th Cir. 1999). Sur-replies are commonly allowed where a reply brief raises new arguments that the opposing party did not have a fair opportunity to address, because "reply briefs are for replying, not for raising new matters." *Ner Tamid Congregation of N. Town v. Krivoruchko*, 620 F. Supp. 2d 924, 929 (N.D. Ill. 2009). Where new arguments are raised on reply, courts may treat them as waived or allow a sur-reply. *Autotech Techs. Ltd. P'ship v. Automationdirect.com, Inc.*, 235 F.R.D. 435, 437 (N.D. Ill. 2006).

Allowing a sur-reply in such circumstances promotes fairness and ensures that the Court has the benefit of full adversarial briefing before ruling on a dispositive motion.

## *III. ARGUMENT*

Defendants' Reply places substantial reliance on a subsequent state eviction judgment and asserts that the judgment confirms the lawfulness of Defendants' conduct. Plaintiffs' proposed Sur-Reply addresses why that argument does not bar Plaintiffs' federal civil rights claims and clarifies the retaliation allegations set forth in the First Amended Complaint.

The proposed Sur-Reply does not introduce new claims or theories. Rather, it responds directly to arguments raised in Defendants' Reply and explains why the First Amended Complaint plausibly alleges retaliation and discrimination sufficient to survive dismissal under Rule 12(b)(6).

Allowing the Sur-Reply will assist the Court in evaluating the Motion to Dismiss by ensuring that the issues raised in the Reply are fully addressed.

## IV. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Motion for Leave to File Sur-Reply and accept the proposed Sur-Reply attached as Exhibit A.

Dated: March 5, 2026

Respectfully submitted,

/s/ Alfred Holt
 Alfred Holt, Pro Se
/s/ Marilia Coutinho Espinola
 Marilia Coutinho Espinola, Pro Se
805 Baldwin Ave, Waukegan, IL 60085
Ph:(224) 518-8376   E:albizsmart@gmail.com