

**BC**

**FILED**
3/5/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**GMC**

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| Alfred Holt and Marilia Coutinho Espinola, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 1:25-cv-10936 |
| | ) | |
| vs. | ) | Judge LaShonda A. Hunt |
| | ) | |
| | ) | Magistrate Judge Keri L. Holleb Hotaling |
| BH Management Services, LLC, | ) | |
| Amzak Waukegan, LLC, | ) | |
| Katrina Blair, and | ) | Jury Trial Demanded |
| LaQuevia Miller, | ) | |
| | ) | |
| Defendants. | | |

### _NOTICE OF MOTION_

PLEASE TAKE NOTICE that on March 11, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Alfred Holt and Marilia Coutinho Espinola will appear before the Honorable Judge LaShonda A. Hunt, or any judge sitting in her stead, in Courtroom 1425 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' Motion for Leave to File Sur-Reply in Response to Defendants' Reply in Support of Motion to Dismiss, a copy of which is attached hereto and hereby served upon you.

Dated: March 5, 2026

Respectfully submitted,


/s/ Alfred Holt
 Alfred Holt, Pro Se

/s/ Marilia Coutinho Espinola
 Marilia Coutinho Espinola, Pro Se
805 Baldwin Ave, Waukegan, IL 60085
Ph:(224) 518-8376   E:albizsmart@gmail.com