# UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Alfred Holt, et al.

                                  Plaintiff,

v.                                                     Case No.: 1:25−cv−10936

                                                            Honorable LaShonda A. Hunt

BH Management Services, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 6, 2026:

        MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' motion to dismiss [40] is now fully briefed and remains under advisement. This matter is set for ruling on 8/18/26 at 9:15AM in Courtroom 1425. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.