**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Alfred Holt, et al.

                                   Plaintiff,

v.                                                 Case No.: 1:25−cv−10936
                                                                Honorable LaShonda A. Hunt

BH Management Services, LLC, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

       MINUTE entry before the Honorable LaShonda A. Hunt: On 3/10/26, self−represented Plaintiffs Coutinho Espinola and Alfred Holt submitted an email request to file an emergency motion to the Court through its Courtroom Deputy. Specifically, Plaintiffs seek to file an emergency motion to temporarily stay enforcement of a state court eviction judgment to vacate their residence by 3/15/26. Plaintiffs' request is denied because they state that they have also sought the same relief in state court and their motion is scheduled for hearing on 3/13/26. In addition, although Plaintiffs' operative pleading seeks monetary damages, a declaratory judgment, and injunctive relief, an injunction against enforcement of a state−court eviction order is not an available remedy for Plaintiffs' fair housing, civil rights, and pendant state−law claims. Any injunctive relief regarding Plaintiffs' eviction should be pursued in the state−court eviction proceeding, not this federal case. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.