## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division


Alfred Holt, et al.

Plaintiff,

v.                                                  Case No.: 1:25−cv−10936
                                                    Honorable LaShonda A. Hunt

BH Management Services, LLC, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, August 14, 2026:


      MINUTE entry before the Honorable LaShonda A. Hunt: The ruling set for 8/18/26 [47] is stricken. The Court now anticipates ruling by 9/15/26. Mailed notice (gel,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.