**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Alfred Holt, et al.

Plaintiff,

v.

Case No.: 1:25−cv−10936
Honorable LaShonda A. Hunt

BH Management Services, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 31, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: For the reasons set forth in the accompanying Order, Defendants' motion to dismiss [40] is granted and Plaintiffs' First Amended Complaint [30] is dismissed without prejudice. Plaintiffs are granted leave to file an amended complaint consistent with this ruling by 9/21/26. Failure to do so will result in this converting to a dismissal with prejudice and the case being closed without further court order. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.