OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

quadient
FIRST-CLASS MAIL
IMI
$000.78 0
09/11/2026 ZIP 60604
043M31253314
US POSTAGE

RECEIVED
SEP 2 2 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

25cv 10936
#51

Coutinho Espinola
805 Baldwin Ave.
Apt 303
Waukegan IL 60085
US

601 AA 1 N C0009/11/26
UNABLE TO FORWARD/FOR REVIEW
**C063**

BC: 60085235978 DU *1476-04976-11-23

[redacted]