**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Alfred Holt, et al.

Plaintiff,

v.

Case No.: 1:25−cv−10936
Honorable LaShonda A. Hunt

BH Management Services, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' response to Plaintiff's second amended complaint [54] is due by 10/6/26. An initial joint status report (using the template for new cases posted on the Court's webpage) is due by 10/13/26. Further case management dates will be set as appropriate. In addition, the Court notes that the copy of the prior order [51], [52] mailed to Plaintiff Espinola at the address listed on her appearance form (805 Baldwin Ave., Apt 303, Waukegan, IL 60085) [15] was returned as undeliverable [53]. However, because Plaintiff Espinola's appearance waived paper notices, provided an email address (mariliaholt@gmail.com), and consented to electronic notices, the Clerk's office is directed to update her contact information on the docket accordingly and send notices to that email address through the CM/ECF system going forward. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.