**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Alfred Holt, et al.

Plaintiff,

v.

Case No.: 1:25−cv−10936
Honorable LaShonda A. Hunt

BH Management Services, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the initial joint status report [57], the Court enters the following deadlines: (1) Rule 26(a)(1) initial disclosures to be provided by 10/27/26; (2) Initial written discovery to be issued by 10/28/26; (3) Amendment of pleadings and joinder of other parties by 1/15/27; and (4) Fact discovery to be completed by 5/30/27. The parties have proposed an expert discovery schedule, but that can be set at a later date. This case is referred to the Magistrate Judge for discovery supervision, including the authority to set, adjust, and extend all deadlines, and to conduct a settlement conference, if requested by the parties. The Court will consider a dispositive motion schedule after all discovery is completed. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.