**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Alfred Holt, et al.

Plaintiff,

v.

Case No.: 1:25−cv−10936
Honorable LaShonda A. Hunt

BH Management Services, LLC, et al.

Defendant.

**ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE**

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Keri L. Holleb Hotaling for the purpose of holding proceedings related to: discovery supervision, including the authority to set, adjust, and extend all deadlines, and to conduct a settlement conference, if requested by the parties. (gel,) Mailed notice.

Dated: October 13, 2026

/s/ LaShonda A. Hunt

United States District Judge