**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Alfred Holt, et al.

Plaintiff,

v.

Case No.: 1:25−cv−10936
Honorable LaShonda A. Hunt

BH Management Services, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Keri L. Holleb Hotaling: This matter has been referred to Judge Holleb Hotaling for discovery management and settlement. The Court adopts all deadlines set by the district judge [Dkt. 58], including specifically the FIRM fact discovery deadline of 5/30/2027, which was proposed by the parties [Dkt. 57]. The Court does not expect to extend this firm fact discovery deadline and in no case will do so without written motion detailing exceptionally good cause. The Court expects the parties to manage their discovery obligations accordingly to meet their fact discovery deadline. The Court will not set an expert discovery schedule until it is clear the fact discovery deadline will be met. The parties are reminded to promptly bring any discovery motions before the Court, including motions to enforce subpoenas or motions for protective orders. The parties report they have not yet engaged in any settlement discussions [Dkt. 57]. Towards that end, the parties are to review Judge Holleb Hotaling's Standing Order on Settlement Conferences, and the parties' next status report is to detail when Plaintiff would be ready to make a settlement demand on Defendant. The parties are to file an updated joint status report on 12/1/2026. The parties should keep in mind that Judge Holleb Hotaling's schedule typically is booked 2−3 months out from present with regards to settlement conferences, so the parties should notify Judge Holleb Hotaling's chambers as soon as possible once they realize they want a settlement conference; they do not need to wait for the next status report date. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.