# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Holt et al. v. BH Management Services, LLC. et al.

Case Number: 1:25-cv-10936

An appearance is hereby filed by the undersigned as attorney for:

Defendants BH Management Services, LLC, Katrina Blair, and Laquevia Miller

Attorney name (type or print): Nicole S. Bratton

Firm: Litchfield Cavo LLP

Street address: 303 W. Madison, Suite 300

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6352578
(See item 3 in instructions)

Telephone Number: (312)781-6554

Email Address: bratton@litchfieldcavo.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

- ☐ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you a
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 20, 2026

Attorney signature: S/ Nicole S. Bratton
(Use electronic signature if the appearance form is filed electronically.)